FILED
2017 Apr-18  PM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

DC-2016-002693.00 -                                                     16 2693

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF CULLMAN COUNTY * * *

AGENCY NUMBER: 161000461                    WARRANT NUMBER: WR 2016 001763.00
                                            OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CULLMAN COUNTY, ALABAMA, PERSONALLY APPEARED   SUH BRANDI
WHO BRING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   RAY CHARLES SCHULTZ              DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT   10-30-2016            KNOWINGLY OR RECKLESSLY DISTRIBUTE,
POSSESS WITH INTENT TO DISTRIBUTE OR OFFER OR AGREE TO DISTRIBUTE TO A
MINOR, TO-WIT:  L.Y.                   ANY MATERIAL WHICH IS
HARMFUL TO A MINOR, TO-WIT: SENT HER A PICTURE OF HIS PENIS.
IN VIOLATION OF 13A-012-200.5(1)            OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                    COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 01 DAY OF DECEMBER, 2016.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: PORN-DISTRIBUTE TO M  13A-012-200.5(1)      M  MISDEMEANOR

WITNESS FOR THE STATE

SUH BRANDI/CCSD/CULLMAN/35055-

JACOBS JACKI/231 CO RD 1212/VINEMONT/35179 - Laurel3 moms
CULPEPPER DIANE/4545 CO RD 1141/VINEMONT/35179 -

OPERATOR: BOW    DATE: 12/01/2016

FILED IN OFFICE

DEC 07 2016

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

DOCUMENT

16 2693

W A R R A N T

STATE OF ALABAMA            CULLMAN COUNTY            DISTRICT  COURT
AGENCY NUMBER: 161000461    WARRANT NUMBER: WR 2016 001763.00
                            OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

DC-2016-002693.00 -

DAY OF _____ , OR UNTIL LEGALLY DISCHARGED.

DATED THIS 01 DAY OF DECEMBER, 2016.

BOND SET AT: (1) 500.00   BOND TYPE: Property
             (2)
             (3)

_Joan White_

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: PORN DISTRIBUTE TO M  13A 012-200.5(1)    M  MISDEMEANOR

NAME: RAY CHARLES SCHULTZ        ALIAS:
ADDRESS: 124 COUNTY ROAD 1157    ALIAS:
ADDRESS:
CITY: CULLMAN        STATE: AL    ZIP: 35055 0000
                                  PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 12/26/1989    RACE: W    SEX: M    HAIR: BRO
EYE: HZL    HEIGHT: 6'00"    WEIGHT: 156
SID: 000000000  SSN: ████████  DL NUM: 1848267

- - - - - - - - - - - E X E C U T I O N - - - - - - - - - - -

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( X )  PLACING DEFENDANT IN THE CULLMAN COUNTY JAIL

(   )  RELEASING DEFENDANT ON APPEARANCE BOND

THIS  16th  DAY OF  December, 2016

SHERIFF  Matt Gentry

BY  M Brandi Suh  1-7

COMPLAINANT:  SUH BRANDI
              CCSD

              CULLMAN  AL  35055        FILED IN OFFICE

OPERATOR: BOW    DATE: 12/01/2016        DEC-07-2016

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY



| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7 Rev. 2/79 | | DC 16-2693 |
| | | ID   YR   Number |

Style: Ray Charles Schultz          Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 12-12-16 | Def is in on cash bond and unable to make that bond. Attorney Melvin Hastings appointed to represent def |

| State of Alabama<br>Unified Judicial System<br><br>Form C-89     Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number<br>DC16-2693 |
|---|---|---|

IN THE _____ **District** _____ COURT OF _____ **Cullman** _____, ALABAMA
(Circuit, District or Municipal)                    (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ Ray Charles Schultz _____
                                                                    **Defendant**

The above-named defendant, charged with the criminal offense(s) of _____ Pornography-Distribute to Minor _____
was duly brought before the Court for initial appearance on _____ 12/8/16 _____, at _____ 1:57 _____ o'clock _____ p.m.
whereupon the Court did the following, as checked in the appropriate blocks.

