FILED
2017 Apr-18  PM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 6

ELECTRONICALLY FILED
1/14/2015 8:46 AM
25-DC-2014-002672.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

STATE OF ALABAMA

VS.

Melissa Tello

IN THE DISTRICT COURT OF

CULLMAN COUNTY, ALABAMA

CASE NO. DC 14-2672
TR_____

## ORDER

___ The Court having conducted a colloquy and ascertained that the Defendant made a knowing and voluntary waiver of counsel

Or

___ Defendant represented by Honorable_____

This matter coming before the Court on Defendant's charge of Dogs at Large and (Defendant's plea of Guilty)(after hearing evidence), it is

ORDERED, ADJUDGED and DECREED that the Defendant is found to be guilty as charged and punishment is fixed as follows:

___ Imprisonment in the County jail for 5 days/months as hard labor for the use of Cullman County with ___0 to be served.

___ Pay the sum of $20.00(other_____) per day for room, board and maintenance plus any actual medical expense, if any, which may be incurred while incarcerated.

___ Serve 48hrs/or_____days on the week-ends as follows:
Report to the Jail office at _____ A.M./P.M. on_____, 20___and to remain until _____ A.M./P.M. on_____and on each of the next_____consecutive weekends until served in full. The Defendant shall report to jail in a sober condition and not and not under the influence of Alcohol Beverages. In the event the Defendant is drinking it is Ordered that the Jailer keep the Defendant until he is brought before this court.

___ Completion of an approved Court Referral program as recommended by the Court Referral Officer. Defendant shall within 5 days meet with the CRO for an assessment as required by law

___ Pay $_____ for service of appointed counsel.

___ A fine of $50.00 and restitution to_____at address _____ in the amount of $_____ plus costs of $ self to be paid to clerks as follows:

___ Complete_____hours of Community Service.

___ Ordered to pay $100.00 to the Forensic Science Trust Fund — Bond fee

___ Ordered to pay_____to the Juvenile Day Treatment Fund
Δ to pay $50.00/mo beg. 2-2015

It is further ORDERED, ADJUDGED and DECREED that the remaining sentence is hereby suspended and Defendant placed on_____supervised probation, unsuper. Probation for a period of 12 mo with the following conditions:

___1. Successfully complete the court Referral Program and comply with any recommendations made
___2. Serve all time and pay all fins, court costs and restitution as ordered.
___3. Not be arrested for or convicted on any Felony case, Drug case, or any other violation of Federal, State or Local laws.
___4. Complete Drug Court.
___5. Other_____

SO ORDERED THIS 13th DAY OF January, 2015

_____ District Judge

**FILED IN OFFICE**

JAN 13 2015

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY



ELECTRONICALLY FILED
8/5/2016 2:04 PM
25-DC-2014-002672.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

: OF ALABAMA,

    PLAINTIFF,

SSA FAYE TELLO                  CASE NO: **DC142672**

    DEFENDANT.

## MOTION FOR WRIT OF ARREST

Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney, and moves this Honorable Court to issue a Writ of Arrest for the above named defendant in the above styled case and as grounds therefore would show unto the Court as follows:

[X]    The above named defendant was heretofore Ordered to make payments to the Court in the above styled case and has failed to make said payments and further that the case has been referred to the District Attorney's Restitution and Court Cost Recovery Unit and efforts to locate the defendant by said Unit have been unsuccessful.

[ ]    The defendant has failed to make payments pursuant to the Agreement of the defendant and the District Attorney's Restitution and Court Cost Recovery Unit, said Agreement being attached hereto.

[✓]    Other:  _A on May 2016 Docket. 0 paid to date_

Done this the 27th day of July, 2016.

                                 _C. Wilson Blaylock_
                                 C. Wilson Blaylock, District Attorney

Motion is hereby:

        [ ] Granted

        [ ] Denied

this, the _____ day of _____, 2016.

                                   _____
                                        District Judge

DOCUMENT 5

ELECTRONICALLY FILED
8/11/2016 10:54 AM
25-DC-2014-002672.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA      )
          )
V.          ) Case No.:   DC-2014-002672.00
          )
TELLO MELISSA      )
Defendant.       )

### ORDER

The Defendant is ordered to appear in court on October 11, 2016 at 9:00 a.m. in Judge Chaney's court    to Show Cause as to why he/she should not be held in Contempt of Court for failure to comply with the Court's orders to pay fines, costs, etc..

**DONE this 11th day of August, 2016.**

        /s/ WELLS R. TURNER III
        **DISTRICT JUDGE**

ELECTRONICALLY FILED
10/18/2016 10:44 AM
25-DC-2014-002672.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:   DC-2014-002672.00 |
| | ) |
| TELLO MELISSA | ) |
| Defendant. | ) |

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $600.00 cash bond.

**DONE this 18th day of October, 2016.**

/s/ KIM J. CHANEY
**DISTRICT JUDGE**

ACR350                       ALABAMA JUDICIAL DATA CENTER
                          DISTRICT COURT OF CULLMAN COUNTY
              ALIAS WARRANT                        DC 2014 002672.00
                      JID: WELLS R. TURNER III

---

          THE   STATE OF ALABAMA          VS TELLO MELISSA

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: TELLO MELISSA
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: DOGS-PERMITTING TO RUN   - MISDEMEANOR
                                                             -

WITNESS MY HAND THIS   OCTOBER 18, 2016.

