FILED
2017 Apr-18  PM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 11

ELECTRONICALLY FILED
10/14/2016 3:00 PM
25-DC-2009-000307.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA         )
                              )
V.                          )  Case No.:   DC-2009-000307.00
                              )
STRICKLAND CODY DWAYNE  )
Defendant.               )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $6,000.00 cash bond.

**DONE this 14th day of October, 2016.**

                              **/s/ KIM J. CHANEY**
                              **DISTRICT JUDGE**

3

ACR350

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF CULLMAN COUNTY

ALIAS WARRANT                                    DC 2009 000307.00
JID: KIM J. CHANEY

THE  STATE OF ALABAMA      VS STRICKLAND CODY DWAYNE

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: STRICKLAND CODY DWAYNE
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: POSS/REC CONTR. SUBS   - FELONY

WITNESS MY HAND THIS   OCTOBER 18, 2016.

BOND SET AT:      $6,000.00 - CASH

JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:                 DEFENDANT'S DESCRIPTION:

2451 CO RD 1490                      HT: 511   WT: 185
CULLMAN            , AL 35058 0000   HAIR: BRO   EYE: HZL
                                     BIRTH DATE: 11/30/1990
                                     RACE: W   SEX: M
                                     SID#: 000000000

  ALIAS:

  EMPLOYER: _____      PHONE NO: _____

  TICKET NUMBER: 09-0171-01      AGENCY/OFFICER: 0250000/CREEL TI

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

  OFFICERS RETURN: 10-19-2016
  RECEIVED ON

  EXECUTED ON  10-19-2016        BY: Dep. R. Warren

  ( ) DEFENDANT ARRESTED, RELEASED ON BOND
  ( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
  ( ) DEFENDANT ARRESTED, NOT BOOKED
  ( ) NOT FOUND
  ( ) OTHER

  ( ) DEFENDANT ARRESTED BY SURETY

Matt Gentry
SHERIFF                              OFFICER

FILED IN OFFICE

OCT 20 2016

OPERATOR:BOW
PREPARED:10/18/2016

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY



ELECTRONICALLY FILED
6/8/2016 3:19 PM
25-DC-2009-000307.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

E OF ALABAMA,

     PLAINTIFF,

 WAYNE STRICKLAND                 CASE NO: **DC09307**

     DEFENDANT.

## MOTION FOR WRIT OF ARREST

Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney, and moves this Honorable Court to issue a Writ of Arrest for the above named defendant in the above styled case and as grounds therefore would show unto the Court as follows:

[X]    The above named defendant was heretofore Ordered to make payments to the Court in the above styled case and has failed to make said payments and further that the case has been referred to the District Attorney's Restitution and Court Cost Recovery Unit and efforts to locate the defendant by said Unit have been unsuccessful.

[ ]    The defendant has failed to make payments pursuant to the Agreement of the defendant and the District Attorney's Restitution and Court Cost Recovery Unit, said Agreement being attached hereto.

[ ]    Other: _____
                      _____
                      _____

Done this the 25th day of May, 2016.

                                      _____
                                        C. Wilson Blaylock, District Attorney

Motion is hereby:

        [ ] Granted

        [ ] Denied

this, the _____ day of _____ 2016.

                                        _____
                                          District Judge

DOCUMENT 74

alacourt.com™

| | | Name: James Hasting | User ID: 1556 | Last login Date: 2/16/2017 3:27:10 PM | |
|---|---|---|---|---|---|

Monitor Case     Print Case

| | | | | | | |
|---|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2009-000307.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | J-JAIL |
| Name: | STATE OF ALABAMA V. STRICKLAND CODY DWAYNE | | Filed: | 05/26/2009 | Arrest Date: | 05/22/2009 |
| Filing Charge: POSS/REC CONTR. SUBS | | | Court Action: | GUILTY PLEA | ORI: | 0250000 |

