FILED
2017 Apr-18 PM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 13

ELECTRONICALLY FILED
11/10/2016 9:32 AM
25-DC-2009-001578.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA ) | |
| ) | |
| V.  ) | Case No.:  DC-2009-001578.00 |
| ) | |
| COLLINS BRENDA ) | |
| Defendant. ) | |

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $250.00 cash bond.

**DONE this 10th day of November, 2016.**

/s/ **KIM J. CHANEY**
**DISTRICT JUDGE**

# alacourt.com™

Name: James Hasting  User ID: 1558  Last login Date: 2/16/2017 3:27:10 PM

Monitor Case  Print Case

| | | |
|---|---|---|
| County: 25-CULLMAN | Case Number: DC-2009-001578.00 | Judge: KJC-KIM J. CHANEY | Defendant Status: B-BOND |
| Name: STATE OF ALABAMA V. COLLINS BRENDA | | Filed: 03/23/2009 | Arrest Date: 03/20/2009 |
| Filing Charge: NEGOTIATING WORTHLES | | Court Action: GUILTY PLEA | ORI: 0250000 |

Disposition Charge: NWNI-NEGOTIATING WORTHLESS INST

Case | Settings | Charges / Disposition | Sentence | Enforcement | Consolidated Case Action Summary | Images | Witness List | Financial | Motions | Enf

## Case Information

| | | | |
|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2009-001578.00 | Trial Type: |
| Defendant Status: | B-BOND | Judge ID: KJC-KIM J. CHANEY | Charge: NEGOTIATING WORTHI |
| Name: | COLLINS BRENDA | Alias: | Court Action: G-GUILTY PLEA |
| Probation Office Number: | 0-000000-00 | Probation Officer Name: | Related Cases: |
| Jury Demand: | False | Traffic Citation Number: DA 09-0310 | Driver License Destroyed Date: |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | Previous DUI Convictions: 000 |
| Appeal Date: | | | |

## Case Initiation

| | | | |
|---|---|---|---|
| Case Initiation Date: | 03/20/2009 | Case Initiation Type: A-ARREST | Offense date: 11/23/2008 |
| Filing Date: | 03/23/2009 | Agency ORI: 0250000 | Arresting Agency Type: C-COUNTY |
| Arrest date: | 03/20/2009 | Arresting Officer: | City Code/Name: 00 HANCEVILLE |
| Indictment Date: | | Grand Jury: | Domestic Violence: |

## Defendant Information

| | | | | |
|---|---|---|---|---|
| Name: | COLLINS BRENDA | Alias 1: | | Alias 2: |
| Address 1: | 1312 COUNTY ROAD 520 | | | Address 2: |
| City: | HANCEVILLE | State: AL | Zip: 35077-0000 | Country: US |
| DOB: | 10/29/1981 | SSN: XXX-XX-X006 | Phone: 2569623796000 | Drv License N°: AL68 |
| Height: | 5'07" | Weight: | Race/Sex: W/F | Eyes/Hair: GRN/ |
| State Identification Number: | AL000000000 | Youthful Date: | Alabama Institutional service number: | |

## Prosecutor and Attorney Information

| Number | Name | Attorney Code | Type Of Counsel | Email | Phone |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-280 |

## Warrant Information

| | | | | |
|---|---|---|---|---|
| Warrant Issuance Date: | 11/10/2016 | Warrant Issuance Status: | A | Description: ALIAS WARRANT |
| Warrant Action Date: | | Warrant Action Status: | | Description: |

# alacourt.com™

Main Menu

Search
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

Tracking
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

Desktop
- My Alacourt

Administration
- Manage Firm Account
- Update User Info

Name: James Hasting  User ID: 1558  Last login Date: 2/16/2017 3:27:10 PM

Monitor Case  Print Case

| County: | 25-CULLMAN | Case Number: DC-2009-001578.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status | B-BOND |
| --- | --- | --- | --- | --- | --- | --- |
| Name: | STATE OF ALABAMA V. COLLINS BRENDA | | Filed: | 03/23/2009 | Arrest Date | 03/20/2009 |
| Filing Charge: | NEGOTIATING WORTHLES | | Court Action: | GUILTY PLEA | ORI: | 0250000 |

Disposition Charge: NWNI-NEGOTIATING WORTHLESS INST

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  Ent

### Fee Sheet 25-DC-2009-001578.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACTIVE | Y | R001 | D001 | W001 | $69.76 | $0.00 | $69.76 | |
| ACTIVE | N | D999 | D001 | | $28.43 | $0.00 | $28.43 | |
| ACTIVE | N | CMWO | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | CM71 | D001 | 000 | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | CM72 | D001 | 000 | $12.50 | $0.00 | $12.50 | |
| | | | | Total: | $160.19 | $0.00 | $160.19 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

