FILED
2017 Apr-18  PM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 16

ELECTRONICALLY FILED
10/17/2016 3:35 PM
25-DC-2011-000539.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA                )
                                )
V.                              )   Case No.:   DC-2011-000539.00
                                )
LAMBERT MICHAEL LEE             )
Defendant.                      )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $1,200.00 cash bond.

**DONE this 17th day of October, 2016.**

/s/ KIM J. CHANEY
**DISTRICT JUDGE**

**alacourt.com™**

| | | | | |
|---|---|---|---|---|
| | Name: James Hasting | User ID: 1558 | Last login Date: 2/16/2017 3:10:54 PM | |

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| | | | | Monitor Case | | Print Case |
|---|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2011-000539.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | J-JAIL |
| Name: | STATE OF ALABAMA V. LAMBERT MICHAEL LEE | | Filed: | 08/01/2011 | Arrest Date: | 07/29/2011 |
| Filing Charge: BURGLARY 3RD DEGREE | | | Court Action: | GUILTY PLEA | ORI: | 0250000 |
| | | | Disposition Charge: RSP3-REC STOLEN PROP 3RD | | | |

Case | Settings | Charges / Disposition | Sentence | Enforcement | Consolidated Case Action Summary | Images | Witness List | Financial | Motions | Ent

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2011-000539.00 | Trial Type: | |
| Defendant Status: | J-JAIL | Judge ID: | KJC-KIM J. CHANEY | Charge: | BURGLARY 3RD DEC |
| Name: | LAMBERT MICHAEL LEE | Alias: | | Court Action: | G-GUILTY PLEA |
| Probation Office Number: | 0-000000-00 | Probation Officer Name: | | Related Cases: | WR-2011-000946.0( |
| Jury Demand: | False | Traffic Citation Number: | 11-0558-01 | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | 000 |
| Appeal Date: | | | | | |

### Case Initiation

| | | | | | |
|---|---|---|---|---|---|
| Case Initiation Date: | 07/29/2011 | Case Initiation Type: | A-ARREST | Offense date: | 07/29/2011 |
| Filing Date: | 08/01/2011 | Agency ORI: | 0250000 | Arresting Agency Type: | C-COUNTY |
| Arrest date: | 07/29/2011 | Arresting Officer: | HAMMICK B | City Code/Name: | 00 VINEMONT |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | YES |

### Defendant Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | LAMBERT MICHAEL LEE | | Alias 1 | | Alias 2 | |
| Address 1: | 3430 CO RD 1212 TRAILER 9 | | | | Address 2: | |
| City: | VINEMONT | State: | AL | Zip: | 35179-0000 | Country: | US |
| DOB: | 11/25/1981 | SSN: | XXX-XX-X600 | Phone: | 2563383566000 | Driv License N°: | ALIS |
| Height : | 5'09" | Weight | | Race/Sex: | W/M | Eyes/Hair: | BLU, |
| State Identification Number: | AL000000000 | | Youthful Date: | | Alabama Institutional service number: | |

### Prosecutor and Attorney Information

| | Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|---|
| Prosecutor 1 | | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-280 |
| Attorney 1 | | PORTER WILLIAM CALVIN | POR029 | A-APPOINTED | WCPORTERLAW@GMAIL.COM | (256) 775-83( |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Issuance Date: | 10/18/2016 | Warrant Issuance Status: | A   Description:   ALIAS WARRANT |

‹

alacourt.com™

| | Name: James Hasting | | User ID: 1558 | Last login Date: 2/16/2017 3:10:54 PM | |
|---|---|---|---|---|---|

⋮ Main Menu

Monitor Case    Print Case

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| County: | 25-CULLMAN | Case Number: DC-2011-000539.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | J-JAIL |
|---|---|---|---|---|---|---|
| Name | STATE OF ALABAMA V. LAMBERT MICHAEL LEE | | Filed: | 08/01/2011 | Arrest Date: | 07/29/2011 |
| Filing Charge: BURGLARY 3RD DEGREE | | | Court Action | GUILTY PLEA | ORI: | 0250000 |
| | | | Disposition Charge: RSP3-REC STOLEN PROP 3RD | | | |

Case    Settings    Charges / Disposition    Sentence    Enforcement    Consolidated Case Action Summary    Images    Witness List    Financial    Motions    Ent

