FILED
2017 Apr-18  PM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 21

ELECTRONICALLY FILED
10/18/2016 10:40 AM
25-DC-2014-000186.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

# IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:   DC-2014-000186.00 |
| | ) |
| STEWART ROBERT ELDON JR | ) |
| Defendant. | ) |

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $1,600.00 cash bond.

**DONE this 18th day of October, 2016.**

/s/ **KIM J. CHANEY**
**DISTRICT JUDGE**


**alacourt.com™**

The Alabama Trial Court System at your desk

Name: James Hasting    User ID: 1558    Last login Date: 2/16/2017 3:10:54 PM

Monitor Case    Print Case

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

County: **25-CULLMAN**    Case Number: **DC-2014-000186.00**    Judge: **KJC-KIM J. CHANEY**    Defendant Status: **B-BOND**
Name: **STATE OF ALABAMA V. STEWART ROBERT ELDON JR**    Filed: **04/08/2014**    Arrest Date: **03/06/2014**
Filing Charge: **THEFT OF PROPERTY 2N**    Court Action: **GUILTY PLEA**    ORI: **0250100**
Disposition Charge: **TOP3-THEFT OF PROPERTY 3RD**

Case  Settings  Charges / Disposition  Sentence  Enforcement  Consolidated Case Action Summary  Images  Witness List  Financial  Motions  Ent

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **25-CULLMAN** | Case Number: | **DC-2014-000186.00** | Trial Type: | |
| Defendant Status: | **B-BOND** | Judge ID: | **KJC-KIM J. CHANEY** | Charge: | **THEFT OF PROPER1** |
| Name: | **STEWART ROBERT ELDON JR** | Alias: | | Court Action: | **G-GUILTY PLEA** |
| Probation Office Number: | **2014-008849-00** | Probation Officer Name: | **L12350** | Related Cases: | **WR-2014-000416.(** |
| Jury Demand: | **False** | Traffic Citation Number: | **14-0176-01** | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | **000** |
| Appeal Date: | | | | | |

### Case Initiation

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Initiation Date: | **03/06/2014** | Case Initiation Type: | **A-ARREST** | Offense date: | | **03/06/2014** |
| Filing Date: | **04/08/2014** | Agency ORI: | **0250100** | Arresting Agency Type: | | **S-STATE (INCLUDES PARK RANGER)** |
| Arrest date: | **03/06/2014** | Arresting Officer: | **CRAIG TODD** | City Code/Name: | | **00 FALKVILLE** |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | | |

### Defendant Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | **STEWART ROBERT ELDON JR** | | Alias 1: | | | | Alias 2: | |
| Address 1: | **361 POWELL CHAPEL RD** | | | | | | Address 2: | |
| City: | **FALKVILLE** | State: | **AL** | Zip: | **35622-0000** | | Country | **US** |
| DOB: | **04/12/1958** | SSN: | **XXX-XX-X747** | Phone: | **2053631702000** | | Driv License N°: | **AL39** |
| Height: | **5'10"** | Weight: | | Race/Sex: | **W/M** | | Eyes/Hair: | **BLU/** |
| State Identification Number: | **AL000000000** | Youthful Date: | | | Alabama Institutional service number: | **000000** | | |

### Prosecutor and Attorney Information

| | Number | Name | Attorney Code | Type Of Counsel | Email | Phor |
|---|---|---|---|---|---|---|
| Prosecutor 1 | | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-28 |
| Attorney 1 | | JOHNSON GREGORY ALLEN | JOH152 | A-APPOINTED | GREG@GREGORYAJOHNSONLAW.COM | (256) 739-00 |

### Warrant Information

| | | | | | |
|---|---|---|---|---|---|
| Warrant Issuance Date: | | **10/18/2016** | Warrant Issuance Status: | **A** Description: | **ALIAS WARRANT** |

‹


**alacourt.com**™

| | Name: James Hasting | User ID: 1558 | Last login Date: 2/16/2017 3:10:54 PM |
|---|---|---|---|

