FILED
2017 Apr-18  PM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 26

ELECTRONICALLY FILED
10/20/2016 11:49 AM
25-CC-2001-000215.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:    CC-2001-000215.00
)
JAMES MICHAEL W )
Defendant. )

### ORDER

This case coming before the Court on October 7, 2016, defendant having failed to appear an alias warrant is issued. Bond is set in the amount of $929.08 cash.

**DONE this 20th day of October, 2016.**

**/s/ GREGORY A NICHOLAS**
**CIRCUIT JUDGE**

# Exhibit 27

ELECTRONICALLY FILED
11/3/2016 4:10 PM
25-CC-2003-000263.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:   CC-2003-000263.00
)
WILLIAMS CHRISTOPHER ROBERT )
Defendant. )

### ORDER

This case coming before the Court October 6, 2016, the Defendant having failed to appear an alias warrant is issued. Bond is set at $1,636.00 cash.

**DONE this 3rd day of November, 2016.**

/s/ GREGORY A NICHOLAS
CIRCUIT JUDGE

# Exhibit 28

ELECTRONICALLY FILED
10/20/2016 11:54 AM
25-CC-2007-000236.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA         )
                                   )
V.                                 ) Case No.:     CC-2007-000236.00
                                   )
SCREWS WESTLY CALVIN    )
Defendant.                     )

### ORDER

This case coming before the Court on October 7, 2016, defendant having failed to appear an alias warrant is issued. Bond is set in the amount of $500.20 cash.

**DONE this 20th day of October, 2016.**

                         **/s/ GREGORY A NICHOLAS**
                         **CIRCUIT JUDGE**

LISA MCSWAIN
500 2ND AVE SW
CULLMAN AL 35055

PRSRT FIRST CLASS
US POSTAGE PAID
MONTGOMERY
PERMIT #994



FILED IN OFFICE

COLLAPSED CASES

AUG 2 2 2016

RETURN SERVICE REQUESTED
LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

SCREWS WESTLY CALVIN
3041 COUNTY ROAD 481

NIXIE         352   DE 1300         0008/18/16

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 35055415599        *2075-07884-18-23

CASE(S) LISTED BELOW ARE SET ON 10/07/2016
AT: 3RD FLOOR COURTHOUSE
CULLMAN COUNTY

ALABAMA

JUDGE: GREGORY NICHOLAS

| CASE NUMBER | TIME | DESCRIPTION |
|-------------|------|-------------|
| CC200700023600 | 08:30AM | REVIEW DOCKET/HEAR |

3RD FLOOR COURTHOUSE LARGE COURTROOM

(08/12/2016)                                                    05692    FORM: S468

# Exhibit 29

ELECTRONICALLY FILED
10/20/2016 11:55 AM
25-CC-2008-000263.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| V. | ) | Case No.:   CC-2008-000263.00 |
| | ) | |
| SPEEGLE DANIEL EUGENE | ) | |
| Defendant. | ) | |

### ORDER

This case coming before the Court on October 7, 2016, defendant having failed to appear an alias warrant is issued. Bond is set in the amount of $3,808.30 cash.

**DONE this 20th day of October, 2016.**

/s/ **GREGORY A NICHOLAS**
**CIRCUIT JUDGE**



ELECTRONICALLY FILED
4/16/2015 10:13 AM
25-CC-2008-000263.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

DOCUMENT 17

# IN THE CIRCUIT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | * |
| | * |
| Plaintiff, | * |
| | * |
| VS. | *   CASE NO: CC 08-263 |
| | * |
| DANIEL EUGENE SPEEGLE | * |
| | * |
| Defendant, | * |

## MOTION FOR CIVIL JUDGMENT

Comes now the State of Alabama by and through C. Wilson Blaylock, District Attorney for the Thirty-Second Judicial Circuit, and request this Honorable Court to enter a Civil Judgment in the above styled case and as grounds therefore states as follows:

1.    That the defendant plead guilty to Theft of Property 1st Degree on September 10, 2008. The defendant was ordered to pay Restitution to Ruby A. Cornelius and Jay Salameh plus Court ordered monies.

2.    That the defendant has failed to pay as ordered.

Wherefore, premises considered, the State respectfully asks that the court order a Civil Judgment to be entered in the above case and any outstanding Writ of Arrest be recalled to allow us to pursue any money ordered in a civil proceeding.

Done this the 16th day of April 2015.

_____
C. WILSON BLAYLOCK
District Attorney

ELECTRONICALLY FILED
4/17/2015 7:50 AM
25-CC-2008-000263.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN. CLERK

# IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.:     CC-2008-000263.00
)
SPEEGLE DANIEL EUGENE )
Defendant. )

## ORDER

MOTION FOR CIVIL JUDGMENT filed by STATE OF ALABAMA is hereby
GRANTED.

**DONE this 17th day of April, 2015.**

/s/ **MARTHA E. WILLIAMS**
**CIRCUIT JUDGE**

# Exhibit 30

ELECTRONICALLY FILED
10/20/2016 1:42 PM
25-CC-2009-000122.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

STATE OF ALABAMA          )
                          )
V.                        )   Case No.:    CC-2009-000122.00
                          )
BURKS KRISTI LYNN         )
Defendant.                )

## ORDER

This case coming before the Court on October 7, 2016, defendant having failed to appear an alias warrant is issued. Bond is set in the amount of $4,382.00 cash.

**DONE this 20th day of October, 2016.**

**/s/ GREGORY A NICHOLAS**
**CIRCUIT JUDGE**

CC09-122

Dear Judge Nichols,                    Fri. 10/07/16

My name is Kristi Ischer, but I'm a Burke on the charges that I'm behind paying my fines on. Kristi Burke 11-22-76

I was due in your courtroom today but I wasn't able to be present. I had a seizure just as I was getting my son up for school. My husband tried to find someone to sit with me so he could be there to explain my absence but he was unable to find someone.

I have been unable to pay on my fines for quite a while due to me waiting on disability approval. Finally I got approved & I'm just now getting my payments so starting this month I will be paying on my fines regularly.

If you would excuse my absence and schedule me a new court date I would greatly appreciate

it,

Thank you
Sincerely
Kristi Ickle
10-7-16

FILED IN OFFICE
OCT 13 2016
LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY



CULLMAN AL 350

11 OCT 2016 PM 2 L

Kristi Juden
2347 Co Rd 1422
Cullman, AL
35057

Circuit Court
Attn: Judy Nichols
500 2nd Ave SW
Cullman, AL 35055

35055-415599