*Previously Employed Sweet home Cabinet 1 to 1 1/2 mos.*
*Not employed 3/4 years*
*NO DL*

**(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.
    ☑ (a) Ascertained the true name and address of the defendant to be: *Same as above* *DC16-1157 Cullman 35057*
    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested ☑ did not request court-appointed counsel. If requested counsel,
    defendant ☐ was ☑ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be used against him/her.

☑ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non bailable capital offense.
    ☑ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____
        ☑ 2.) Execution of a secured appearance bond in the amount of $ __2,500.00 Cash__
        ☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☑ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
    an _____ (date) at _____ o'clock ____.m.
    ☐ (a) Notified the District Court that such demand was made.
    ☑ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☑ 8. Other: _____

12/8/16 _____ **FILED IN OFFICE** _____ *Amy Black*
Date _____                                    Judge/Magistrate

DEC 08 2016

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

# Exhibit 2

DOCUMENT 2

## WARRANT OF ARREST
### CULLMAN COUNTY

**STATE OF ALABAMA**                                    **DISTRICT COURT**

Agency # 170200059-01                    **WARRANT No.** _____

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

You are hereby commanded to arrest _____ TYRONE DAISHAWN BEEBE _____ and bring him before the DISTRICT COURT OF CULLMAN COUNTY, to answer to the State of Alabama on a charge of:
### 1. BURGLARY THIRD DEGREE

and you have then and there this writ with your return thereon.

You will receive unto your custody and detain him until the _____ day of _____, 20____.

Bond set at $_____

_____                    _____
Date                                Judge/Clerk/Magistrate of District Court

---

### DEFENDANT INFORMATION

**TYRONE DAISHAWN BEEBE**
Aliases: *None Reported*                    Race: **BLK** Sex: **M**

13411 COUNTY ROAD 747,                    Height: **5'10''**
HANCEVILLE, AL 35077                    Weight: **160**  Eyes: **BLK**
                                        Hair: **BLK**
                                        D.O.B:**4/25/1997**

AL 8677130

---

### EXECUTION

Executed the within warrant by arresting the defendant and
( ✓ ) Placing defendant in the Cullman County Jail
(   ) Releasing defendant on appearance bond

_Matt Gentry_ Sheriff
By _____
                    Deputy Sheriff
Date: 2-2-17

DOCUMENT 2

# BAIL REQUEST

TO: _____, JUDGE OF THE DISTRICT COURT, CULLMAN, COUNTY, ALABAMA

STATE OF ALABAMA VS. TYRONE DAISHAWN BEEBE

CHARGE: BURGLARY 3RD _____ TITLE: 13A-7-7 _____ CODE OF ALABAMA

THE UNDERSIGNED OFFICER HEREBY REQUESTS THAT THE BOND/BAIL IN THIS CASE BE SET ABOVE THE RECOMMENDED DISCRETIONARY BAIL SCHEDULE. THE REASONS ARE SET FORTH AS FOLLOWS:

[ ] CIRCUMSTANCES OF THE DEFENDANTS AGE, BACKGROUND, AND/OR FAMILY: _____

[ ] PRIOR CRIMINAL CONVICTIONS: _____

[ ] VIOLENCE WAS PRESENT IN THE ALLEGED COMMISSION OF THE OFFENSE: _____

[ ] DEFENDANT WAS ARMED WITH A WEAPON IN COMMISSION OF THE OFFENSE: _____

[ ] DEFENDANT HAS THREATENED VICTIM/WITNESS INVOLVED IN THIS OFFENSE: _____

[ ] PROPERTY VALUE DURING THE COMMISSION OF THE OFFENSE: _____

[ ] RESIDENCE OF THE DEFENDANT: _____

[✓] OTHER REASONS WHICH ARE DESCRIBED AS FOLLOWS: OFFENDER AND HIS BROTHER THREATENED TO ROB WENDYS IN CULLMAN, WERE FOUND AT WENDYS WITH A HANDGUN. SUSPECTS HAVE ALSO INQUIRED ABOUT OBTAINING "ARTILLERY"

[ ] ON THE _____ DAY OF _____, ____ AT _____ O'CLOCK _____ .M. JUDGE _____ OF CULLMAN COUNTY, ALABAMA, WAS CONTACTED TELEPHONICALLY OR IN PERSON. THE ABOVE MENTIONED FACTS WERE PRESENTED TO HIM.