BOND SET AT:           $600.00 - CASH        _Jean White_
                                             JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

194 RED FOX CIR                   HT: 505   WT: 105
                                  HAIR: BRO   EYE: BRO
HORTON          , AL 35980 0000   BIRTH DATE: 09/14/1979
                                  RACE:  W    SEX: F
                                  SID#: 000000000
                                  SSN#:

  ALIAS:

  EMPLOYER: _____           PHONE NO: _____

  TICKET NUMBER: 170101199        AGENCY/OFFICER: 0250000/WESTMORE
NOTE:

THIS APPEARS TO BE A VALID ADDRESS

---

  OFFICERS RETURN:
  RECEIVED ON
  EXECUTED ON  _1-14-17_         BY: _T. Reynolds  2539_

  {X} DEFENDANT ARRESTED, RELEASED ON BOND
  { } DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
  { } DEFENDANT ARRESTED, NOT BOOKED
  { } NOT FOUND
  { } OTHER   _____

  ( ) DEFENDANT ARRESTED BY SURETY

  _Matt Gentry_                  _A. Reynolds_         FILED IN OFFICE
  SHERIFF                        OFFICER
                                                        JAN 17 2017

                                                       LISA McSWAIN
                                                       CIRCUIT CLERK
                                                       CULLMAN COUNTY

OPERATOR:BOW
PREPARED:10/18/2016

                                        TG-- 15:13 pm

ACR360

**ALABAMA JUDICIAL DATA CENTER**
**DISTRICT COURT OF CULLMAN COUNTY**

RELEASE ORDER      DC 2014 002672.00
JID: WELLS R. TURNER III

---

THE  STATE OF ALABAMA      VS TELLO MELISSA

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO RELEASE FROM YOUR CUSTODY
TELLO MELISSA
WHO HAD BEEN PREVIOUSLY CONFINED BY THIS COURT.

WITNESS MY HAND THIS   JANUARY 18, 2017.

WELLS R. TURNER III
JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:                DEFENDANT'S DESCRIPTION:

194 RED FOX CIR                     HT: 505     WT: 105
                                    HAIR: BRO   EYE: BRO
HORTON            , AL 35980 0000   BIRTH DATE: 09/14/1979
                                    RACE: W     SEX: F

  ALIAS:


NOTE:

*Emailed to Booking & Confirmed by: Berryhill @ 1:08pm*

OPERATOR:AMB
PREPARED:01/18/2017

| State of Alabama | **CASE ACTION SUMMARY** | Case Number |
|---|---|---|
| Unified Judicial System | **CONTINUATION** | DC 14-2672 |
| Form C-7 Rev. 2/78 | | ID    YR    Number |

Style:

## Melissa Tello

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-17-17 | Def may be released upon $350 to clerk and then return to payments of $50 month begin 2-15-17. |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7 Rev. 2/79 | | DC14-2672 |
| | | ID    YR    Number |

Style: Melissa Tello

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-17-17 | Def may be released upon payment of $150 to clerk then return to payments of $50 month begin 2-15-17. |

Exhibit 7

ELECTRONICALLY FILED
10/18/2016 10:21 AM
25-DC-2002-001238.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA        )
                                 )
V.                             )  Case No.:   DC-2002-001238.00
                                 )
PRICE JAMES            )
Defendant.             )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $250.00 cash bond.

**DONE this 18th day of October, 2016.**

                                /s/ KIM J. CHANEY
                                DISTRICT JUDGE



ELECTRONICALLY FILED
7/26/2016 3:32 PM
25-DC-2002-001238.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

E OF ALABAMA,

    PLAINTIFF,

S CARROLL PRICE                        CASE NO: **DC021238**

    DEFENDANT.

## MOTION FOR WRIT OF ARREST

Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney, and moves this Honorable Court to issue a Writ of Arrest for the above named defendant in the above styled case and as grounds therefore would show unto the Court as follows:

[X]    The above named defendant was heretofore Ordered to make payments to the Court in the above styled case and has failed to make said payments and further that the case has been referred to the District Attorney's Restitution and Court Cost Recovery Unit and efforts to locate the defendant by said Unit have been unsuccessful.

[ ]    The defendant has failed to make payments pursuant to the Agreement of the defendant and the District Attorney's Restitution and Court Cost Recovery Unit, said Agreement being attached hereto.

[ ]    Other: _____

_____

_____

Done this the 15th day of July, 2016.

_____

C. Wilson Blaylock, District Attorney

Motion is hereby:

         [ ] Granted

         [ ] Denied

this, the _____ day of _____, 2016.

_____

District Judge

DOCUMENT 6

**alacourt.com™**

Name: James Hasting    User ID: 1558    Last login Date: 2/16/2017 4:26:54 PM

Monitor Case    Print Case

**Main Menu**

Related Cases

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

County:  25-CULLMAN   Case Number: DC-2002-001238.00   Judge:   KJC-KIM J. CHANEY   Defendant Status: B-BOND
Name:   STATE OF ALABAMA V. PRICE JAMES   Filed:   02/12/2002   Arrest Date:   02/10/2002
Filing Charge: HARASSMENT   Court Action:   GUILTY PLEA   ORI:   0250233-DIST-CULLMAN
   Disposition Charge: HARA-HARASSMENT

- 25-DC-2001-00123A.50
- 25-DC-2002-00123A.51

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

**Case Information**

County:   25-CULLMAN   Case Number:   DC-2002-001238.00   Trial Type:
Defendant Status:   B-BOND   Judge ID:   KJC-KIM J. CHANEY   Charge:   HARASSMENT
Name:   PRICE JAMES   Alias:   PRICE JAMES CARROLL   Court Action:   G-GUILTY PLEA
Probation Office Number:   0-000000-00   Probation Officer Name:      Related Cases:   WR-2001-000387
Jury Demand:   False   Traffic Citation Number:      Driver License Destroyed Date:
Grand Jury Court Action:      Inpatient Treatment Ordered:      Previous DUI Convictions:   000
Appeal Date:

**Desktop**
- My Alacourt

**Case Initiation**

Case Initiation Date:   02/10/2002   Case Initiation Type:   A-ARREST   Offense date:   03/24/2001
Filing Date:   02/12/2002   Agency ORI:   0250233-DIST-CULLMAN   Arresting Agency Type:   C-COUNTY
Arrest date:   02/10/2002   Arresting Officer:   JONES   City Code/Name:   00 BAILEYTON
Indictment Date:      Grand Jury:      Domestic Violence:   NO

**Administration**
- Manage Firm Account
- Update User Info

**Defendant Information**

Name:   PRICE JAMES   Alias 1   PRICE JAMES CARROLL   Alias 2
Address 1:   5977 CO RD 1564         Address 2
City:   BAILEYTON   State:   AL   Zip:   35019-0000   Country:   US
DOB:   01/09/1961   SSN:   XXX-XX-X003   Phone:   2569310355000   Drv License N°   ALIS0
Height:   5'10"   Weight:      Race/Sex:   W/M   Eyes/Hair   HZL/B
State Identification Number:   AL000000000   Youthful Date:      Alabama Institutional service number:

**Prosecutor and Attorney Information**

| Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736 280 |

**Warrant Information**

Warrant Issuance Date:   10/18/2016   Warrant Issuance Status:   A   Description:   ALIAS WARRANT
Warrant Action Date:      Warrant Action Status:      Description:

alacourt.com™

Name: James Hasting     User ID: 1558     Last login Date: 2/16/2017 4:26:54 PM

**Main Menu**

Search
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

Tracking
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

Desktop
- My Alacourt

Administration
- Manage Firm Account
- Update User Info

Monitor Case     Print Case

Related Cases

County: 25-CULLMAN Case Number: DC-2002-001238.00 Judge: KJC-KIM J. CHANEY Defendant Status: B-BOND
Name: STATE OF ALABAMA V. PRICE JAMES     Filed: 02/12/2002     Arrest Date: 02/10/2002
Filing Charge: HARASSMENT     Court Action: GUILTY PLEA     ORI: 0250233-DIST-CULLMAN
Disposition Charge: HARA-HARASSMENT

- 25-DC-2002-001238.50
- 25-DC-2002-001238.51

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Fee Sheet 25-DC-2002-001238.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|------------|-----------|----------|-------|-------|-----------|-------------|---------|------------|
| ACTIVE | N | D999 | D001 | 000 | $103.20 | $103.20 | $0.00 | |
| ACTIVE | N | CM00 | D001 | 000 | $177.00 | $146.80 | $30.20 | |
| ACTIVE | N | SM30 | D001 | 000 | $60.00 | $0.00 | $60.00 | |
| ACTIVE | N | CMW0 | D001 | 000 | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | CM50 | D001 | 000 | $49.00 | $0.00 | $49.00 | |
| ACTIVE | N | CM10 | D001 | 000 | $25.00 | $0.00 | $25.00 | |
| ACTIVE | N | CM71 | D001 | 000 | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | CM72 | D001 | 000 | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SO75 | D001 | 000 | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SM11 | D001 | 000 | $5.00 | $0.00 | $5.00 | |
| | | | | Total: | $511.20 | $250.00 | $261.20 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney Ope |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|--------------|
| 04/08/2014 | RECEIPT | D999 | 2014109 | 1096690 | $103.20 | D001 | 000 | | N | | CRW |
| 04/08/2014 | RECEIPT | CM00 | 2014109 | 1096691 | $146.80 | D001 | 000 | | N | | CRW |

ACR350

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF       CULLMAN COUNTY

ALIAS WARRANT
JID: KIM J. CHANEY                    DC 2002 001238.00

THE  STATE OF ALABAMA       VS PRICE JAMES

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: PRICE JAMES
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: HARASSMENT                    - MISDEMEANOR

WITNESS MY HAND THIS SEPTEMBER 18, 2007.

BOND SET AT: NO BOND          -

JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:                    DEFENDANT'S DESCRIPTION:

366 BAKERS CHAPEL LANE              HT: 510   WT: 250
                                    HAIR: BRO   EYE: HZL
GUNTERSVILLE      , AL 35976 0000   BIRTH DATE: 01/09/1961
                                    RACE: W       SEX: M
                                    SID#: 000000000
                                    SSN#: 413177003

  ALIAS:

  EMPLOYER: _____        PHONE NO: _____

  TICKET NUMBER:                  AGENCY/OFFICER: 025023J/JONES

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

---

  OFFICERS RETURN:
  RECEIVED ON

  EXECUTED ON    4/07/14        BY: _____

  (X) DEFENDANT ARRESTED, RELEASED ON BOND
  ( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
  ( ) DEFENDANT ARRESTED, NOT BOOKED
  ( ) NOT FOUND
  ( ) OTHER  _____

  ( ) DEFENDANT ARRESTED BY SURETY

SHERIFF MIKE RAINEY              OFFICER RONNY MELTON FILED IN OFFICE

                                            APR 08 2014

                                        LISA McSWAIN
                                        CIRCUIT CLERK
OPERATOR:BOW                            CULLMAN COUNTY
PREPARED:09/18/2007

STATE OF ALABAMA
PLAINTIFF
VS

James Price

IN THE DISTRICT COURT OF

CULLMAN COUNTY, ALABAMA

CASE #: DC02-1238

## ORDER

Defendant is released from County Probation and Ordered to pay the Clerk of the Court the

fines, costs, or restitution at $ 50.00 month beginning 5-8-14

Done this 10th day of April , 20 14.