Disposition Charge: Multiple-See Disposition tab

**Main Menu**

Search
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

Tracking
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

Desktop
- My Alacourt

Administration
- Manage Firm Account
- Update User Info

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  Ent

**Fee Sheet 25-DC-2009-000307.00**

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | S015 | D001 | | $100.00 | $40.00 | $60.00 | |
| ACTIVE | N | D999 | D001 | | $1,393.50 | $0.00 | $1,393.50 | |
| ACTIVE | N | CADM | D001 | | $40.00 | $0.00 | $40.00 | |
| ACTIVE | N | CF00 | D001 | | $260.00 | $0.00 | $260.00 | |
| ACTIVE | N | CFW0 | D001 | 000 | $148.00 | $0.00 | $148.00 | |
| ACTIVE | N | DRF2 | D001 | | $60.00 | $0.00 | $60.00 | |
| ACTIVE | N | LCSF | D001 | 000 | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | CF10 | D001 | | $2,000.00 | $0.00 | $2000.00 | |
| ACTIVE | N | CF71 | D001 | | $25.00 | $0.00 | $25.00 | |
| ACTIVE | N | CF72 | D001 | | $25.00 | $0.00 | $25.00 | |
| ACTIVE | N | S075 | D001 | | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SF70 | D001 | 000 | $2,000.00 | $0.00 | $2000.00 | |
| ACTIVE | N | CF65 | D001 | 000 | $0.00 | $0.00 | $0.00 | |
| ACTIVE | N | SF11 | D001 | | $50.00 | $0.00 | $50.00 | |
| | | | | Total: | $6,152.50 | $40.00 | $6,112.50 | |

**Financial History**

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/2014 | REMITTANCE | CF65 | 2015038 | 1301940 | $1,000.00 | D001 | 000 | | N | | | BOW |
| 08/16/2016 | FEE CHANGED | CFW0 | 2010162 | 00 | $111.00 | D001 | 000 | | N | | | BOW |
| 10/18/2016 | FEE CHANGED | CFW0 | 2010162 | 00 | $148.00 | D001 | 000 | | N | | | BOW |



| | | | | Name: James Hasting | User ID: 1558 | | Last login date: 2/16/2017 3:27:10 PM | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | Monitor Case | | Print Case |
|---|---|---|---|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2009-000307.00 | Judge: | KJC-KIM J. CHANEY | | | Defendant Status: | J-JAIL |
| Name: | STATE OF ALABAMA V. STRICKLAND CODY DWAYNE | | | Filed: | 05/26/2009 | | | Arrest Date | 05/22/2009 |
| Filing Charge: POSS/REC CONTR. SUBS | | | | Court Action: | GUILTY PLEA | | | ORI: | 0250000 |
| | | | | Disposition Charge:Multiple-See Disposition tab | | | | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Enf

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2009-000307.00 | Trial Type: | |
| Defendant Status: | J-JAIL | Judge ID: | KJC-KIM J. CHANEY | Charge: | POSS/REC CONTR. |
| Name: | STRICKLAND CODY DWAYNE | Alias: | | Court Action: | G-GUILTY PLEA |
| Probation Office Number: | 2010-016129-00 | Probation Officer Name: | E12562 | Related Cases: | WR-2009-000370.0 |
| Jury Demand: | False | Traffic Citation Number: | 09-0171-01 | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | NO | Previous DUI Convictions: | 000 |
| Appeal Date: | | | | | |

### Case Initiation

| | | | | | |
|---|---|---|---|---|---|
| Case Initiation Date: | 05/22/2009 | Case Initiation Type: | A-ARREST | Offense date: | 05/22/2009 |
| Filing Date: | 05/26/2009 | Agency ORI: | 0250000 | Arresting Agency Type: | C-COUNTY |
| Arrest date: | 05/22/2009 | Arresting Officer: | CREEL TIM | City Code/Name: | 00 CULLMAN |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | |

### Defendant Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | STRICKLAND CODY DWAYNE | Alias 1: | | | | | Alias 2: | |
| Address 1: | 2451 CO RD 1490 | | | | | | Address 2: | |
| City: | CULLMAN | State: | AL | Zip: | 35058-0000 | | Country: | US |
| DOB: | 11/30/1990 | SSN: | XXX-XX-X005 | Phone: | 2567272056000 | | Driv License N°: | TN11013 |
| Height : | 5'11" | Weight: | | Race/Sex: | W/M | | Eyes/Hair: | HZL/BRO |
| State Identification Number: | AL000000000 | Youthful Date: | | Alabama Institutional service number: | | | | |