ELECTRONICALLY FILED
4/22/2014 10:33 AM
25-DC-2009-001578.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

STATE OF ALABAMA
PLAINTIFF
VS
Brenda Collins

IN THE _____

CULLMAN COUNTY, ALABAMA

CASE #: DC09-1577
DC09-1578
DC09-1579
DC09-3113

## ORDER

Defendant is released from County Probation and Ordered to pay the Clerk of the Court the fines, costs, or restitution at $ 50.00 month beginning due date to remain as is

Done this 16th day of April, 2014.

_____
JUDGE

**FILED IN OFFICE**

APR 16 2014

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

# Exhibit 14

ELECTRONICALLY FILED
10/17/2016 1:30 PM
25-DC-2010-001798.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:   DC-2010-001798.00 |
| | ) |
| GROTSCHEL FRANK W JR | ) |
| Defendant. | ) |

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $1,000.00 cash bond.

**DONE this 17th day of October, 2016.**

/s/ KIM J. CHANEY
DISTRICT JUDGE

# alacourt.com™

Name: James Hasting  User ID: 1558  Last login Date: 2/16/2017 3:27:10 PM

Monitor Case    Print Case

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| County: | 25-CULLMAN | Case Number: DC-2010-001798.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | B-BOND |
|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. GROTSCHEL FRANK W JR | | Filed: | 05/12/2010 | Arrest Date | 05/08/2010 |
| Filing Charge: NEGOTIATING WORTHLES | | | Court Action: | GUILTY PLEA | ORI: | 0250000 |
| | | | Disposition Charge: NWNI-NEGOTIATING WORTHLESS INST | | | |

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  Ent

### Fee Sheet 25-DC-2010-001798.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | Y | R001 | D001 | W001 | $327.24 | $0.00 | $327.24 | |
| ACTIVE | N | D999 | D001 | 000 | $242.64 | $0.00 | $242.64 | |
| ACTIVE | N | CM02 | D001 | 000 | $157.00 | $0.00 | $157.00 | |
| ACTIVE | N | CMW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | LCSF | D001 | 000 | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | CM71 | D001 | 000 | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | CM72 | D001 | 000 | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SO75 | D001 | 000 | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | CM60 | D001 | 000 | $105.00 | $0.00 | $105.00 | |
| ACTIVE | N | CM61 | D001 | 000 | $138.55 | $0.00 | $138.55 | |
| ACTIVE | N | SM11 | D001 | 000 | $5.00 | $0.00 | $5.00 | |
| | | | | Total: | $1,088.43 | $0.00 | $1,088.43 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

# alacourt.com™

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

Name: James Hasting   User ID: 1558   Last login Date: 2/16/2017 3:27:10 PM

Monitor Case    Print Case

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2010-001798.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: B-BOND |
| Name: | STATE OF ALABAMA V. GROTSCHEL FRANK W JR | | Filed: | 05/12/2010 | Arrest Date: 05/08/2010 |
| Filing Charge: NEGOTIATING WORTHLES | | | Court Action: | GUILTY PLEA | ORI: 0250000 |

Disposition Charge: NWNI-NEGOTIATING WORTHLESS INST

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  Ent

## Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2010-001798.00 | Trial Type: | |
| Defendant Status: | B-BOND | Judge ID: | KJC-KIM J. CHANEY | Charge: | NEGOTIATING WORTI |
| Name: | GROTSCHEL FRANK W JR | Alias: | | Court Action: | G-GUILTY PLEA |
| Probation Office Number: | 0-000000-00 | Probation Officer Name: | | Related Cases: | |
| Jury Demand: | False | Traffic Citation Number: | 06-2841 | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | 000 |
| Appeal Date: | | | | | |

## Case Initiation

| | | | | | |
|---|---|---|---|---|---|
| Case Initiation Date: | 05/08/2010 | Case Initiation Type: | A-ARREST | Offense date: | 08/22/2006 |
| Filing Date: | 05/12/2010 | Agency ORI: | 0250000 | Arresting Agency Type: | C-COUNTY |
| Arrest date: | 05/08/2010 | Arresting Officer: | | City Code/Name: | 00 CARBON HILL |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | |

## Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | GROTSCHEL FRANK W JR | Alias 1: | | | Alias 2: |
| Address 1: | 556 10TH ST NE | | | | Address 2: |
| City: | CARBON HILL | State: AL | Zip: 35549-0000 | | Country: US |
| DOB: | 01/24/1966 | SSN: XXX-XX-X519 | Phone: 2059249565000 | | Driv License N°: |
| Height: | 5'08" | Weight: | Race/Sex: W/M | | Eyes/Hair: BRO |
| State Identification Number: | AL000000000 | Youthful Date: | | Alabama Institutional service number: | |

## Prosecutor and Attorney Information

| Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736 280 |

## Warrant Information

| | | | | |
|---|---|---|---|---|
| Warrant Issuance Date: | 10/18/2016 | Warrant Issuance Status: | A  Description: | ALIAS WARRANT |
| Warrant Action Date: | | Warrant Action Status: | Description: | |



ELECTRONICALLY FILED
7/27/2016 8:02 AM
25-DC-2010-001798.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

DOCUMENT 3

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

☲ OF ALABAMA,
PLAINTIFF,

K W. GROTSCHEL JR.                                CASE NO: **DC101798**
DEFENDANT.

### MOTION FOR WRIT OF ARREST

Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney, and moves this Honorable Court to issue a Writ of Arrest for the above named defendant in the above styled case and as grounds therefore would show unto the Court as follows:

[X]  The above named defendant was heretofore Ordered to make payments to the Court in the above styled case and has failed to make said payments and further that the case has been referred to the District Attorney's Restitution and Court Cost Recovery Unit and efforts to locate the defendant by said Unit have been unsuccessful.

[ ]  The defendant has failed to make payments pursuant to the Agreement of the defendant and the District Attorney's Restitution and Court Cost Recovery Unit, said Agreement being attached hereto.

[ ]  Other: _____
_____
_____

Done this the 13th day of July, 2016.

_____
C. Wilson Blaylock, District Attorney

Motion is hereby:
    [ ] Granted

    [ ] Denied

this, the _____ day of _____, 2016.

_____
District Judge

# Exhibit 15

ELECTRONICALLY FILED
10/14/2016 2:39 PM
25-DC-2010-000330.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:  DC-2010-000330.00
)
WYNN CERENA )
Defendant. )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $3,000.00 cash bond.

DONE this 14th day of October, 2016.

/s/ KIM J. CHANEY
DISTRICT JUDGE

# alacourt.com™

Name: James Hasting    User ID: 1558    Last login Date: 2/16/2017 3:27:10 PM

**Main Menu**

| | | |
|---|---|---|
| County: | 25-CULLMAN   Case Number: DC-2010-001798.00 | Judge: KJC-KIM J. CHANEY |
| Name: | STATE OF ALABAMA V. GROTSCHEL FRANK W JR | Filed: 05/12/2010 |
| Filing Charge: | NEGOTIATING WORTHLES | Court Action: GUILTY PLEA |
| | | Disposition Charge: NWNI-NEGOTIATING WORTHLESS INST |

Defendant Status: B-BOND
Arrest Date: 05/08/2010
ORI: 0250000

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   En

### Fee Sheet 25-DC-2010-001798.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | Y | R001 | D001 | W001 | $327.24 | $0.00 | $327.24 | |
| ACTIVE | N | D999 | D001 | 000 | $242.64 | $0.00 | $242.64 | |
| ACTIVE | N | CM02 | D001 | 000 | $157.00 | $0.00 | $157.00 | |
| ACTIVE | N | CMW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | LCSF | D001 | 000 | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | CM71 | D001 | 000 | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | CM72 | D001 | 000 | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SO75 | D001 | 000 | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | CM60 | D001 | 000 | $105.00 | $0.00 | $105.00 | |
| ACTIVE | N | CM61 | D001 | 000 | $138.55 | $0.00 | $138.55 | |
| ACTIVE | N | SM11 | D001 | 000 | $5.00 | $0.00 | $5.00 | |
| | | | | Total: | $1,088.43 | $0.00 | $1,088.43 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ELECTRONICALLY FILED
2/10/2015 2:09 PM
25-DC-2010-000330.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.: DC-2010-000330.00 |
| | ) |
| WYNN CERENA | ) |
| Defendant. | ) |

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on February 10, 2015, to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with the CRO program, a warrant is issued for Defendant's arrest with $3,000.00 cash bond.

DONE this 10th day of February, 2015.