### Fee Sheet 25-DC-2011-000539.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | R001 | D001 | R001 | $3,164.00 | $3,164.00 | $0.00 | $0 |
| | N | R002 | D001 | R001 | $19.00 | $19.00 | $0.00 | $19 |
| ACTIVE | N | D999 | D001 | 000 | $1,054.20 | $340.00 | $714.20 | $C |
| ACTIVE | N | CH00 | D001 | 000 | $187.00 | $0.00 | $187.00 | $C |
| ACTIVE | N | SM30 | D001 | 000 | $10.00 | $0.00 | $10.00 | $0 |
| ACTIVE | N | CFW0 | D001 | | $111.00 | $0.00 | $111.00 | $C |
| ACTIVE | N | LCSF | D001 | 000 | $21.00 | $0.00 | $21.00 | $C |
| ACTIVE | N | CH71 | D001 | 000 | $12.50 | $0.00 | $12.50 | $C |
| ACTIVE | N | CH72 | D001 | 000 | $12.50 | $0.00 | $12.50 | $C |
| ACTIVE | N | SO75 | D001 | 000 | $30.00 | $0.00 | $30.00 | $C |
| ACTIVE | N | SF70 | D001 | | $0.00 | $0.00 | $0.00 | $C |
| ACTIVE | N | JOTF | D001 | 000 | $150.00 | $0.00 | $150.00 | $C |
| ACTIVE | N | SM11 | D001 | 000 | $5.00 | $0.00 | $5.00 | $C |
| | | | | Total: | $4,776.20 | $3,523.00 | $1,253.20 | $19. |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/2013 | RECEIPT | R001 | 2014035 | 989803 | $149.00 | | R001 | Y | | | | PAH |
| 12/10/2013 | CHECK | R001 | 2014039 | 36071 | $149.00 | D001 | R001 | | | | | DEN |
| 01/24/2014 | RECEIPT | R001 | 2014064 | 1029070 | $24.00 | | R001 | Y | | | | CRW |
| 02/18/2014 | CHECK | R001 | 2014077 | 369661 | $24.00 | D001 | R001 | | | | | DEN |
| 02/28/2014 | RECEIPT | R001 | 2014084 | 1059640 | $24.00 | | R001 | Y | | | | CHG |
| 03/10/2014 | CHECK | R001 | 2014090 | 374161 | $24.00 | D001 | R001 | | | | | DEN |
| 07/25/2014 | CREDIT | R001 | 2014179 | 1192190 | $2,406.00 | D001 | R001 | | N | | | DEN |
| 07/25/2014 | FEE CHANGED | R001 | 2014179 | 00 | $3,164.00 | D001 | R001 | | N | | | DEN |
| 08/15/2014 | RECEIPT | D999 | 2014196 | 1213080 | $25.00 | | 000 | | N | | | IFK |
| 08/15/2014 | RECEIPT | D999 | 2014196 | 1213090 | $25.00 | D001 | 000 | | N | | | IEK |

ELECTRONICALLY FILED
8/27/2015 2:16 PM
25-DC-2011-000539.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| V. | ) Case No.: | DC-2011-000539.00 |
| | ) | |
| LAMBERT MICHAEL LEE | ) | |
| Defendant. | ) | |

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on August 25, 2015, to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with the CRO program, a warrant is issued for Defendant's arrest with $1,400.00 cash bond.

**DONE this 27th day of August, 2015.**

/s/ **KIM J. CHANEY**
**DISTRICT JUDGE**

ELECTRONICALLY FILED
4/22/2014 3:16 PM
25-DC-2011-000539.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

STATE OF ALABAMA
PLAINTIFF
VS

Michael Lambert

IN THE

CULLMAN COUNTY, ALABAMA

CASE #: DC 11-539

## ORDER

Defendant is released from County Probation and Ordered to pay the Clerk of the Court the fines, costs, or restitution at $ 50.00 month beginning due date to remain as is

Done this 17th day of April 20 14.

_____
JUDGE

FILED IN OFFICE

APR 1 7 2014

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

# Exhibit 17

ELECTRONICALLY FILED
11/10/2016 9:33 AM
25-DC-2011-000120.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:   DC-2011-000120.00
)
CONN KATHERINE LOUISE )
Defendant. )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $250.00 cash bond.

**DONE this 10th day of November, 2016.**

/s/ KIM J. CHANEY
**DISTRICT JUDGE**

**alacourt.com™**

Name: James Hasting          User ID: 1558          Last login Date: 7/16/2017 3:10:54 PM

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

|  |  |  |  |
|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2011-000120.00 |
| Name: | STATE OF ALABAMA V. CONN KATHERINE LOUISE | Judge: | KJC-KIM J. CHANEY |
| Filing Charge: | POSS/REC CONTR, SUBS | Filed: | 02/25/2011 |
|  |  | Court Action: | GUILTY PLEA |
|  |  | Disposition Charge: | Multiple-See Disposition tab |

Monitor Case     Print Case

Defendant Status: B-BOND
Arrest Date: 02/11/2011
ORI: 0250100

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Enf

### Case Information

| | | | |
|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2011-000120.00 | Trial Type: | |
| Defendant Status: | B-BOND | Judge ID: | KJC-KIM J. CHANEY | Charge: | POSS/REC CONTR, ! |
| Name: | CONN KATHERINE LOUISE | Alias: | | Court Action: | G-GUILTY PLEA |
| Probation Office Number: | 2012-007314-00 | Probation Officer Name: | E12562 | Related Cases: | |
| Jury Demand: | False | Traffic Citation Number: | 11-0123-01 | Driver License Destroyed Date | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | NO | Previous DUI Convictions | 000 |
| Appeal Date: | | | | | |