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| County: | 25-CULLMAN | Case Number: DC-2014-000186.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | B-BOND |
|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. STEWART ROBERT ELDON JR | | Filed: | 04/08/2014 | Arrest Date: | 03/06/2014 |
| Filing Charge: THEFT OF PROPERTY 2N | | | Court Action: | GUILTY PLEA | ORI: | 0250100 |
| | | | Disposition Charge:TOP3-THEFT OF PROPERTY 3RD | | | |

Monitor Case    Print Case

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Fee Sheet 25-DC-2014-000186.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | 000 | $369.90 | $225.00 | $144.90 | |
| ACTIVE | N | CADM | D001 | | $40.00 | $0.00 | $40.00 | |
| ACTIVE | N | SM00 | D001 | | $187.00 | $0.00 | $187.00 | |
| ACTIVE | N | SFW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | LCSF | D001 | | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | SM10 | D001 | | $200.00 | $0.00 | $200.00 | |
| ACTIVE | N | BND1 | D001 | | $21.50 | $0.00 | $21.50 | |
| ACTIVE | N | BND2 | D001 | | $153.50 | $0.00 | $153.50 | |
| ACTIVE | N | SM71 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SM72 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SO75 | D001 | | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SF70 | D001 | | $500.00 | $0.00 | $500.00 | |
| ACTIVE | N | JDTF | D001 | | $50.00 | $0.00 | $50.00 | |
| ACTIVE | N | SM11 | D001 | | $5.00 | $0.00 | $5.00 | |
| ACTIVE | N | LCOS | S001 | 000 | $5.00 | $5.00 | $0.00 | |
| ACTIVE | N | COPY | S001 | 000 | $5.50 | $5.50 | $0.00 | |
| | | | | Total: | $1,650.40 | $235.50 | $1,414.90 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2014 | RECEIPT | LCOS | 2015022 | 1281230 | $5.00 | S001 | 000 | | N | | | LEH |
| 10/31/2014 | RECEIPT | COPY | 2015022 | 1281231 | $5.50 | S001 | 000 | | N | | | LEH |
| 01/26/2015 | FEE CHANGED | SF70 | 2015080 | 00 | $500.00 | D001 | | | N | | | BOW |
| 04/01/2016 | RECEIPT | D999 | 2016127 | 1746460 | $25.00 | D001 | 000 | | N | | | DEN |
| 01/31/2017 | RECEIPT | D999 | 2017084 | 2028140 | $200.00 | D001 | 000 | | N | | | JET |

# Exhibit 22

ELECTRONICALLY FILED
11/10/2016 10:55 AM
25-DC-2015-000703.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA      )
                     )
V.                    ) Case No.:   DC-2015-000703.00
                     )
DREW STEVEN DWIGHT   )
Defendant.             )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $1,000.00 cash bond.

DONE this 10th day of November, 2016.

/s/ KIM J. CHANEY
DISTRICT JUDGE

# alacourt.com™

Name. James Hasting    User ID: 1558    Last login Date: 2/16/2017 2:50:40 PM

Monitor Case    Print Case

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

County:    **25-CULLMAN**    Case Number: **DC-2015-000703.00**    Judge:    **KJC-KIM J. CHANEY**    Defendant Status:    **J-JAIL**
Name:    **STATE OF ALABAMA V. DREW STEVEN DWIGHT**    Filed:    **10/27/2015**    Arrest Date:    **10/27/2015**
Filing Charge: **POSS FORGED INSTR 2N**    Court Action:    **GUILTY PLEA**    ORI:    **0250100**
Disposition Charge **CPF3-POSS FORGED INSTR 3RD**