FILED IN OFFI...

15,000.00 CASH BOND Joan White Magistrate

INV. JACOB GABLE
OFFICER

CCSO
AGENCY

FEB 03 2017

LISA McSW...
CIRCUIT CLERK
CULLMAN COUNTY

| State of Alabama<br>Unified Judicial System | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations –<br>District Court or Municipal Court) | Warrant Number<br>DC-17-127 |
| --- | --- | --- |
| Form CR-6      Rev.8/98 | | Case Number<br>170200059 |

IN THE _____**DISTRICT**_____ COURT OF _____**CULLMAN**_____, ALABAMA
<br>      *(Circuit, District, or Municipal)*                    *(Name of Municipality or County)*

☑ **STATE OF ALABAMA**

■ **MUNICIPALITY OF v.** _____ **DAVON TRESHAWN BEEBE**
<br>                              **Defendant**

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that <u>TYRONE TREHAWN BEEBE</u>, defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about ____01-28-2017 / 02-01-2017____ (date of occurrence) commit the offense of  <u>BURGLARY 3RD</u>

_____ within the

■ County of <u>CULLMAN, AL</u>
<br>☐ City/Town of _____ or in the police jurisdiction thereof, in that he/she

did: *(State specific facts here. Continue on a separate sheet of paper if needed.)*  PROBABLE CAUSE WAS FOUND
<br>THAT DEVON BEEBE COMMITTED BURGLARY 3RD AGAINST RICHARD MACK. INCLUDED IN
<br>THE CASE FILE IS MULTIPLE WITNESS STATEMENTS PLACING BEEBE IN POSSESSION OF THE
<br>STOLEN PROPERTY AS WELL AS THE TWO OTHER CO DEFENDENTS STATEMENTS ADMITTING
<br>TO THE BURGLARY AND TYRONES PART IN THE BURGLARY. ALSO DAVON ADMITTED TO
<br>COMMITING THE BURGLARY.

in violation of

☑ Section _____13A-7-7_____, Ala. Code 1975.
<br>☐ Municipal Ordinance Number _____, which embraces Section _____
<br>Ala. Code 1975, previously adopted, effective and in force at the time the offense was committed.
<br>☐ Other _____

**FILED IN OFFICE**
<br>FEB 03 2017
<br>LISA McSWAIN
<br>CIRCUIT CLERK
<br>CULLMAN COUNTY

Sworn to and Subscribed before me this
<br>____3rd____ day of

*February* , 2017
<br>*Joan White*
<br>Judge/Magistrate/Warrant Clerk

*Jacob Gable*
<br>JACOB GABLE
<br>Complaint
<br>1910 Beech Ave SE, Cullman, AL 35055
<br>Address
<br>256-734-0342
<br>Telephone Number

| WITNESSES | | |
| --- | --- | --- |
| **Name** | **Address** | **Telephone Number** |
| JACOB GABLE | 1910 Beech Ave SE Cullman, AL | 256-734-0342 |
| PHILLIP HARRIS | 1910 Beech Ave SE Cullman, AL | 256-734-0342 |
| JOEY CLARK | 1910 Beech Ave SE Cullman, AL | 256-734-0342 |
| TERRY SMITH | 1910 Beech Ave SE Cullman, AL | 256-734-0342 |

Additional Witnesses on Reverse Side.