_____
JUDGE

| State of Alabama<br>Unified Judicial System<br>Form C-42   Rev. 6/88 | ORDER OF RELEASE FROM JAIL | Case Number<br>DCO 2- 1238 |
|---|---|---|

IN THE ___District___ COURT OF ___Cullman___, **ALABAMA**
(Circuit or District or Municipal)    (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____   v. ___James Price___
                                            Defendant

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT:**
You are ordered to release from your custody the above-named defendant, charged with the offense(s) of _____

Reason(s) for Release: _Paid $250 to clerk. Def is placed on 24 mo. sup prob on_
_balance. To pay $25 to clerk and $25 to co prob each month beg. 5-8-14_
Date ___4-8-14___                                        By: _____
                                              Judge/Clerk

COURT RECORD (Original)    JAILER (Copy)

# Exhibit 8

ELECTRONICALLY FILED
11/10/2016 10:56 AM
25-DC-2005-000365.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA      )

                     )

V.                    )  Case No.:   DC-2005-000365.00

                     )

DRINKARD KIMBERLY KAY  )

Defendant.          )

### ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $250.00 cash bond.

**DONE this 10th day of November, 2016.**

                             **/s/ KIM J. CHANEY**
                             **DISTRICT JUDGE**



ELECTRONICALLY FILED
8/5/2016 11:43 AM
25-DC-2005-000365.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

DOCUMENT 19

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

E OF ALABAMA,

   PLAINTIFF,

ERLY HARTWIG DRINKARD                    CASE NO: **DC05365**

   DEFENDANT.

## MOTION FOR WRIT OF ARREST

Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney, and moves this Honorable Court to issue a Writ of Arrest for the above named defendant in the above styled case and as grounds therefore would show unto the Court as follows:

[X]   The above named defendant was heretofore Ordered to make payments to the Court in the above styled case and has failed to make said payments and further that the case has been referred to the District Attorney's Restitution and Court Cost Recovery Unit and efforts to locate the defendant by said Unit have been unsuccessful.

[ ]   The defendant has failed to make payments pursuant to the Agreement of the defendant and the District Attorney's Restitution and Court Cost Recovery Unit, said Agreement being attached hereto.

[✓]   Other:  *A owes old NUWI cases under Kay Hartwig and TR cases under Kimberly Drinkard*

Done this the 1st day of August, 2016.

_____
C. Wilson Blaylock, District Attorney

Motion is hereby:

        [ ] Granted

        [ ] Denied

this, the _____ day of _____ 2016.

_____
District Judge

**alacourt.com**™

Name: James Hasting    User ID: 1558    Last login Date: 2/16/2017 4:26:54 PM

Main Menu

|  |  |  | Monitor Case | | Print Case |
|---|---|---|---|---|---|

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

County: 2S-CULLMAN      Case Number: DC-2005-000365.00      Judge: KJC-KIM J. CHANEY      Defendant Status: B-BOND
Name: STATE OF ALABAMA V. DRINKARD KIMBERLY KAY      Filed: 06/10/2005      Arrest Date: 06/03/2005
Filing Charge: POSS/REC CONTR. SUBS      Court Action: DISMISSED W/CONDITIONS      ORI: 0250000
                                        Disposition Charge: Multiple-See Disposition tab

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  Ent

### Case Information

County: **2S-CULLMAN**                    Case Number: **DC-2005-000365.00**    Trial Type:
Defendant Status: **B-BOND**              Judge ID: **KJC-KIM J. CHANEY**      Charge: **POSS/REC CONTR. SUBS**
Name: **DRINKARD KIMBERLY KAY**           Alias: **HARWIG KIMBERLY**           Court Action: **1-DISMISSED W/CONDIT1**
Probation Office Number: **0-000000-00**  Probation Officer Name:              Related Cases:
Jury Demand: **False**                    Traffic Citation Number: **05-425-01**  Driver License Destroyed Date:
Grand Jury Court Action:                  Inpatient Treatment Ordered.         Previous DUI Convictions: **000**
Appeal Date:

### Case Initiation

Case Initiation Date: **06/03/2005**      Case Initiation Type: **A-ARREST**      Offense date: **06/03/2005**
Filing Date: **06/10/2005**               Agency ORI: **0250000**                 Arresting Agency Type: **C-COUNTY**
Arrest date: **06/03/2005**               Arresting Officer: **WALDREP SCOTT**    City Code/Name: **00 HUNTSVILLE**
Indictment Date:                          Grand Jury:                             Domestic Violence:

### Defendant Information

Name: **DRINKARD KIMBERLY KAY**           Alias 1: **HARWIG KIMBERLY**            Alias 2:
Address 1: **2511 WALTHAM DR NE**                                                 Address 2:
City: **HUNTSVILLE**                      State: **AL**          Zip: **35811-0000**    Country: **US**
DOB: **01/02/1964**                       SSN: **XXX-XX-X561**   Phone: **2568720955000**  Driv License N°: **AL48.**
Height: **5'09"**                         Weight:                Race/Sex: **W/F**      Eyes/Hair: **BRO/**
State Identification Number: **AL000000000**  Youthful Date:     Alabama Institutional service number:

### Prosecutor and Attorney Information

| Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736 280 |
| Attorney 1 | SAMURIE ANGELA HAMES | SAH001 | A-APPOINTED | AHAMES3@YAHOO.COM | (205) 590-238 |

### Warrant Information

Warrant Issuance Date: **11/10/2016**      Warrant Issuance Status: **A**   Description: **ALIAS WARRANT**

‹

# alacourt.com™

Name: James Hasting    User ID: 1558    Last login Date: 2/16/2017 4:26:54 PM

Monitor Case    Print Case

| | | |
|---|---|---|
| **: Main Menu** | | |

**Search**
- ■ Party Search
- ■ Case Lookup
- ■ UTC Lookup
- ■ SSN Enforcement
- ■ Attorney Search
- ■ Warrant Search
- ■ Witness Search
- ■ Docket Search
- ■ HotSheet™

**Tracking**
- ■ Attorney Tracker
- ■ Case Monitor
- ■ Name Tracker
- ■ Reminders

**Desktop**
- ■ My Alacourt

**Administration**
- ■ Manage Firm Account
- ■ Update User Info

| County: | 25-CULLMAN | Case Number: | DC-2005-000365.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | B-BOND |
|---|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. DRINKARD KIMBERLY KAY | | | Filed: | 06/10/2005 | Arrest Date: | 06/03/2005 |
| Filing Charge: POSS/REC CONTR. SUBS | | | | Court Action: | DISMISSED W/CONDITIONS | ORI: | 0250000 |
| | | | | Disposition Charge Multiple-See Disposition tab | | | |

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  Ent

### Fee Sheet 25-DC-2005-000365.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | 0001 | 000 | $334.20 | $334.20 | $0.00 | $0 |
| ACTIVE | N | CF00 | 0001 | 000 | $250.00 | $250.00 | $0.00 | $0 |
| ACTIVE | N | CFW0 | 0001 | 000 | $111.00 | $74.00 | $37.00 | $0 |
| ACTIVE | N | CF50 | 0001 | 000 | $54.00 | $54.00 | $0.00 | $0 |
| ACTIVE | N | DRF2 | 0001 | 000 | $60.00 | $60.00 | $0.00 | $0 |
| ACTIVE | N | CF71 | 0001 | 000 | $25.00 | $25.00 | $0.00 | $0 |
| ACTIVE | N | CF72 | 0001 | 000 | $25.00 | $25.00 | $0.00 | $0 |
| ACTIVE | N | SO75 | 0001 | 000 | $30.00 | $30.00 | $0.00 | $0 |
| ACTIVE | N | CF70 | 0001 | 000 | $720.00 | $720.00 | $0.00 | $0 |
| ACTIVE | N | SM11 | 0001 | 000 | $50.00 | $27.80 | $22.20 | $0 |
| | | | | **Total:** | $1,659.20 | $1,600.00 | $59.20 | $0. |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/17/2014 | FEE CHANGED CFW0 | | 2012235 | 00 | $74.00 | 0001 | 000 | | N | | | BOW |
| 01/26/2015 | RECEIPT | B001 | 2015082 | 1355010 | $1,250.00 | | S002 | | N | | | CRW |
| 03/09/2015 | TRANSFER FRM B001 | | 2015108 | 1397120 | $1,250.00 | 0001 | S002 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO D999 | | 2015108 | 1397130 | $176.50 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO CF00 | | 2015108 | 1397131 | $57.70 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO CFW0 | | 2015108 | 1397132 | $74.00 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO CF50 | | 2015108 | 1397133 | $54.00 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO DRF2 | | 2015108 | 1397134 | $60.00 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO CF71 | | 2015108 | 1397135 | $25.00 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO CF72 | | 2015108 | 1397136 | $25.00 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO SO75 | | 2015108 | 1397137 | $30.00 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO CF70 | | 2015108 | 1397138 | $720.00 | 0001 | 000 | | N | | | DEN |
| 03/09/2015 | TRANSFER TO SM11 | | 2015108 | 1397139 | $27.80 | 0001 | 000 | | N | | | DEN |

**STATE OF ALABAMA**

**DISTRICT/CIRCUIT COURT**

**CULLMAN COUNTY**

CASE # DC 05-305

## CERTIFICATE OF CASH BOND

I, LISA MCSWAIN, CLERK OF THE COURT OF CULLMAN COUNTY, ALABAMA, DO
HEREBY CERTIFY THAT _Mike Picone_ HAS THIS DATE
DEPOSITED WITH ME AS CLERK OF SAID COURT THE SUM OF $ 1,250.00
AS BOND IN THE ABOVE LISTED CASE. THIS SUM IS MENTIONED OF RECORD AS
BOND AMOUNT SET BY THE JUDGE/MAGISTRATE OF SAID COURT, IN THE CASE OF
STATE OF ALABAMA VS. _Kimberly Kay Drinkard_
IN WHICH THE SAID DEFENDANT IS CHARGED WITH THE OFFENSE OF

_Poss/Rec Controlled Substance_

I HAVE RECEIPTED THIS AMOUNT INTO MY CRIMINAL ACCOUNT UNDER RECEIPT #
_135501_, AND DATED THIS DATE.

I HAVE THIS DAY _January 20, 2015_, DELIVERED THE ORIGINAL OF
THIS CERTIFICATE TO HONORABLE _Matt Gentry_, SHERIFF OF
CULLMAN COUNTY, ALABAMA.