### Prosecutor and Attorney Information

| | Number | Name | Attorney Code | Type Of Counsel | | Email | Phon |
|---|---|---|---|---|---|---|---|
| Prosecutor 1 | | BLAYLOCK CHARLES WILSON | BLA078 | | | WBLAYLOCK@CULLMANDA.COM | (256) 736 787 |
| Attorney 1 | | RICHTER ANDRIA SIMS | LEE015 | A-APPOINTED | | ARICHTERLAW@GMAIL.COM | (256) 775 775 |

### Warrant Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Warrant Issuance Date: | | 10/18/2016 | Warrant Issuance Status: | A | Description: | ALIAS WARRANT |

‹

ELECTRONICALLY FILED
8/13/2013 11:21 AM
25-DC-2009-000307.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY
Felony Division

STATE OF ALABAMA,                    *

    PLAINTIFF,

    VS.                                  *

*Cody Dwayne Strickland*              *    CASE # *DC09-307*
    DEFENDANT                        *    *DC10-21*

### SENTENCING ORDER

The above named defendant requested Drug Court and entered a guilty plea in this case on _April 6 2010_ and was sentenced to _3 year_ with the Alabama Department of Corrections.

When asked if the Defendant has anything to say before the sentence is imposed, the Defendant said: _____ No Sir _____.

**As the above named Defendant has failed and refused to comply with the court order and directives of Drug Court it is Ordered, Adjudged and Decreed that:**

**Pursuant to the plea agreement the above Defendant is hereby sentenced to Alabama Department of Corrections for _____ 3 _____ years.**

**The defendant is fined $2000.00 plus all court costs in this case. In addition the Defendant is taxed with $1000.00 drug demand assessment and is Ordered to reimburse the state for services of the court appointed attorney.**

**It is Ordered for the Defendant to complete the SAP or comparable drug program while in custody of the Alabama Department of Corrections.**

**Defendant shall be remanded to the Cullman County Detention Facility until she is placed in custody of Alabama Department of Corrections.**

Done this _6_ day of _August_, 20_13_

_____
Judge

Copy to:  ( ) Defendant ( ) DA ( ) Attorney ( ) Jail ( ) CRO

# Exhibit 12

ELECTRONICALLY FILED
10/17/2016 3:17 PM
25-DC-2010-000267.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:   DC-2010-000267.00
)
GAMBLE BRIAN ANTHONY )
Defendant. )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $5,000.00 cash bond.

**DONE this 17th day of October, 2016.**

/s/ KIM J. CHANEY
**DISTRICT JUDGE**



ELECTRONICALLY FILED
7/26/2016 1:35 PM
25-DC-2010-000267.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

**IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA**

E OF ALABAMA,

     PLAINTIFF,

N ANTHONY GAMBLE                CASE NO: **DC10267**

     DEFENDANT.

DOCUMENT 7

### MOTION FOR WRIT OF ARREST

      Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney, and moves this Honorable Court to issue a Writ of Arrest for the above named defendant in the above styled case and as grounds therefore would show unto the Court as follows:

      [X ]   The above named defendant was heretofore Ordered to make payments to the Court in the above styled case and has failed to make said payments and further that the case has been referred to the District Attorney's Restitution and Court Cost Recovery Unit and efforts to locate the defendant by said Unit have been unsuccessful.

      []   The defendant has failed to make payments pursuant to the Agreement of the defendant and the District Attorney's Restitution and Court Cost Recovery Unit, said Agreement being attached hereto.

      []   Other: _____

                      _____

                      _____

Done this the 28th day of June, 2016.

                                  _____

                                  C. Wilson Blaylock, District Attorney

Motion is hereby:

              [ ] Granted

              [ ] Denied

this, the _____ day of _____, 2016.

                                  _____

                                    District Judge



The Alabama Trial Court System at your desk

Name: James Hasting    User ID: 1558    Last login date: 2/16/2017 3:27:10 PM

Monitor Case    Print Case

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2010-000267.00 | Judge | KJC-KIM J. CHANEY | Defendant Status: | O-OTHER |

County:    25-CULLMAN    Case Number: DC-2010-000267.00    Judge    KJC-KIM J. CHANEY    Defendant Status:    O-OTHER
Name:    STATE OF ALABAMA V. GAMBLE BRIAN ANTHONY    Filed:    05/14/2010    Arrest Date:    03/17/2010
Filing Charge: POSS/REC CONTR. SUBS    Court Action:    GUILTY PLEA    ORI:    0250200