/s/ KIM J. CHANEY
DISTRICT JUDGE

ELECTRONICALLY FILED
6/8/2015 3:44 PM
25-DC-2010-000330.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.: DC-2010-000330.00 |
| | ) |
| WYNN CERENA | ) |
| Defendant. | ) |

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on this date to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with the CRO program, a warrant is issued for Defendant's arrest with $3,000.00 cash bond.

**DONE this 8th day of June, 2015.**

/s/ **KIM J. CHANEY**
**DISTRICT JUDGE**

Has Blake West as Attorney

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number<br><br>DC 10-330 |
|---|---|---|

IN THE __District__ COURT OF __Cullman__, ALABAMA
(Circuit, District, or Municipal)    (Name of County or Municipality)

STYLE OF CASE: __State of Alabama__ v. __Serena R Wynn__
Plaintiff(s)    Defendant(s)

TYPE OF PROCEEDING: _____  CHARGE(s) (if applicable): __FTA UPOCS__

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☑ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

1. **IDENTIFICATION**
Full name __Serena Wynn__  Date of birth __9/22/81__
Spouse's full name (if married) __Chadwick North Wynn__
Complete home address __432 Co RD 1288 Co 709 Cullman AL 35058__

Number of people living in household __3__
Home telephone number __256-615-9827__
Occupation/Job __Not yet__  Length of employment _____
Driver's license number _____  *Social Security Number __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__
Employer _____  Employer's telephone number _____
Employer's address _____

2. **ASSETS/BENEFITS**

Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

☐ AFDC  ☐ Food Stamps  ☑ SSI  ☐ Medicaid  ☐ Other __She pays me to help her__

3. **INCOME/EXPENSES STATEMENT**

Monthly Gross Income:
  Monthly Gross Income  $ __700__
  Spouse's Monthly Gross Income (unless a marital offense)  _____
  Other Earnings: Commissions, Bonuses, Interest Income, etc.  _____
  Contributions from Other People Living in Household  _____
  Unemployment/Workmen's Compensation,
    Social Security, Retirements, etc.  _____
  Other Income (be specific)  _____

  TOTAL MONTHLY GROSS INCOME  $ _____

Monthly Expenses:
A. Living Expenses
  Rent/Mortgage  $ __0__
  Total Utilities: Gas, Electricity, Water, etc.  __0__
  Food  __0__
  Clothing  __0__
  Health Care/Medical  __0__
  Insurance  __0__
  Car Payment(s)/Transportation Expenses  __0__
  Loan Payment(s)  __0__

OPTIONAL

FILED IN OFFICE

JUN 12 2015

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

Form C-10  Page 2 of 2   Rev. 2/95                    AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Monthly Expenses: (cont'd page 1)
 Credit Card Payment(s)                                         0
 Educational/Employment Expenses                                0
 Other Expenses (be specific) _____                           0

        Sub-Total                                                              A $ _____

B.   Child Support Payment(s)/Alimony                  $   0
        Sub-Total                                                              B $ _____

C.   Exceptional Expenses                              $   0
        TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)    $ _____

Total Gross Monthly Income Less total monthly expenses:

               DISPOSABLE MONTHLY INCOME                                       $ _____

4.   LIQUID ASSETS:
     Cash on Hand/Bank (or otherwise available such as stocks,
     bonds, certificates of deposit)                  $   0
     Equity in Real Estate (value of property less what you owe)   0
     Equity in Personal Property, etc. (such as the value of
     motor vehicles, stereo, VCR, furnishing, jewelry, tools,
     guns, less what you owe)                             0
     Other (be specific) _____
     Do you own anything else of value? ☐ Yes ☒ No
     (land, house, boat, TV, stereo, jewelry)             0
     If so, describe _____

               TOTAL LIQUID ASSETS                                             $   0

5.   Affidavit/Request
     I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

____11____ day of ___June___, 2015                    Affiant Signature: _Serena Wynn_

Judge/Clerk/Notary                                    Print/Type Name: _Serena Wynn_

                               **ORDER OF COURT**

SECTION II.
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

                                                       _____
                                                                Judge

| State of Alabama Unified Judicial System Form C-42   Rev. 6/88 | ORDER OF RELEASE FROM JAIL | Case Number DC10-330 |
|---|---|---|

IN THE  District  COURT OF  Cullman , ALABAMA
(Circuit or District or Municipal)        (Name of County or Municipality)

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. Serena Wynn
                                   Defendant

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:
You are ordered to release from your custody, the above-named defendant, charged with the offense(s) of _____

Reason(s) for Release: $20 month return to payments of Def return to payments 11-15-16

Date  10-26-16

_____  By: _____
Judge/Clerk

COURT RECORD (Original)        JAILER (Copy)