### Case Initiation

| | | | |
|---|---|---|---|
| Case Initiation Date: | 02/11/2011 | Case Initiation Type: | A-ARREST | Offense date: | 02/11/2011 |
| Filing Date: | 02/25/2011 | Agency ORI: | 0250100 | Arresting Agency Type: | S-STATE (INCLUDES PARK RANGER) |
| Arrest date: | 02/11/2011 | Arresting Officer: | HARBISON MICKY | City Code/Name: | 00 CULLMAN |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | |

### Defendant Information

| | | | |
|---|---|---|---|
| Name: | CONN KATHERINE LOUISE | Alias 1: | | Alias 2: | |
| Address 1: | 884 COUNTY ROAD 1485 | | | Address 2: | |
| City: | CULLMAN | State: | AL | Zip: | 35058-0000 | Country | US |
| DOB: | 04/05/1970 | SSN: | XXX-XX-X372 | Phone: | 2563387810000 | Drv License N°: | AL59 |
| Height : | 5'10" | Weight: | | Race/Sex: | W/F | Eyes/Hair: | 8RO/ |
| State Identification Number: | AL000000000 | Youthful Date: | | Alabama Institutional service number: | 284427 | |

### Prosecutor and Attorney Information

| | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736 28! |
| Attorney 1 | LEARNED DENISE MARIE | LEA018 | A-APPOINTED | DENISELEARNED@HOTMAIL.COM | (256) 338 75 |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Issuance Date: | 11/10/2016 | Warrant Issuance Status: | A   Description: | ALIAS WARRANT |

‹

**alacourt.com™**

| | Name: James Hasting | User ID: 1558 | Last login Date: 2/16/2017 3:10:54 PM | | |
|---|---|---|---|---|---|

Main Menu

| | | | | | | | Monitor Case | | Print Case | |
|---|---|---|---|---|---|---|---|---|---|---|

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| County: | 25-CULLMAN | Case Number: DC-2011-000120.00 | | Judge: | KJC-KIM J. CHANEY | | Defendant Status: | B-BOND |
|---|---|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. CONN KATHERINE LOUISE | | | Filed: | 02/25/2011 | | Arrest Date: | 02/11/2011 |
| Filing Charge: POSS/REC CONTR. SUBS | | | | Court Action: | GUILTY PLEA | | ORI: | 0250100 |
| | | | | Disposition Charge: Multiple-See Disposition tab | | | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

**Fee Sheet 25-DC-2011-000120.00**

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | 000 | $1,071.30 | $950.00 | $121.30 | |
| ACTIVE | N | SFW0 | D001 | | $74.00 | $0.00 | $74.00 | |
| ACTIVE | N | SF65 | D001 | 000 | $0.00 | $0.00 | $0.00 | |
| ACTIVE | N | SF11 | D001 | 000 | $0.00 | $0.00 | $0.00 | |
| | | | | **Total:** | **$1,145.30** | **$950.00** | **$195.30** | |

**Financial History**

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2013 | RECEIPT | D999 | 2013124 | 775580 | $100.00 | D001 | 000 | | N | | | BOW |
| 08/01/2013 | REMITTANCE | SF65 | 2013195 | 880940 | $521.00 | D001 | 000 | | N | | | BOW |
| 08/01/2013 | REMITTANCE | SF11 | 2013195 | 880941 | $50.00 | D001 | 000 | | N | | | BOW |
| 08/12/2013 | RECEIPT | D999 | 2013201 | 894610 | $300.00 | D001 | 000 | | N | | | BOW |
| 10/24/2013 | RECEIPT | D999 | 2014013 | 957900 | $400.00 | D001 | 000 | | N | | | COM |
| 10/24/2013 | RECEIPT | D999 | 2014013 | 957910 | $100.00 | D001 | 000 | | N | | | COM |
| 12/01/2015 | RECEIPT | D999 | 2016041 | 1632540 | $50.00 | D001 | 000 | | N | | | CRW |
| 11/10/2016 | FEE CHANGED | SFW0 | 2015231 | 00 | $74.00 | D001 | | | N | | | BOW |

# Exhibit 18

ELECTRONICALLY FILED
10/17/2016 1:56 PM
25-DC-2011-000783.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:   DC-2011-000783.00 |
| | ) |
| SMITH JUSTIN MICHAEL | ) |
| Defendant. | ) |

### ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $1,000.00 cash bond.

**DONE this 17th day of October, 2016.**

/s/ **KIM J. CHANEY**
**DISTRICT JUDGE**

**alacourt.com™**

Name: James Hasting     User ID: 1558     Last login Date: 2/16/2017 3:10:54 PM

⋮ Main Menu

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

Monitor Case     Print Case

| County: | 25-CULLMAN | Case Number: DC-2011-000783.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | J-JAIL |
|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. SMITH JUSTIN MICHAEL | | Filed: | 12/06/2011 | Arrest Date | 12/05/2011 |
| Filing Charge: THEFT OF PROP 2ND | | | Court Action: | GUILTY PLEA | ORI: | 0250000 |
| | | | Disposition Charge: Multiple–See Disposition tab | | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Case Information

| County: | 25-CULLMAN | Case Number: | DC-2011-000783.00 | Trial Type: | |
|---|---|---|---|---|---|
| Defendant Status: | J-JAIL | Judge ID: | KJC-KIM J. CHANEY | Charge: | THEFT OF PROP |
| Name: | SMITH JUSTIN MICHAEL | Alias: | | Court Action: | G-GUILTY PLEA |
| Probation Office Number: | 0-000000-00 | Probation Officer Name: | | Related Cases: | WR-2011-00106 |
| Jury Demand: | False | Traffic Citation Number: | 11-0658-01 | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | 000 |
| Appeal Date: | | | | | |

### Case Initiation

| Case Initiation Date: | 12/05/2011 | Case Initiation Type: | A-ARREST | Offense date: | 12/05/2011 |
|---|---|---|---|---|---|
| Filing Date: | 12/06/2011 | Agency ORI: | 0250000 | Arresting Agency Type: | C-COUNTY |
| Arrest date: | 12/05/2011 | Arresting Officer: | FROST RANDY | City Code/Name: | 00 LEIGHTON |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | |

### Defendant Information

| Name: | SMITH JUSTIN MICHAEL | Alias 1: | | Alias 2: | |
|---|---|---|---|---|---|
| Address 1: | 661 WALLACE MILLE ROAD | | | Address 2: | |
| City: | LEIGHTON | State: | AL | Zip: | 35646-3229 | Country: | US |
| DOB: | 04/21/1985 | SSN: | XXX-XX-X894 | Phone: | 0 | Driv License N°: | AL73 |
| Height : | 5'11" | Weight: | | Race/Sex: | W/M | Eyes/Hair: | GRN, |
| State Identification Number: | AL000000000 | Youthful Date: | | Alabama Institutional service number: | | | |

### Prosecutor and Attorney Information

| | Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|---|
| Prosecutor | 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-280 |
| Attorney | 1 | CHANEY ALEX JAMES | CHA113 | A APPOINTED | AJCHANEYLAW@GMAIL.COM | (256) 734 633 |

### Warrant Information

| Warrant Issuance Date: | 10/18/2016 | Warrant Issuance Status: | A  Description: | ALIAS WARRANT |
|---|---|---|---|---|

‹



The ultimate link a case lawyer speaks at your shop

Name: James Hasting    User ID: 1558    Last login Date: 2/16/2017 3:10:54 PM

**Main Menu**

Monitor Case    Print Case

**Search**

| County: | 25-CULLMAN | Case Number: DC-2011-000783.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | J-JAIL |
| Name: | STATE OF ALABAMA V. SMITH JUSTIN MICHAEL | | Filed: | 12/06/2011 | Arrest Date: | 12/05/2011 |
| Filing Charge: THEFT OF PROP 2ND | | | Court Action: | GUILTY PLEA | ORI: | 0250000 |
| | | | Disposition Charge: Multiple-See Disposition tab | | |

- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Enf

**Tracking**

**Fee Sheet 25-DC-2011-000783.00**

- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold |
|---|---|---|---|---|---|---|---|---|
| | N | R002 | D001 | R002 | $34.13 | $34.13 | $0.00 | $34 |
| ACTIVE | N | D999 | D001 | 000 | $392.40 | $392.40 | $0.00 | $0 |
| ACTIVE | N | CM00 | D001 | 000 | $187.00 | $187.00 | $0.00 | $0 |
| ACTIVE | N | SM30 | D001 | 000 | $10.00 | $10.00 | $0.00 | $0 |
| ACTIVE | N | CFW0 | D001 | 000 | $111.00 | $74.00 | $37.00 | $0 |
| ACTIVE | N | LCSF | D001 | 000 | $21.00 | $21.00 | $0.00 | $0 |
| ACTIVE | N | CM10 | D001 | 000 | $500.00 | $15.60 | $484.40 | $0 |
| ACTIVE | N | CM71 | D001 | 000 | $12.50 | $0.00 | $12.50 | $0 |
| ACTIVE | N | CM72 | D001 | 000 | $12.50 | $0.00 | $12.50 | $0 |
| ACTIVE | N | SO75 | D001 | 000 | $30.00 | $0.00 | $30.00 | $0 |
| ACTIVE | N | CM70 | D001 | 000 | $343.00 | $0.00 | $343.00 | $0 |
| ACTIVE | N | JDTF | D001 | 000 | $150.00 | $0.00 | $150.00 | $0 |
| ACTIVE | N | SM11 | D001 | 000 | $5.00 | $5.00 | $0.00 | $0 |
| | | | | Total: | $1,808.53 | $734.13 | $1,074.40 | $34. |