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Enf

### Case Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| County: | **25-CULLMAN** | Case Number: | **DC-2015-000703.00** | Trial Type: | | | |
| Defendant Status: | **J-JAIL** | Judge ID: | **KJC-KIM J. CHANEY** | Charge: | | **POSS FORGED INSTR 2N** | |
| Name: | **DREW STEVEN DWIGHT** | Alias: | | Court Action: | | **G-GUILTY PLEA** | |
| Probation Office Number: **0-000000-00** | | Probation Officer Name: | | Related Cases: | | **WR-2015-000824.00/CC-2015-000** | |
| Jury Demand: | **False** | Traffic Citation Number: | **15-0399-01** | Driver License Destroyed Date: | | | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | **000** | | |
| Appeal Date: | | | | | | | |

### Case Initiation

| | | | | | |
|---|---|---|---|---|---|
| Case Initiation Date: | **10/27/2015** | Case Initiation Type: | **A-ARREST** | Offense date: | **05/27/2015** |
| Filing Date: | **10/27/2015** | Agency ORI: | **0250100** | Arresting Agency Type: | **S-STATE (INCLUDES PARK RANGER)** |
| Arrest date: | **10/27/2015** | Arresting Officer: | **BOYD BECKY** | City Code/Name: | **00 CULLMAN** |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | |

### Defendant Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | **DREW STEVEN DWIGHT** | | Alias 1: | | | Alias 2: | |
| Address 1: | **1651 COUNTY ROAD 770** | | | | | Address 2: | |
| City: | **CULLMAN** | State: | **AL** | Zip: | **35055-0000** | Country: | **US** |
| DOB: | **06/06/1979** | SSN. | **XXX-XX-X326** | Phone: | **0** | Driv License N°: | **ALF2** |
| Height : | **0'00"** | Weight: | | Race/Sex: | **W/M** | Eyes/Hair: | |
| State Identification Number: | **AL000000000** | Youthful Date: | | Alabama Institutional service number: | | | |

### Prosecutor and Attorney Information

| Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-280 |
| Attorney 1 | PORTER WILLIAM CALVIN | POR029 | A-APPOINTED | WCPORTERLAW@GMAIL.COM | (256) 775-936 |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Issuance Date: | 11/10/2016 | Warrant Issuance Status: | A   Description:   **ALIAS WARRANT** |

‹

# alacourt.com™

| | | | Name: James Hasting | User ID: 1558 | Last login Date: 2/16/2017 2:50:40 PM | | |
|---|---|---|---|---|---|---|---|

Monitor Case    Print Case

**: Main Menu**

| County: | **25-CULLMAN** | Case Number: **DC-2015-000703.00** | Judge: | **KJC-KIM J. CHANEY** | Defendant Status: | **J-JAIL** |
|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. DREW STEVEN DWIGHT | | Filed: | 10/27/2015 | Arrest Date: | 10/27/2015 |
| Filing Charge: POSS FORGED INSTR 2N | | | Court Action: | GUILTY PLEA | ORI: | 0250100 |
| | | | Disposition Charge: CPF3-POSS FORGED INSTR 3RD | | | |

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   En

### Fee Sheet 25-DC-2015-000703.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | R001 | D001 | R001 | $250.00 | $250.00 | $0.00 | |
| ACTIVE | N | D999 | D001 | | $272.40 | $0.00 | $272.40 | |
| ACTIVE | N | CADM | D001 | | $40.00 | $0.00 | $40.00 | |
| ACTIVE | N | SM00 | D001 | | $187.00 | $0.00 | $187.00 | |
| ACTIVE | N | SFW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | LCSF | D001 | | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | SM71 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SM72 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SO75 | D001 | | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SM70 | D001 | | $500.00 | $0.00 | $500.00 | |
| ACTIVE | N | JDTF | D001 | | $100.00 | $0.00 | $100.00 | |
| ACTIVE | N | SM11 | D001 | | $5.00 | $0.00 | $5.00 | |
| | | | | Total: | $1,467.40 | $250.00 | $1,217.40 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2015 | RECEIPT | R001 | 2016056 | 1651900 | $250.00 | D001 | R001 | | N | | BOW |
| 12/21/2015 | FEE CHANGED | R001 | 2016056 | 00 | $250.00 | D001 | R001 | | N | | BOW |
| 12/30/2015 | CHECK | R001 | 2016060 | 476411 | $250.00 | D001 | R001 | | | | DEN |

# Exhibit 23

ELECTRONICALLY FILED
10/17/2016 2:28 PM
25-DC-2015-000313.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:   DC-2015-000313.00
)
CHAPPELL   SONYA   OLIVIA )
SHAREE
Defendant. )

### ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $1,300.00 cash bond.

DONE this 17th day of October, 2016.