# WARRANT OF ARREST
## CULLMAN COUNTY

**STATE OF ALABAMA**                    **DISTRICT COURT**

Agency # 170200059                    **WARRANT No.** _____

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

You are hereby commanded to arrest _____DAVON TRESHAWN BEEBE_____ and bring him before the DISTRICT COURT OF CULLMAN COUNTY, to answer to the State of Alabama on a charge of:
### 1. BURGLARY THIRD DEGREE

and you have then and there this writ with your return thereon.

You will receive unto your custody and detain him until the _____ day of _____, 20____ .

Bond set at $_____

_____
Date                    _____
                        Judge/Clerk/Magistrate of District Court

---

### DEFENDANT INFORMATION

**DAVON TRESHAWN BEEBE**
Aliases: *None Reported*

1996 COUNTY ROAD 750, CULLMAN,
AL 35055    *Mom's*

Race: **BLK** Sex: **M**

Height: **5'10''**

Weight: **160**  Eyes: **BRN**

Hair: **BLK**

D.O.B:**5/6/1989**

*AL 8783923*

---

### EXECUTION

Executed the within warrant by arresting the defendant and
( ✓ )  Placing defendant in the Cullman County Jail
(   )  Releasing defendant on appearance bond

_____Matt Gentry_____ Sheriff

By _____
                Deputy Sheriff

Date: __2-2-17__

# BAIL REQUEST

TO: _____, JUDGE OF THE DISTRICT COURT, CULLMAN, COUNTY, ALABAMA

STATE OF ALABAMA VS. DAVON TREHAWN BEEBE _____

CHARGE: BURGLARY 3RD _____ TITLE: 13A-7-7 _____ CODE OF ALABAMA

THE UNDERSIGNED OFFICER HEREBY REQUESTS THAT THE BOND/BAIL IN THIS CASE BE SET ABOVE THE RECOMMENDED DISCRETIONARY BAIL SCHEDULE. THE REASONS ARE SET FORTH AS FOLLOWS:

☐ CIRCUMSTANCES OF THE DEFENDANTS AGE, BACKGROUND, AND/OR FAMILY:
_____

☐ PRIOR CRIMINAL CONVICTIONS: _____

☐ VIOLENCE WAS PRESENT IN THE ALLEGED COMMISSION OF THE OFFENSE:
_____

☐ DEFENDANT WAS ARMED WITH A WEAPON IN COMMISSION OF THE OFFENSE:
_____

☐ DEFENDANT HAS THREATENED VICTIM/WITNESS INVOLVED IN THIS OFFENSE:
_____

☐ PROPERTY VALUE DURING THE COMMISSION OF THE OFFENSE: _____

☐ RESIDENCE OF THE DEFENDANT: _____

☑ OTHER REASONS WHICH ARE DESCRIBED AS FOLLOWS: OFFENDER AND HIS BROTHER THREATENED
TO ROB WENDYS IN CULLMAN, WERE FOUND AT WENDYS WITH A HANDGUN. SUSPECTS HAVE ALSO INQUIRED ABOUT OBTAINING "ARTILLERY"

☐ ON THE ____ DAY OF _____, ____ AT _____ O'CLOCK ____ .M.
JUDGE _____ OF CULLMAN COUNTY, ALABAMA, WAS
CONTACTED TELEPHONICALLY OR IN PERSON. THE ABOVE MENTIONED FACTS
WERE PRESENTED TO HIM.

INV. JACOB GABLE
OFFICER
CCSO
AGENCY

*FILED IN OFFICE*
*FEB 09 2017*
*LISA McSWAIN*
*CIRCUIT CLERK*
*CULLMAN COUNTY*

15,000.00
CASH BOND
Green/White
Magistrate

# Exhibit 3

DOCUMENT 2

DC-17-128

| State of Alabama<br>Unified Judicial System<br>Form C-57          11/91 | **ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE**<br>(Felony) | Case Number<br>PC |
|---|---|---|