**BOND RETURNABLE:**

_March 9, 2015_
_9:00 A.m._

**LISA MCSWAIN, CIRCUIT CLERK**

S E A L

**CULLMAN COUNTY, ALABAMA**

Confirmed w/Fulenweder
5:13

**MONEY PAID BY:**

2511 Waltham Drive

Huntsville Al. 35811

Mike Picone          256 479 5558

# Exhibit 9

ELECTRONICALLY FILED
10/17/2016 11:18 AM
25-DC-2009-000156.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA                    )
                                    )
V.                                  )   Case No.:   DC-2009-000156.00
                                    )
BARNETT   JOSEPH   BENJAMIN         )
EDRO                                )
Defendant.                          )

## ORDER

As the Defendant has failed to appear before this Court at the show cause
hearing scheduled on October 11, 2016 to show why they should not be
jailed for failing to follow the court's Order pertaining to payment of fines
costs and/or restitution and/or compliance with County Probation and/or the
CRO program, a warrant is issued for Defendant's arrest with $6,000.00
cash bond.


DONE this 17th day of October, 2016.

                        /s/ KIM J. CHANEY
                        DISTRICT JUDGE



ELECTRONICALLY FILED
7/26/2016 1:31 PM
25-DC-2009-000156.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

DOCUMENT 26

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

E OF ALABAMA,
    PLAINTIFF,

**PH ADRON BENJAMIN BARNETT**         CASE NO: **DC09156**
    DEFENDANT.

## MOTION FOR WRIT OF ARREST

Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney, and moves this Honorable Court to issue a Writ of Arrest for the above named defendant in the above styled case and as grounds therefore would show unto the Court as follows:

[X]    The above named defendant was heretofore Ordered to make payments to the Court in the above styled case and has failed to make said payments and further that the case has been referred to the District Attorney's Restitution and Court Cost Recovery Unit and efforts to locate the defendant by said Unit have been unsuccessful.

[ ]    The defendant has failed to make payments pursuant to the Agreement of the defendant and the District Attorney's Restitution and Court Cost Recovery Unit, said Agreement being attached hereto.

[ ]    Other: _____

                           _____

                           _____

Done this the 6th day of July, 2016.

                    _____
                    C. Wilson Blaylock, District Attorney

Motion is hereby:
        [ ] Granted

        [ ] Denied

this, the _____ day of _____ 2016.

                    _____
                            District Judge



Name: James Hasting    User ID: 1550    Last login Date: 2/16/2017 3:27:10 PM

| Main Menu

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| | | | | | Monitor Case | | Print Case |
|---|---|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2009-000156.00 | | Judge: | KJC-KIM J. CHANEY | Defendant Status: | P-PRISON |
| Name: | STATE OF ALABAMA V. BARNETT JOSEPH BENJAMIN EDRO | | | Filed: | 03/06/2009 | Arrest Date: | 03/05/2009 |
| Filing Charge: UNLAW MANF CTN SUBS | | | | Court Action: | GUILTY PLEA | ORI: | 0250100 |
| | | | | Disposition Charge: Multiple-See Disposition tab | | | |

Case    Settings    Charges / Disposition    Sentence    Enforcement    Consolidated Case Action Summary    Images    Witness List    Financial    Motions    Ent

### Case Information

| County: | 25-CULLMAN | Case Number: | | Trial Type: | |
|---|---|---|---|---|---|
| Defendant Status: | P-PRISON | Judge ID: | KJC-KIM J. CHANEY | Charge: | UNLAW MANF CTN |
| Name: | BARNETT JOSEPH BENJAMIN EDRO | Alias: | | Court Action: | G-GUILTY PLEA |
| Probation Office Number: | 2011-001493-00 | Probation Officer Name: | E12562 | Related Cases: | WR-2009-000232 |
| Jury Demand: | False | Traffic Citation Number: | 09-0116-01 | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | NO | Previous DUI Convictions: | 000 |
| Appeal Date: | | | | | |

### Case Initiation

| Case Initiation Date: | 03/05/2009 | Case Initiation Type: | A-ARREST | Offense date: | 03/05/2009 |
|---|---|---|---|---|---|
| Filing Date: | 03/06/2009 | Agency ORI: | 0250100 | Arresting Agency Type: | S-STATE (INCLUDES PARK RANGER) |
| Arrest date: | 03/05/2009 | Arresting Officer: | NASSETTA DAVID | City Code/Name: | 00 CULLMAN |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | |

### Defendant Information

| Name: | BARNETT JOSEPH BENJAMIN EDRO | Alias 1: | | | | Alias 2: | |
|---|---|---|---|---|---|---|---|
| Address 1: | 175 CO RD 251 | | | | | Address 2 | |
| City: | CULLMAN | State: | AL | Zip: | 35057-0000 | Country | US |
| DOB: | 10/28/1980 | SSN: | XXX-XX-X608 | Phone: | 2562559269000 | Driv License Nm | AL14 |
| Height: | 5'11" | Weight: | | Race/Sex: | W/M | Eyes/Hair: | BRO/ |
| State Identification Number: | AL000000000 | Youthful Date: | | Alabama Institutional service number: | | 000000 | |

### Prosecutor and Attorney Information

| | Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|---|
| Prosecutor 1 | | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-280 |
| Attorney 1 | | GRIMMETT CINDY SUE | GRI063 | A-APPOINTED | CINDYGRIMMETT1@AOL.COM | (256) 739.466 |

### Warrant Information

| Warrant Issuance Date: | 10/18/2016 | Warrant Issuance Status: | A | Description: | ALIAS WARRANT |
|---|---|---|---|---|---|

‹

**alacourt.com™**

Name: James Hasting        User ID: 1558        Last login Date: 2/16/2017 / 3:27:10 PM