Disposition Charge Multiple-See Disposition tab

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2010-000267.00 | Trial Type: | |
| Defendant Status: | O-OTHER | Judge ID: | KJC-KIM J. CHANEY | Charge: | POSS/REC CONTR. S |
| Name: | GAMBLE BRIAN ANTHONY | Alias: | | Court Action: | G-GUILTY PLEA |
| Probation Office Number: | 2010-012437-00 | Probation Officer: | E17562 | Related Cases: | |
| Jury Demand: | False | Traffic Citation Number: | 10-0193-01 | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | YES | Previous DUI Convictions: | 000 |
| Appeal Date: | | | | | |

### Case Initiation

| | | | | | |
|---|---|---|---|---|---|
| Case Initiation Date: | 03/17/2010 | Case Initiation Type: | A-ARREST | Offense date: | 03/17/2010 |
| Filing Date: | 05/14/2010 | Agency ORI: | 0250200 | Arresting Agency Type: | S-STATE (INCLUDES PARK RANGER) |
| Arrest date: | 03/17/2010 | Arresting Officer: | LONG ROBERT | City Code/Name: | 00 HANCEVILLE |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | |

### Defendant Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | GAMBLE BRIAN ANTHONY | Alias 1: | | | Alias 2: | |
| Address 1: | 1606 EDWARD ST NE | | | | Address 2: | |
| City: | HANCEVILLE | State: | AL | Zip: | 35077-0000 | Country: | US |
| DOB: | 04/04/1986 | SSN: | XXX-XX-X329 | Phone: | 2563526119000 | Driv License N°: | AL73 |
| Height : | 5'07" | Weight: | | Race/Sex: | W/M | Eyes/Hair: | BLU/ |
| State Identification Number: | AL000000000 | Youthful Date: | | Alabama Institutional service number. | 000000 | | |

### Prosecutor and Attorney Information

| Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736 280 |
| Attorney 1 | COEY GEORGE EDWARD | COE001 | A-APPOINTED | COEYLAW@BELLSOUTH.NET | (256) 352 209 |

### Warrant Information

| | | | | |
|---|---|---|---|---|
| Warrant Issuance Date: | 10/18/2016 | Warrant Issuance Status | A   Description: | ALIAS WARRANT |

<   >

#### Main Menu

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

# alacourt.com™

Name: James Hasting    User ID: 1558    Last login Date: 2/16/2017 3:27:10 PM

Monitor Case    Print Case

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2010-000267.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: D-OTHER |
| Name: | STATE OF ALABAMA V. GAMBLE BRIAN ANTHONY | | Filed: | 08/14/2010 | Arrest Date: 03/17/2010 |
| Filing Charge: POSS/REC CONTR. SUBS | | | Court Action: | GUILTY PLEA | ORI: 0250200 |
| | | | Disposition Charge: Multiple-See Disposition tab | | |

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  En

### Fee Sheet 25-DC-2010-000267.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | 000 | $1,304.70 | $25.00 | $1279.70 | |
| ACTIVE | N | SF00 | D001 | 000 | $260.00 | $122.00 | $138.00 | |
| ACTIVE | N | SFW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | DRF2 | D001 | 000 | $60.00 | $0.00 | $60.00 | |
| ACTIVE | N | LCSF | D001 | 000 | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | SF10 | D001 | 000 | $2,000.00 | $0.00 | $2000.00 | |
| ACTIVE | N | SF71 | D001 | 000 | $25.00 | $0.00 | $25.00 | |
| ACTIVE | N | SF72 | D001 | 000 | $25.00 | $0.00 | $25.00 | |
| ACTIVE | N | SO75 | D001 | 000 | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SF70 | D001 | 000 | $1,000.00 | $0.00 | $1000.00 | |
| ACTIVE | N | SF65 | D001 | 000 | $1,000.00 | $0.00 | $1000.00 | |
| ACTIVE | N | SF11 | D001 | 000 | $50.00 | $0.00 | $50.00 | |
| | | | | Total: | $5,812.70 | $147.00 | $5,665.70 | |

**Financial History**

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/2013 | RECEIPT | D999 | 2014037 | 995510 | $25.00 | D001 | 000 | | N | | | JEK |