**Desktop**

- My Alacourt

**Administration**

**Financial History**

- Manage Firm Account
- Update User Info

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/07/2014 | RECEIPT | D999 | 2014190 | 1205590 | $200.00 | D001 | 000 | | N | | | CHG |
| 12/17/2014 | RECEIPT | R002 | 2015055 | 1325490 | $34.13 | D001 | R002 | | N | | | SUR |
| 12/17/2014 | FEE CHANGED | R002 | 2015055 | 00 | $34.13 | D001 | R002 | | N | | | SUR |
| 12/18/2014 | FEE CHANGED | R002 | 2015057 | 00 | $34.13 | D001 | R002 | | N | | | DEN |
| 08/26/2015 | FEE CHANGED | CFW0 | 2012179 | 00 | $74.00 | D001 | 000 | | N | | | BOW |
| 02/08/2016 | RECEIPT | D999 | 2016088 | 1691040 | $192.40 | D001 | 000 | | N | | | CRW |
| 02/08/2016 | RECEIPT | CM00 | 2016088 | 1691041 | $187.00 | D001 | 000 | | N | | | CRW |
| 02/08/2016 | RECEIPT | SM30 | 2016088 | 1691042 | $10.00 | D001 | 000 | | N | | | CRW |
| 02/08/2016 | RECEIPT | CFW0 | 2016088 | 1691043 | $74.00 | D001 | 000 | | N | | | CRW |
| 02/08/2016 | RECEIPT | LCSF | 2016088 | 1691044 | $21.00 | D001 | 000 | | N | | | CRW |

ACR350

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF CULLMAN COUNTY

ALIAS WARRANT

JID: KIM J. CHANEY

DC 2011 000783.00

THE STATE OF ALABAMA          VS SMITH JUSTIN MICHAEL

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: SMITH JUSTIN MICHAEL
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: THEFT OF PROP 3RD      - MISDEMEANOR
                                    REC STOLEN PROP 3RD    - MISDEMEANOR

WITNESS MY HAND THIS       JUNE 12, 2012.

BOND SET AT: NO BOND

JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:

319 DENSON AVE SW

CULLMAN          , AL 35055 0000

DEFENDANT'S DESCRIPTION:

HT: 511    WT: 200
HAIR: BRO    EYE: GRN
BIRTH DATE: 04/21/1985
RACE: W      SEX: M
SID#: 000000000
SSN#: 424338894

ALIAS:

EMPLOYER: _____

PHONE NO: _____

TICKET NUMBER: 11-0658-01       AGENCY/OFFICER: 0250000/FROST RA

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON _6/30/2014_       BY: _Chrietzberg  D-22_

(X) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER

( ) DEFENDANT ARRESTED BY SURETY

_Mike Rainey_
SHERIFF

_____
OFFICER

FILED IN OFFICE

JUL 01 2014

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

OPERATOR:BON
PREPARED:06/12/2012

ELECTRONICALLY FILED
8/26/2015 11:26 AM
25-DC-2011-000783.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. )  Case No.:    DC-2011-000783.00
)
SMITH JUSTIN MICHAEL )
Defendant. )

### ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on August 25, 2015 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with the CRO program, a warrant is issued for Defendant's arrest with $1,500.00 cash bond.

**DONE this 26th day of August, 2015.**

/s/ KIM J. CHANEY
**DISTRICT JUDGE**

DOCUMENT 40

ACR350

**ALABAMA JUDICIAL DATA CENTER**
**DISTRICT COURT OF CULLMAN COUNTY**

ALIAS WARRANT

JID: KIM J. CHANEY                    DC 2011 000783.00

THE   STATE OF ALABAMA          VS SMITH JUSTIN MICHAEL

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: SMITH JUSTIN MICHAEL
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: THEFT OF PROPERTY 3RD    - MISDEMEANOR
                                    REC  STOLEN PROP 3RD     - MISDEMEANOR

WITNESS MY HAND THIS   OCTOBER 18, 2016.

BOND SET AT:       $1,000.00 - CASH

                                            *Jean White*
                                       JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:                DEFENDANT'S DESCRIPTION:

661 WALLACE MILLE ROAD              HT: 511   WT: 200
LEIGHTON          , AL 35646 3229   HAIR: BRO   EYE: GRN
                                    BIRTH DATE: 04/21/1985
                                    RACE: W   SEX: M
                                    SID:

  ALIAS:

  EMPLOYER: _____          PHONE NO: _____

  TICKET NUMBER: 11-0658-01         AGENCY/OFFICER: 0250000/FROST RA

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON  *2-13-12*                BY: *R Denney*

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

( ) DEFENDANT ARRESTED BY SURETY

                                    **FILED IN OFFICE**

*Matt Gentry*
SHERIFF                *R Denney*            FEB 14 2017
                       OFFICER
                                        LISA McSWAIN
                                        CIRCUIT CLERK
                                        CULLMAN COUNTY

OPERATOR:BOW
PREPARED:10/18/2016

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY | Case Number |
|---|---|---|
| Form C-7 Rev. 2/79 | CONTINUATION | DC 11-783 |
| | | ID    YR    Number |