/s/ KIM J. CHANEY
DISTRICT JUDGE

# alacourt.com™

Name: James Hasting    User ID: 1558    Last login Date: 2/16/2017 3:10:54 PM

**Main Menu**

Monitor Case      Print Case

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| County | 25-CULLMAN | Case Number: DC-2015-000313.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: | B-BOND | Related Cases |
|---|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. CHAPPELL SONYA OLIVIA SHAREE | | Filed: | 05/27/2015 | Arrest Date: | 05/26/2015 | * 25-DC-2015-000313.50 |
| Filing Charge: POSS/REC CONTR. SUBS | | | Court Action | GUILTY PLEA | ORI: | 0250100 | * 25-DC-2015-000313.51 |
| | | | Disposition Charge: | IPRX-PRESCRIPTION-ILL POSS OF | | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Fee Sheet 25-DC-2015-000313.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | | $303.00 | $0.00 | $303.00 | |
| ACTIVE | N | CADM | D001 | 000 | $40.00 | $28.19 | $11.81 | |
| ACTIVE | N | SM00 | D001 | 000 | $187.00 | $131.81 | $55.19 | |
| ACTIVE | N | SFW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | SMW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | LCSF | D001 | | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | SO15 | D001 | | $100.00 | $0.00 | $100.00 | |
| ACTIVE | N | BND1 | D001 | | $21.50 | $0.00 | $21.50 | |
| ACTIVE | N | BND2 | D001 | | $153.50 | $0.00 | $153.50 | |
| ACTIVE | N | SM71 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SM72 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SO75 | D001 | | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SF70 | D001 | | $500.00 | $0.00 | $500.00 | |
| ACTIVE | N | JDTF | D001 | | $50.00 | $0.00 | $50.00 | |
| ACTIVE | N | SM11 | D001 | | $5.00 | $0.00 | $5.00 | |
| ACTIVE | N | BAIL | S001 | 000 | $35.00 | $35.00 | $0.00 | |
| | | | | Total: | $1,545.00 | $195.00 | $1,350.00 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/2015 | RECEIPT | BAIL | 2015170 | 1474420 | $35.00 | S001 | 000 | | N | | | BOW |
| 08/13/2015 | FEE CHANGED | SF70 | 2015222 | 00 | $500.00 | D001 | | | N | | | BOW |
| 02/11/2016 | RECEIPT | CADM | 2016091 | 1694550 | $28.19 | D001 | 000 | | N | | | CRW |
| 02/11/2016 | RECEIPT | SM00 | 2016091 | 1694551 | $131.81 | D001 | 000 | | N | | | CRW |

# alacourt.com™

Name: James Hasting    User ID: 1558    Last login Date  2/16/2017 3:10:54 PM

Monitor Case    Print Case
Related Cases

**Main Menu**

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

| County | 25-CULLMAN | Case Number: DC-2015-000313.00 | Judge: | KJC-KIM J. CHANEY | Defendant Status: B-BOND | | |
|---|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. CHAPPELL SONYA OLIVIA SHAREE Filed: | | | 05/27/2015 | Arrest Date: | 05/26/2015 | • 25-DC-2015-000313.50 |
| Filing Charge: POSS/REC CONTR, SUBS | | | Court Action: | GUILTY PLEA | ORI | 0250100 | • 25-DC-2015-000313.51 |
| | | | Disposition Charge: IPRX-PRESCRIPTION-ILL POSS OF | | | | |