IN THE ___**DISTRICT**___ COURT OF ___**CULLMAN**___ ,ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____   v. *Tyrone Daishawn Beebe*
                                                              Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of *Burg. 3rd* _____ in this court in violation of ___*13A-7-7-(a)(3)*___. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

___*2-3-17*___                                        ___*Dana White   Lisa McSwain*___
Date                                                         Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

___*2-3-17*___                                        ___*Facetime*___        **FILED IN OFFICE**
Date                                                         Defendant

FEB 03 2017

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

DOCUMENT 2

DC-17-128

| State of Alabama Unified Judicial System | **ORDER ON INITIAL APPEARANCE** | Case Number |
|---|---|---|
| Form C-80     Rev.8/2000 | | PC |

IN THE _____ District _____ COURT OF _____ Cullman _____, ALABAMA
          (Circuit, District or Municipal)          (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. Tyrone Daishawn Beebe   4-25-97
                                                                    Defendant

The above-named defendant, charged with the criminal offenses of _Burg. 3rd_
was duly brought before the Court for initial appearance on _2-3-17_, at _2:30_ o'clock _p_ m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.                                    Unemployed
   ☑ (a) Ascertained the true name and address of the defendant to be: _13411 Co Rd 741_
                                 _Hanceville, Al 35077_
   ☐ (b) Amended the formal charges to reflect defendant's true name.
   ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined. _By jail staff_

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be used against him/her.

☑ 5. Bail
   ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
   ☑ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
      ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____
      ☑ 2.) Execution of a secured appearance bond in the amount of $ _15,000.00_ CASH BOND
      ☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary ~~hearing under Rule~~ Ala.R.Crim.P., and of the procedure by which that right may be exercised.     **FILED IN OFFICE**

☑ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
an _____ (date) at _____ o'clock     **FEB 03 2017**
   ☐ (a) Notified the District Court that such demand was made.                  **LISA McSWAIN**
   ☑ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearing.  **CIRCUIT CLERK**
                                                                                      **CULLMAN COUNTY**
☑ 8. Other: _____

_2-3-17_                                          _Joan White  for Lisa McS_
Date                                              Judge/Magistrate

DC-17-127

| State of Alabama<br>Unified Judicial System<br><br>Form C-80      Rev.8/2000 | ORDER<br>ON INITIAL APPEARANCE | Case Number<br><br>PC |
| --- | --- | --- |

IN THE _____**District**_____ COURT OF _____**Cullman**_____, ALABAMA
       (Circuit, District or Municipal)              (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. Davin TreShawn Beebe
                                                                        Defendant

The above-named defendant, charged with the criminal offense(s) of _Burg. 3rd_
was duly brought before the Court for initial appearance on _2-3-17_, at _5:45_ o'clock _p_ m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
   ☑ (a) Ascertained the true name and address of the defendant to be:
      13411 Co. Rd 747
      Hanceville, AL 35077

   ☐ (b) Amended the formal charges to reflect defendant's true name.
   ☐ (c) Instructed the Court to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
   Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
   defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined. _By Jail Staff_

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☑ 5. Bail
   ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
   ☑ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
      ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $
      ☑ 2.) Execution of a secured appearance bond in the amount of $ _15,000.00_ _CASH BOND_
      ☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☑ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____ an _____ (date) at _____ o'clock ___ m.
   ☐ (a) Notified the District Court that such demand was made.
   ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearing.

☑ 8. Other: _____

_2-3-17_
Date

_Joan White_ _____
Judge/Magistrate

FILED IN OFFICE
FEB 03 2017
LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

DC-17-127

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br>PC |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF _____ **CULLMAN** _____, ALABAMA

   (Circuit, District or Municipal)           (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. Davon Treshaun Becke
                                                                       Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _____ Burg. 3rd _____ 13A-7-7(a)(3) _____ in this court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

2-3-17
Date _____
                            Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