⋮ **Main Menu**

**Search**
- ■ Party Search
- ■ Case Lookup
- ■ UTC Lookup
- ■ SSN Enforcement
- ■ Attorney Search
- ■ Warrant Search
- ■ Witness Search
- ■ Docket Search
- ■ HotSheet™

**Tracking**
- ■ Attorney Tracker
- ■ Case Monitor
- ■ Name Tracker
- ■ Reminders

**Desktop**
- ■ My Alacourt

**Administration**
- ■ Manage Firm Account
- ■ Update User Info

| | | | | | Monitor Case | Print Case |
|---|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2009-000156.00 | | Judge: | KJC-KIM J. CHANEY | Defendant Status: P-PRISON |
| Name: | STATE OF ALABAMA V. BARNETT JOSEPH BENJAMIN EDRO | | | Filed: | 03/06/2009 | Arrest Date: 03/05/2009 |
| Filing Charge: UNLAW MANF CTN SUBS | | | | Court Action: | GUILTY PLEA | ORI: 025010D0 |
| | | | | Disposition Charge: Multiple-See Disposition tab | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   En

### Fee Sheet 25-DC-2009-000156.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | | $1,385.40 | $0.00 | $1,385.40 | |
| ACTIVE | N | SF00 | D001 | 000 | $260.00 | $0.00 | $260.00 | |
| ACTIVE | N | SF30 | D001 | 000 | $10.00 | $0.00 | $10.00 | |
| ACTIVE | N | SFW0 | D001 | 000 | $74.00 | $0.00 | $74.00 | |
| ACTIVE | N | DRF2 | D001 | 000 | $60.00 | $0.00 | $60.00 | |
| ACTIVE | N | LCSF | D001 | 000 | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | SO15 | D001 | 000 | $100.00 | $0.00 | $100.00 | |
| ACTIVE | N | SF10 | D001 | 000 | $2,000.00 | $0.00 | $2000.00 | |
| ACTIVE | N | SF71 | D001 | 000 | $75.00 | $0.00 | $75.00 | |
| ACTIVE | N | SF72 | D001 | 000 | $75.00 | $0.00 | $75.00 | |
| ACTIVE | N | SO75 | D001 | 000 | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SF70 | D001 | 000 | $1,000.00 | $0.00 | $1000.00 | |
| ACTIVE | N | SF65 | D001 | 000 | $1,000.00 | $0.00 | $1000.00 | |
| ACTIVE | N | SF11 | D001 | 000 | $50.00 | $0.00 | $50.00 | |
| | | | | Total: | $6,040.40 | $0.00 | $6,040.40 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2016 | FEE CHANGED | SFW0 | 2010127 | 00 | $74.00 | D001 | 000 | | N | | | BOw |

# Exhibit 10

ELECTRONICALLY FILED
11/10/2016 11:11 AM
25-DC-2009-000367.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:   DC-2009-000367.00
)
EDDY SANDY DELAINE )
Defendant. )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $2,200.00 cash bond.

**DONE this 10th day of November, 2016.**

/s/ KIM J. CHANEY
**DISTRICT JUDGE**



IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

E OF ALABAMA,
    PLAINTIFF,

Y DELAINE EDDY                       CASE NO: **DC09367**

    DEFENDANT.

## MOTION FOR WRIT OF ARREST

        Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney, and moves this Honorable Court to issue a Writ of Arrest for the above named defendant in the above styled case and as grounds therefore would show unto the Court as follows:

[X]    The above named defendant was heretofore Ordered to make payments to the Court in the above styled case and has failed to make said payments and further that the case has been referred to the District Attorney's Restitution and Court Cost Recovery Unit and efforts to locate the defendant by said Unit have been unsuccessful.

[ ]    The defendant has failed to make payments pursuant to the Agreement of the defendant and the District Attorney's Restitution and Court Cost Recovery Unit, said Agreement being attached hereto.

[✓]    Other: _A w]on Show Cause Docket 4-11-16, Zero paid since then and not set on another Docket._

Done this the 8th day of August, 2016.

                                            C. Wilson Blaylock, District Attorney

Motion is hereby:
        [ ] Granted

        [ ] Denied

this, the _____ day of _____, 2016.

                                            _____
                                            District Judge

ELECTRONICALLY FILED
8/9/2016 2:59 PM
25-DC-2009-000367.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA McSWAIN, CLERK

DOCUMENT 17

**alacourt.com™**

| | | Name: James Hasting | User ID: 1558 | Last login Date: 2/16/2017 3:27:10 PM | | | |

⋮ **Main Menu**

**Search**
■ Party Search
■ Case Lookup
■ UTC Lookup
■ SSN Enforcement
■ Attorney Search
■ Warrant Search
■ Witness Search
■ Docket Search
■ HotSheet™

**Tracking**
■ Attorney Tracker
■ Case Monitor
■ Name Tracker
■ Reminders

**Desktop**
■ My Alacourt

**Administration**
■ Manage Firm Account
■ Update User Info

| | | | | | Monitor Case | | Print Case |
|---|---|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2009-000367.00 | | Judge: | KJC-KIM J. CHANEY | Defendant Status: | B-BOND |
| Name: | STATE OF ALABAMA V. EDDY SANDY DELAINE | | | Filed: | 06/17/2009 | Arrest Date: | 06/09/2009 |
| Filing Charge: POSS/REC CONTR. SUBS | | | | Court Action: | PRETRIAL DIVERSION | ORI: | 0250100 |
| | | | | Disposition Charge: Multiple-See Disposition tab | | | |