Style: Justin Michael Smith

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2.15.17 | Def may be released $300 to clerk. Attorney Alex Chaney appointed to represent def. |

# Exhibit 19

ELECTRONICALLY FILED
10/17/2016 3:28 PM
25-DC-2012-000073.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. )
) Case No.:    DC-2012-000073.00
)
HAND SHARON ELLIOTT )
Defendant. )
)

### ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $800.00 cash bond.

**DONE this 17th day of October, 2016.**

/s/ **KIM J. CHANEY**
**DISTRICT JUDGE**

ACR350

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF CULLMAN COUNTY

ALIAS WARRANT                                    DC 2012 000073.00
                    JID: KIM J. CHANEY

        THE   STATE OF ALABAMA          VS HAND SHARON ELLIOTT

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: HAND SHARON ELLIOTT
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF:
                                CHEM END CHILD-EXP/CTN C - FELONY

WITNESS MY HAND THIS    OCTOBER 18, 2016.

BOND SET AT:          $800.00 - CASH

                                        _Jean White_
                                        JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:
221 CHAD DR LOT 10A               HT: 501   WT: 123
CULLMAN        , AL 35055 0000    HAIR: BLN   EYE: HZL
                                  BIRTH DATE: 10/30/1979
                                  RACE: W   SEX: F
                                  SID#: 000000000
                                  SSN#:

   ALIAS:

   EMPLOYER: _____         PHONE NO:

   TICKET NUMBER: 12-0041-01      AGENCY/OFFICER: 0250000/EDDY BRA

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

OFFICERS RETURN: _11-7-2016_
RECEIVED ON _____

EXECUTED ON _11-7-2016_              BY: _Dep. R. Warren_

(X) DEFENDANT ARRESTED, RELEASED ON BOND
(X) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER

( ) DEFENDANT ARRESTED BY SURETY

_Matt Gentry_                    _Dep. R. Warren_
SHERIFF                          OFFICER

                                 FILED IN OFFICE

                                 NOV 08 2016

OPERATOR:BOW                     LISA McSWAIN
PREPARED:10/18/2016              CIRCUIT CLERK
                                 CULLMAN COUNTY

# alacourt.com™

| | | Name: James Hasting | User ID: 1558 | Last login Date: 2/16/2017 3:10:54 PM | |
|---|---|---|---|---|---|

Main Menu                                                                      Monitor Case        Print Case

**Search**

| County: | 25-CULLMAN | Case Number: DC-2012-000073.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | J-JAIL |
| ■ Party Search | Name: | STATE OF ALABAMA V. HAND SHARON ELLIOTT | Filed: | 01/31/2012 | Arrest Date: | 01/09/2012 |
| ■ Case Lookup | Filing Charge: POSS/REC CONTR. SUBS | | Court Action: | GUILTY PLEA | ORI: | 0250000 |
| ■ UTC Lookup | | | Disposition Charge: Multiple-See Disposition tab | | |

■ SSN Enforcement
■ Attorney Search       Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

**Case Information**

| ■ Warrant Search | County: | 25-CULLMAN | Case Number: | DC-2012-000073.00 | Trial Type: | |
| ■ Witness Search | Defendant Status: | J-JAIL | Judge ID: | KJC-KIM J. CHANEY | Charge: | POSS/REC CONTR. S |
| ■ Docket Search | Name: | HAND SHARON ELLIOTT | Alias: | | Court Action: | G-GUILTY PLEA |
| ■ HotSheet™ | Probation Office Number: | 2006-011481-00 | Probation Officer Name: | E12562 | Related Cases: | |
| | Jury Demand: | False | Traffic Citation Number: | 12-0041-01 | Driver License Destroyed Date: | |
| **Tracking** | Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | 000 |
| ■ Attorney Tracker | Appeal Date: | | | | | |

**Case Initiation**

| ■ Case Monitor | Case Initiation Date: | 01/09/2012 | Case Initiation Type: | A-ARREST | Offense date: | 01/09/2012 |
| ■ Name Tracker | Filing Date: | 01/31/2012 | Agency ORI: | 0250000 | Arresting Agency Type: | C-COUNTY |
| ■ Reminders | Arrest date: | 01/09/2012 | Arresting Officer: | EDDY BRANDON | City Code/Name: | 00 CULLMAN |
| **Desktop** | Indictment Date: | | Grand Jury: | | Domestic Violence: | YES |

**Defendant Information**

| ■ My Alacourt | Name: | HAND SHARON ELLIOTT | Alias 1: | | Alias 2: | |
| | Address 1: | 221 CHAD DR LOT 10A | | | Address 2: | |
| **Administration** | City: | CULLMAN | State: | AL | Zip: | 35055-0000 | Country | US |
| ■ Manage Firm Account | DOB: | 10/30/1979 | SSN: | XXX-XX-X626 | Phone | 2563399238000 | Drv License N°: | AL66 |
| ■ Update User Info | Height : | 5'01" | Weight: | | Race/Sex: | W/F | Eyes/Hair | HZL/ |
| | State Identification Number: | AL000000000 | Youthful Date: | | Alabama Institutional service number | 261968 | |