Case    Settings    Charges / Disposition    Sentence    Enforcement    Consolidated Case Action Summary    Images    Witness List    Financial    Motions    Enl

## Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 25-CULLMAN | Case Number: | DC-2015-000313.00 | Trial Type: | |
| Defendant Status: | B-BOND | Judge ID: | KJC-KIM J. CHANEY | Charge: | POSS/REC CONTR |
| Name: | CHAPPELL SONYA OLIVIA SHAREE | Alias: | | Court Action: | G-GUILTY PLEA |
| Probation Office Number: | 0-000000-00 | Probation Officer Name: | | Related Cases: | WR-2015-000451. |
| Jury Demand: | False | Traffic Citation Number: | 15-0220-01 | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | 000 |
| Appeal Date: | | | | | |

## Case Initiation

| | | | | | |
|---|---|---|---|---|---|
| Case Initiation Date: | 05/26/2015 | Case Initiation Type: | A-ARREST | Offense date: | 03/09/2015 |
| Filing Date: | 05/27/2015 | Agency ORI: | 0250100 | Arresting Agency Type: | S-STATE (INCLUDES PARK RANGER) |
| Arrest date: | 05/26/2015 | Arresting Officer: | SLOCUMB DON | City Code/Name: | 00 HANCEVILLE |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | |

## Defendant Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | CHAPPELL SONYA OLIVIA SHAREE | | Alias 1: | | | | Alias 2 | |
| Address 1: | 2379 COUNTY ROAD 616 | | | | | | Address 2: | |
| City: | HANCEVILLE | State: | AL | Zip: | 35077-0000 | | Country | US |
| DOB: | 12/08/1993 | SSN: | XXX-XX-X931 | Phone: | 2052455233000 | | Driv License N°: | AL85 |
| Height : | 5'04" | Weight: | | Race/Sex: | W/F | | Eyes/Hair: | BRO/ |
| State Identification Number: | AL000000000 | Youthful Date: | | | Alabama Institutional service number: | | | |

## Prosecutor and Attorney Information

| Number | Name | Attorney Code | Type Of Counsel | Email | Phor |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736-28 |
| Attorney 1 | JOHNSON GREGORY ALLEN | JOH152 | A-APPOINTED | GREG@GREGORYAJOHNSONLAW.COM | (256) 739-00 |

## Warrant Information

| | | | | | |
|---|---|---|---|---|---|
| Warrant Issuance Date: | | 10/18/2016 | Warrant Issuance Status: | A  Description: | ALIAS WARRANT |

‹

# Exhibit 24

ELECTRONICALLY FILED
10/18/2016 10:22 AM
25-DC-2015-000444.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.: DC-2015-000444.00
)
PRICE PHILESHA DENISE )
Defendant. )

### ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $500.00 cash bond.

DONE this 18th day of October, 2016.

/s/ KIM J. CHANEY
DISTRICT JUDGE

# alacourt.com™

**: Main Menu**

Monitor Case    Print Case

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| County: | **25-CULLMAN** | Case Number: **DC-2015-000444.00** | Judge: | **KJC-KIM J. CHANEY** | Defendant Status: | **B-BOND** | |
| Name: | STATE OF ALABAMA V. PRICE PHILESHA DENISE | | Filed: | **07/17/2015** | Arrest Date: | **07/06/2015** | |
| Filing Charge: POSS CONTR. SUBS. | | | Court Action: | **DISMISSED W/CONDITIONS** | ORI: | **0250000** | |
| | | | Disposition Charge: **UPCS-POSS CONTR. SUBS.** | | | | |