2-3-17
Date _____
           Facetime
               Defendant

**FILED IN OFFICE**

FEB 03 2017

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

# Exhibit 4

THE DISTRICT COURT OF CULLMAN COUNTY

Agency # 170101704

WARRANT NO. WR 17-259

CMS # 17-0155 01

## COMPLAINT

Before me the undersigned Judge/Clerk/Magistrate of The District Court of Cullman County, Alabama, personally appeared ___JUSTIN HOWSE___ who being duly sworn deposes and says that he/she has probable cause for believing, and does believe that,

JAMES HUGO STERLING, whose name is otherwise unknown to the affiant, did, with intent to defraud, possess or utter a forged instrument, to-wit: a check drawn on PREMIER BANK, dated 12/27/16, being check number 871, made payable to JAMES H. STERLING, in the amount of $468.00, drawn on the account of YVONNE STERLING, bearing the signature of YVONNE A. STERLING, as the maker thereof, which is or purports to be the genuine signature of YVONNE STERLING, or which is calculated to become or to represent if completed, an assignment or a check, draft, note, or other commercial instrument which does or may evidence, create, transfer, terminate, or otherwise affect a legal right, interest, obligation, or status, having knowledge said instrument was forged, in violation of Title 13A-9-6.1 of the Code of Alabama

JAMES HUGO STERLING, whose name is otherwise unknown to the affiant, did, with intent to defraud, possess or utter a forged instrument, to-wit: a check drawn on PREMIER BANK, dated 01/05/17, being check number 875, made payable to JAMES STERLING, in the amount of $350.00, drawn on the account of YVONNE STERLING, bearing the signature of YVONNE A. STERLING, as the maker thereof, which is or purports to be the genuine signature of YVONNE STERLING, or which is calculated to become or to represent if completed, an assignment or a check, draft, note, or other commercial instrument which does or may evidence, create, transfer, terminate, or otherwise affect a legal right, interest, obligation, or status, having knowledge said instrument was forged, in violation of Title 13A-9-6.1 of the Code of Alabama

against the peace and dignity of the State of Alabama.

Complainant's Signature

Sworn and Subscribed before me this the 14 day of February, 2017.

Judge/Clerk/Magistrate of the Court

FILED IN OFFICE

Charges:

FEB 16 2017

1. POSSESSION OF A FORGED INSTRUMENT THIRD
2. POSSESSION OF A FORGED INSTRUMENT THIRD

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

Witness for the State

JUSTIN HOWSE, CULLMAN CO SHERIFF'S OFFICE, CULLMAN, AL

# WARRANT OF ARREST
## CULLMAN COUNTY

**STATE OF ALABAMA**                                           **DISTRICT COURT**

Agency # 170101704

**WARRANT No.** _____

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

You are hereby commanded to arrest _____ JAMES HUGO STERLING _____ and bring him before the DISTRICT COURT OF CULLMAN COUNTY, to answer to the State of Alabama on a charge of:

    1. **POSSESSION OF A FORGED INSTRUMENT THIRD**

    2. **POSSESSION OF A FORGED INSTRUMENT THIRD**

and you have then and there this writ with your return thereon.

You will receive unto your custody and detain him until the _____ day of _____, 20____.

Bond set at $ _10,000_  _Cash_

_2/14/17_
Date

_____
Judge/Clerk/Magistrate of District Court

---

## DEFENDANT INFORMATION

**JAMES HUGO STERLING**
Aliases: HUGO STERLING

JIMMY STERLING

101A CO RD 1400, CULLMAN, AL 35055

Race: **CAU** Sex: **M**

Height: **5'08''**

Weight: **210**  Eyes: **BLU**

Hair: **BRN**

D.O.B:**10/31/1968**

SSN: **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**

---

## EXECUTION

Executed the within warrant by arresting the defendant and
(X) Placing defendant in the Cullman County Jail
( ) Releasing defendant on appearance bond

_Matt Gentry_  Sheriff

By _____
Deputy Sheriff

Date: _02/15/17_

WR 17-259

## Supplement

I, Investigator Howse, had conducted the investigation into the theft and forgery of Yvonne Sterling, victim, personal checks. The victim stated that she noticed on her banking statement that two checks were written without her permission. The forged checks were Premier Bank of the South Checks; #871-9468, #875-5350. The checks were written on December 37, 2016 and January 35, 2017. Both of the forged checks were made to pay to order of James Sterling, the victim's son. The victim has stated that she did not authorize her son to possess and/or make a transaction with her checks.