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  Ent

**Case Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2009-000367.00 | Trial Type: | | |
| Defendant Status: | B-BOND | Judge ID: | KJC-KIM J. CHANEY | Charge: | POSS/REC CONTR. S | |
| Name: | EDDY SANDY DELAINE | Alias: | | Court Action: | P-PRETRIAL DIVERS | |
| Probation Office Number: | 0-000000-00 | Probation Officer Name: | | Related Cases: | | |
| Jury Demand: | False | Traffic Citation Number: | 09-0394-01 | Driver License Destroyed Date: | | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | 000 | |
| Appeal Date: | | | | | | |

**Case Initiation**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Initiation Date: | 06/09/2009 | Case Initiation Type: | A-ARREST | Offense date: | 06/09/2009 | |
| Filing Date: | 06/17/2009 | Agency ORI: | 0250100 | Arresting Agency Type: | S-STATE (INCLUDES PARK RANGER) | |
| Arrest date: | 06/09/2009 | Arresting Officer: | THOMASON CHRIS | City Code/Name: | 00 GARDEN CITY | |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | | |

**Defendant Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | EDDY SANDY DELAINE | Alias 1: | | | | Alias 2: | |
| Address 1: | 411 3RD AVE SE | | | | | Address 2: | |
| City: | GARDEN CITY | State: | AL | Zip: | 35070-0000 | Country: | US |
| DOB: | 05/04/1982 | SSN: | XXX-XX-X659 | Phone: | 2566364254000 | Drv License N°: | AL682 |
| Height: | 5'03" | Weight: | | Race/Sex: | W/F | Eyes/Hair: | GRN/ |
| State Identification Number: | AL000000000 | Youthful Date: | | Alabama Institutional service number: | | | |

**Prosecutor and Attorney Information**

| Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA076 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-28 |
| Attorney 1 | WARREN CHARLES EDWIN JR | WAR053 | A-APPOINTED | CWARREN@POTTSYOUNG.COM | (256) 764-714 |

**Warrant Information**

| | | | | |
|---|---|---|---|---|
| Warrant Issuance Date: | 11/10/2016 | Warrant Issuance Status: | A  Description: | ALIAS WARRANT |

⟨

**alacourt.com™**

Name: James Hasting          User ID: 1558          Last login Date: 2/16/2017 3:27:10 PM

Monitor Case          Print Case

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2009-000367.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | B-BOND |
| Name: | STATE OF ALABAMA V. EDDY SANDY DELAINE | | Filed: | 06/17/2009 | Arrest Date: | 06/09/2009 |
| Filing Charge: POSS/REC CONTR. SUBS | | | Court Action: | PRETRIAL DIVERSION | ORI: | 0250100 |
| | | | Disposition Charge: Multiple-See Disposition tab | | |

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Fee Sheet 25-DC-2009-000367.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | 000 | $630.00 | $358.16 | $271.84 | |
| ACTIVE | N | SFWO | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | SO15 | D001 | 000 | $100.00 | $86.92 | $13.08 | |
| ACTIVE | N | CM70 | D001 | 000 | $2,000.00 | $0.00 | $2000.00 | |
| | | | | Total: | $2,767.00 | $445.08 | $2,321.92 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20/2013 | RECEIPT | D999 | 2013206 | 901810 | $25.00 | D001 | 000 | | N | | | JFK |
| 08/20/2013 | RECEIPT | D999 | 2013206 | 901810 | $25.00 | D001 | 000 | | N | | | JFK |
| 08/20/2013 | VOID RECEIPT E | D999 | 2013206 | 901810 | $25.00 | D001 | 000 | | N | E | | DEN |
| 10/21/2013 | RECEIPT | D999 | 2014011 | 956100 | $51.08 | D001 | 000 | | N | | | DEN |
| 12/17/2013 | RECEIPT | D999 | 2014043 | 1002940 | $30.00 | D001 | 000 | | N | | | CRW |
| 02/07/2016 | RECEIPT | D999 | 2016108 | 1722790 | $6.90 | D001 | 000 | | N | | | LEH |

DC-09-367



# ORDER TO PAY

_Sandy Eddy_ has completed all requirements of the Cullman County Drug Court Program, with the exception of payment of Drug Court Fees in the amount of _1040.ºº_. All sums owed shall be paid in full on or before _11-29-11_. If all sums have not been paid in full by this date, the Defendant shall appear in court on _11-29-11_ to _1:15pm_ show cause why he/she should not be held in contempt of court for willful failure to abide by the ORDER of this Court and /or for sentence to be imposed.

Done this the _16th_ Day of _Aug_, 2010

_[signature]_

District Judge

## ACKNOWLEDGMENT

The undersigned expressly acknowledges being informed that she/he has not graduated from the Drug Court Program and that undersigned may continue to be subject to random drug testing at the discretion of the court. The defendant shall continue to call CRO each day, including weekends, to determine whether they are required to report for testing and the Defendant understands that an additional fee of $25.00 per test will be charged in addition to existing drug court fee. In addition, the Defendant understands that any new arrests for any felony, drug or alcohol offense prior to graduating from the Drug Court Program may result in the imposition of the sentence originally imposed in the above styled action. The undersigned further acknowledges that it is the sole responsibility of the defendant to provide The Court Referral Office written notification of any changes in the Defendants address or telephone number within 48 hours of the change and that failure to do so may result in a warrant being issued for the defendants arrest.

Signed this the _16_ day of _August_, 2010

_[signature]_

Drug Court Participant