**Prosecutor and Attorney Information**

| | Number | Name | Attorney Code | Type Of Counsel | Email | Phoi |
|---|---|---|---|---|---|---|
| | Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-2 |
| | Attorney 1 | KNIGHT JASON PAUL | KNI016 | A-APPOINTED | JPKNIGHT@KNIGHT-KNIGHTATTORNEYS.COM | (256) 734-0 |

**Warrant Information**

| | Warrant Issuance Date: | 10/18/2016 | Warrant Issuance Status: | | A | Description: | ALIAS WARRANT |

‹

# alacourt.com™

Name: James Hasting     User ID: 1558     Last login Date: 2/16/2017 3:10:54 PM

Monitor Case          Print Case

**: Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| County: | 25-CULLMAN | Case Number: DC-2012-000073.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | J-JAIL |
| Name: | STATE OF ALABAMA V. HAND SHARON ELLIOTT | | Filed: | 01/31/2012 | Arrest Date: | 01/09/2012 |
| Filing Charge: POSS/REC CONTR, SUBS | | | Court Action: | GUILTY PLEA | ORI: | 0250000 |
| | | | Disposition Charge: Multiple-See Disposition Tab | | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Fee Sheet 25-DC-2012-000073.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | 000 | $258.30 | $258.30 | $0.00 | $0 |
| ACTIVE | N | CADM | D001 | 000 | $40.00 | $8.90 | $31.10 | $0 |
| ACTIVE | N | CF00 | D001 | 000 | $260.00 | $57.80 | $202.20 | $0 |
| ACTIVE | N | SF30 | D001 | | $10.00 | $0.00 | $10.00 | $0 |
| ACTIVE | N | CFW0 | D001 | | $37.00 | $0.00 | $37.00 | $0 |
| ACTIVE | N | LCSF | D001 | | $21.00 | $0.00 | $21.00 | $0 |
| ACTIVE | N | CF71 | D001 | | $25.00 | $0.00 | $25.00 | $0 |
| ACTIVE | N | CF72 | D001 | | $25.00 | $0.00 | $25.00 | $0 |
| ACTIVE | N | SG75 | D001 | | $30.00 | $0.00 | $30.00 | $0 |
| ACTIVE | N | CF70 | D001 | | $0.00 | $0.00 | $0.00 | $0 |
| ACTIVE | N | SF70 | D001 | 000 | $420.00 | $0.00 | $420.00 | $2 |
| ACTIVE | N | SF11 | D001 | | $5.00 | $0.00 | $5.00 | $0 |
| ACTIVE | N | DOMV | D001 | | $75.00 | $0.00 | $75.00 | $0 |
| | | | | Total: | $1,156.30 | $325.00 | $831.30 | $0. |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney Operat |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/25/2014 | RECEIPT | D999 | 2014202 | 1218340 | $200.00 | D001 | 000 | | N | | AMB |
| 04/11/2016 | RECEIPT | D999 | 2016133 | 1756200 | $58.30 | D001 | 000 | | N | | CRW |
| 04/11/2016 | RECEIPT | CADM | 2016133 | 1756201 | $0.23 | D001 | 000 | | N | | CRW |
| 04/11/2016 | RECEIPT | CF00 | 2016133 | 1756202 | $1.47 | D001 | 000 | | N | | CRW |
| 08/15/2016 | RECEIPT | CADM | 2016225 | 1877300 | $3.33 | D001 | 000 | | N | | JEW |
| 08/15/2016 | RECEIPT | CF00 | 2016225 | 1877301 | $21.67 | D001 | 000 | | N | | JEW |
| 09/23/2016 | RECEIPT | CADM | 2016254 | 1912650 | $2.67 | D001 | 000 | | N | | JAC |
| 09/23/2016 | RECEIPT | CF00 | 2016254 | 1912651 | $17.33 | D001 | 000 | | N | | JAC |
| 12/14/2016 | RECEIPT | CADM | 2017053 | 1990470 | $2.67 | D001 | 000 | | N | | JEW |
| 12/14/2016 | RECEIPT | CF00 | 2017053 | 1990471 | $17.33 | D001 | 000 | | N | | JEW |

# Exhibit 20

ELECTRONICALLY FILED
10/18/2016 11:19 AM
25-DC-2014-000631.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:   DC-2014-000631.00 |
| | ) |
| WITHERSPOON JONAH ELIJAH | ) |
| Defendant. | ) |

### ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $1,200.00 cash bond.

**DONE this 18th day of October, 2016.**

/s/ **KIM J. CHANEY**
**DISTRICT JUDGE**

alacourt.com™

: Main Menu

Name: James Haslong      User ID: 1558      Last login Date: 2/16/2017 3:10:54 PM