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Fee Sheet 25-DC-2015-000444.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | | $123.30 | $0.00 | $123.30 | |
| ACTIVE | N | CADM | D001 | | $40.00 | $0.00 | $40.00 | |
| ACTIVE | N | CF00 | D001 | | $260.00 | $0.00 | $260.00 | |
| ACTIVE | N | CFW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | LCSF | D001 | | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | CF71 | D001 | | $25.00 | $0.00 | $25.00 | |
| ACTIVE | N | CF72 | D001 | | $25.00 | $0.00 | $25.00 | |
| ACTIVE | N | SO75 | D001 | | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SM11 | D001 | | $10.00 | $0.00 | $10.00 | |
| | | | | Total: | $571.30 | $0.00 | $571.30 | |

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason Attorney Ope |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/03/2015 | FEE CHANGED SM11 | | 2015238 | 00 | $10.00 | D001 | | | N | BOW |

**Administration**
- Manage Firm Account
- Update User Info

# alacourt.com™

Name: James Hasting   User ID: 1558   Last login Date: 2/16/2017 3:10:54 PM

Monitor Case   Print Case

**Main Menu**

| | | | | | |
|---|---|---|---|---|---|
| County: | **25-CULLMAN** | Case Number: **DC-2015-000444.00** | Judge: | **KJC-KIM J. CHANEY** | Defendant Status: **B-BOND** |
| Name: | **STATE OF ALABAMA V. PRICE PHILESHA DENISE** | | Filed: | **07/17/2015** | Arrest Date: **07/06/2015** |
| Filing Charge: **POSS CONTR. SUBS.** | | | Court Action: | **DISMISSED W/CONDITIONS** | ORI **0250000** |
| | | | Disposition Charge: **UPCS-POSS CONTR. SUBS.** | | |

**Search**
- Party Search
- Case Lookup
- UTC Lookup
- SSN Enforcement
- Attorney Search
- Warrant Search
- Witness Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Manage Firm Account
- Update User Info

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

## Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **25-CULLMAN** | Case Number: | **DC-2015-000444.00** | Trial Type: | |
| Defendant Status: | **B-BOND** | Judge ID: | **KJC-KIM J. CHANEY** | Charge: | **POSS CONTR. SUBS.** |
| Name: | **PRICE PHILESHA DENISE** | Alias: | | Court Action: | **T-DISMISSED W/CONDIT** |
| Probation Office Number: | **0-000000-00** | Probation Officer Name: | | Related Cases: | **WR-2015-000999.00** |
| Jury Demand: | **False** | Traffic Citation Number: | **15-0525-01** | Driver License Destroyed Date: | |
| Grand Jury Court Action: | | Inpatient Treatment Ordered: | | Previous DUI Convictions: | **000** |
| Appeal Date: | | | | | |

## Case Initiation

| | | | | | |
|---|---|---|---|---|---|
| Case Initiation Date: | **07/06/2015** | Case Initiation Type: | **A-ARREST** | Offense date: | **07/06/2015** |
| Filing Date: | **07/17/2015** | Agency ORI: | **0250000** | Arresting Agency Type: | **C-COUNTY** |
| Arrest date: | **07/06/2015** | Arresting Officer: | **LEWIS KEVIN** | City Code/Name: | **00 BIRMINGHAM** |
| Indictment Date: | | Grand Jury: | | Domestic Violence: | **NO** |

## Defendant Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | **PRICE PHILESHA DENISE** | | Alias 1: | | | Alias 2: |
| Address 1: | **922 53RD STREET NO APT6** | | | | | Address 2. |
| City: | **BIRMINGHAM** | State: **AL** | Zip: | **35212-0000** | | Country: **US** |
| DOB: | **10/08/1990** | SSN: | **XXX-XX-X881** | Phone: | **2054200167000** | Driv License N°: **AL83** |
| Height : | **5'05"** | Weight: | | Race/Sex: **B/F** | | Eyes/Hair. **BRO,** |
| State Identification Number: | **AL000000000** | Youthful Date: | | Alabama Institutional service number | | |

## Prosecutor and Attorney Information

| Number | Name | Attorney Code | Type Of Counsel | Email | Phon |
|---|---|---|---|---|---|
| Prosecutor 1 | BLAYLOCK CHARLES WILSON | BLA078 | | WBLAYLOCK@CULLMANDA.COM | (256) 736 280 |