I requested video footage of the listed checks transactions from Premier Bank of the South. The video showed on both dates listed James Sterling making transactions in the banks drive through with the victim's forged checks. Since the transactions Premier Bank of the South had reimbursed the victim the money from the forged checks. Jacob Mullins, vice president, of the Premier Bank of the South in Cullman advised they did want to pursue charges against James Sterling and restitution ordered.

Sworn to me this
14th day of February 2017

_Lindsey Self_
Magistrate

## BAIL REQUEST

TO: _____ JUDGE OF THE DISTRICT COURT, CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA VS. _James Hugo Sterling_____

CHARGE: _Poss. Forged Instr. 3rd_____ TITLE _13A-9-6.1_ CODE OF ALABAMA

THE UNDERSIGNED OFFICER HEREBY REQUESTS THAT THE BOND/BAIL IN THIS CASE BE
SET ABOVE THE RECOMMENDED DISCRETIONARY BAIL SCHEDULE. THE REASONS ARE
SET FORTH AS FOLLOWS:

[ ]   CIRCUMSTANCES OF THE DEFENDANTS AGE, BACKGROUND, AND/OR FAMILY:

_____

[ ]   PRIOR CRIMINAL CONVICTIONS: _____

[ ]   VIOLENCE WAS PRESENT IN THE ALLEGED COMMISSION OF THE OFFENSE:

_____

[ ]   DEFENDANT WAS ARMED WITH A WEAPON IN COMMISSION OF THE OFFENSE:

_____

[ ]   DEFENDANT HAS THREATENED VICTIMS/WITNESSES INVOLVED IN THIS OFFENSE:

_____

[ ]   PROPERTY VALUE DURING THE COMMISSION OF THE OFFENSE: _____

[ ]   RESIDENCE OF THE DEFENDANT: _____

[X]   OTHER REASONS WHICH ARE DESCRIBED AS FOLLOWS: _Yvonne Sterling, victim, has_
_expressed to the Sheriff's Office that she is afraid that James Hugo Sterling, son,_
_will retaliate against her for contacting this about checks._

[ ]   ON THE ___ DAY OF _____, ___ AT _____ O'CLOCK ___ M.

JUDGE _____ OF CULLMAN COUNTY, ALABAMA, WAS CONTACTED
TELEPHONICALLY OR IN PERSON. THE ABOVE MENTIONED FACTS WERE
PRESENTED TO HIM.

OFFICER _____ JS

AGENCY _CC50_

FILED IN OFFICE

FEB 14 2017

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

2/14/17
$3,000 Cash Bond
Lindsey Self
Magistrate

# Exhibit 5

DOCUMENT 42


ELECTRONICALLY FILED
2/13/2017 3:45 PM
25-CV-2017-900034.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

SCHULTZ RAY CHARLES,                )
BEEBE DAVON,                        )
BEEBE TYRONE,                       )
DAVON BEEBE ET AL,                  )
Plaintiffs,                         )
                                    )
V.                                  )  Case No.:   CV-2017-900034.00
                                    )
GENTRY SHERIFF MATT,                )
STATE OF ALABAMA,                   )
DISTRICT   COURT   OF   CULLMAN     )
COUNTY,                             )
ADMINISTRATIVE OFFICE OF COURTS,    )
ET AL,                              )
Defendants.                         )


### ORDER


After hearing, the petition for wit of habeas corpus and the petition for writ of mandamus are respectfully denied.

**DONE this 13ᵗʰ day of February, 2017.**

/s/ **GREGORY A NICHOLAS**
**CIRCUIT JUDGE**