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

Monitor Case      Print Case

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: DC-2014-000631.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: B-BOND |
| Name: | STATE OF ALABAMA V. WITHERSPOON JONAH ELIJAH | | Filed: | 10/14/2014 | Arrest Date: 10/10/2014 |
| Filing Charge: ASSAULT 2ND DEGREE | | | Court Action: | GUILTY PLEA | ORI: 0250000 |
| | | | Disposition Charge: ASS3-ASSAULT 3RD DEGREE | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

**Case Information**

| | | | | |
|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2014-000631.00 | Trial Type: |
| Defendant Status: | B-BOND | Judge ID: | KJC-KIM J. CHANEY | Charge: ASSAULT 2ND DE |
| Name: | WITHERSPOON JONAH ELIJAH | Alias: | | Court Action: G-GUILTY PLEA |
| Probation Office Number: | 0-000000-00 | Probation Officer Name: | | Related Cases: WR-2014-00165: |
| Jury Demand: | False | Traffic Citation Number: | 14-0694-01 | Driver License Destroyed Date: |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: 000 |
| Appeal Date: | | | | |

**Case Initiation**

| | | | | |
|---|---|---|---|---|
| Case Initiation Date: | 10/10/2014 | Case Initiation Type: | A-ARREST | Offense date: 10/10/2014 |
| Filing Date: | 10/14/2014 | Agency ORI: | 0250000 | Arresting Agency Type: C-COUNTY |
| Arrest date: | 10/10/2014 | Arresting Officer: | JOHNSON M | City Code/Name: 00 EAST LAKE |
| Indictment Date: | | Grand Jury: | | Domestic Violence: NO |

**Defendant Information**

| | | | | | |
|---|---|---|---|---|---|
| Name: | WITHERSPOON JONAH ELIJAH | Alias 1: | | | Alias 2: |
| Address 1 | 616 73RD ST SOUTH | | | | Address 2: |
| City: | EAST LAKE | State: | AL | Zip: 35206-0000 | Country: US |
| DOB: | 12/08/1987 | SSN: | XXX-XX-X601 | Phone: 2055722696000 | Driv License N°: ALI7: |
| Height : | 5'09" | Weight: | | Race/Sex: B/M | Eyes/Hair BRO/ |
| State Identification Number: | AL000000000 | Youthful Date | | Alabama Institutional service number: | |

**Prosecutor and Attorney Information**

| Number | Name | Attorney Code | Type Of Counsel | Email | Phor |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-28 |
| Attorney 1 | JOHNSON GREGORY ALLEN | JOH152 | A APPOINTED | GREG@GREGORYAJOHNSONLAW.COM | (256) 739-00 |

**Warrant Information**

| | | | | |
|---|---|---|---|---|
| Warrant Issuance Date: | 10/18/2016 | Warrant Issuance Status: | A   Description: | ALIAS WARRANT |

<

## alacourt.com™

| | Name: James Hasting | User ID: 1558 | Last login Date: 2/16/2017 3:10:54 PM |
|---|---|---|---|

‖ Main Menu

**Search**
■ Party Search
■ Case Lookup
■ UTC Lookup
■ SSN Enforcement
■ Attorney Search
■ Warrant Search
■ Witness Search
■ Docket Search
■ HotSheet™

**Tracking**
■ Attorney Tracker
■ Case Monitor
■ Name Tracker
■ Reminders

**Desktop**
■ My Alacourt

**Administration**
■ Manage Firm Account
■ Update User Info

Monitor Case     Print Case

| County: | 25-CULLMAN | Case Number: DC-2014-000631.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | B-BOND |
|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. WITHERSPOON JONAH ELIJAH | | Filed: | 10/14/2014 | Arrest Date: | 10/10/2014 |
| Filing Charge: ASSAULT 2ND DEGREE | | | Court Action: | GUILTY PLEA | ORI: | 0250000 |
| | | | Disposition Charge: ASS3-ASSAULT 3RD DEGREE | | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Fee Sheet 25-DC-2014-000631.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | Y | R001 | D001 | R001 | $38.00 | $0.00 | $38.00 | |
| ACTIVE | N | D999 | D001 | | $279.30 | $0.00 | $279.30 | |
| ACTIVE | N | BAIL | D001 | | $35.00 | $0.00 | $35.00 | |
| ACTIVE | N | CADM | D001 | | $40.00 | $0.00 | $40.00 | |
| ACTIVE | N | CH00 | D001 | | $187.00 | $0.00 | $187.00 | |
| ACTIVE | N | CFW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | LCSF | D001 | | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | CM71 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | CM72 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SO75 | D001 | | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SF70 | D001 | | $500.00 | $0.00 | $500.00 | |
| ACTIVE | N | JDTF | D001 | | $50.00 | $0.00 | $50.00 | |
| ACTIVE | N | SM11 | D001 | | $5.00 | $0.00 | $5.00 | |
| | | | | Total: | $1,247.30 | $0.00 | $1,247.30 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason Attorney Ope |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/26/2015 | FEE CHANGED  SF70 | | 2015121 | 00 | $500.00 | | | | N | BOW |