## Warrant Information

| | | | | |
|---|---|---|---|---|
| Warrant Issuance Date: | **10/18/2016** | Warrant Issuance Status: | A   Description: | **ALIAS WARRANT** |
| Warrant Action Date: | | Warrant Action Status: | Description: | |

# Exhibit 25

ELECTRONICALLY FILED
10/17/2016 2:03 PM
25-DC-2015-000639.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE DISTRICT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:    DC-2015-000639.00
)
STEPHENSON  RONALD  SHANE )
JR
Defendant. )

## ORDER

As the Defendant has failed to appear before this Court at the show cause hearing scheduled on October 11, 2016 to show why they should not be jailed for failing to follow the court's Order pertaining to payment of fines costs and/or restitution and/or compliance with County Probation and/or the CRO program, a warrant is issued for Defendant's arrest with $1,800.00 cash bond.

**DONE this 17th day of October, 2016.**

/s/ **KIM J. CHANEY**
**DISTRICT JUDGE**

# alacourt.com™

| | | Name: James Hasling | User ID: 1558 | Last login Date: 2/16/2017 2:50:40 PM | | |
|---|---|---|---|---|---|---|

Monitor Case     Print Case

| County: | **25-CULLMAN** | Case Number: **DC-2015-000639.00** | Judge: | **KJC-KIM J. CHANEY** | Defendant Status: | **B-BOND** |
|---|---|---|---|---|---|---|
| Name: | STATE OF ALABAMA V. STEPHENSON RONALD SHANE JR | | Filed: | 10/02/2015 | Arrest Date: | 09/13/2015 |
| Filing Charge: **POSS/REC CONTR. SUBS** | | | Court Action: | **GUILTY PLEA** | ORI: | 0250000 |
| | | | Disposition Charge: VDR1-USE/POSSESS DRUG PARAPHERNALIA | | | |

Case   Settings   Charges / Disposition   Sentence   Enforcement   Consolidated Case Action Summary   Images   Witness List   Financial   Motions   Ent

### Fee Sheet 25-DC-2015-000639.00

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hol |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | D999 | D001 | | $434.40 | $0.00 | $434.40 | |
| ACTIVE | N | CADM | D001 | | $40.00 | $0.00 | $40.00 | |
| ACTIVE | N | CM00 | D001 | | $187.00 | $0.00 | $187.00 | |
| ACTIVE | N | SM30 | D001 | | $10.00 | $0.00 | $10.00 | |
| ACTIVE | N | CFW0 | D001 | | $37.00 | $0.00 | $37.00 | |
| ACTIVE | N | DRF1 | D001 | | $40.00 | $0.00 | $40.00 | |
| ACTIVE | N | LCSF | D001 | | $21.00 | $0.00 | $21.00 | |
| ACTIVE | N | CM10 | D001 | | $300.00 | $0.00 | $300.00 | |
| ACTIVE | N | BND1 | D001 | | $21.50 | $0.00 | $21.50 | |
| ACTIVE | N | BND2 | D001 | | $153.50 | $0.00 | $153.50 | |
| ACTIVE | N | CM71 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | CM72 | D001 | | $12.50 | $0.00 | $12.50 | |
| ACTIVE | N | SO75 | D001 | | $30.00 | $0.00 | $30.00 | |
| ACTIVE | N | SF70 | D001 | | $500.00 | $0.00 | $500.00 | |
| ACTIVE | N | JDTF | D001 | | $100.00 | $0.00 | $100.00 | |
| ACTIVE | N | SF11 | D001 | | $20.00 | $0.00 | $20.00 | |
| | | | | Total: | $1,919.40 | $0.00 | $1,919.40 | |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney Ope |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/09/2015 | FEE CHANGED SF70 | | 2016048 | 00 | $500.00 | D001 | | | N | | BOW |