FILED
2017 Jun-22 PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RAY CHARLES SCHULTZ, et al,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Civil Action No. 5:17-cv-270-MHH<br>) |
| **STATE OF ALABAMA, et al,** | )<br>)<br>) |
| **Defendants.** | ) |
| | |
| **RANDALL PARRIS, et al.,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>)<br>) |
| v. | )<br>) |
| **JUDGE MARTHA WILLIAMS, et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

### MOTION TO STRIKE OR, IN THE ALTERNATIVE, TO DISMISS THE "CULLMAN COUNTY SHERIFF'S OFFICE"

COMES NOW the Defendant denominated as the "Cullman County Sheriff's Office" and hereby respectfully files this Motion to Strike or, in the Alternative, to Dismiss the "Cullman County Sheriff's Office" from the Intervenors' Amended Complaint (Doc. 52) pursuant to Rule 12 of the Federal Rules of Civil Procedure, as follows:

1. It is well-established that the "Cullman County Sheriff's Office" is not a legal entity capable of being sued. *See, e.g.*, *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992); *Underwood v. Cullman County Sheriff's Office*, Civil Action No. 5:13–cv–00698–SLB–TMP, 2014 WL 7369413 at *3 (N.D. Ala. Dec. 29, 2014) (dismissing the "Cullman County Sheriff's Office" as a defendant pursuant to *Dean*).

2. The "Cullman County Sheriff's Office" is accordingly due to be stricken from the Intervenors' Amended Complaint as immaterial pursuant to Rule 12(f) or, in the alternative, to be dismissed from this action pursuant to Rule 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 22nd day of June, 2017.

**s/Jamie H. Kidd**
JAMIE H. KIDD (ASB-7661-M76H)
WEBB & ELEY, P.C.
7475 Halcyon Pointe Dr. (36117)
P.O. Box 240909
Montgomery, AL 36124
(334) 262-1850 - T
(334) 262-1772 - F
jkidd@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of June, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have provided a copy by First Class U.S. Mail, properly addressed and postage prepaid to the following:

J. Melvin Hasting
Law Office of Melvin Hasting, LLC.
P.O. Box 517
Cullman, AL 35058
(256) 736-2230 – T
(256) 775-0223 – F
mhasting@hiwaay.net
*Attorney for Plaintiffs Ray Charles Schultz, Davon Treshawn Beebe, Tyrone Daishawn Beebe, and James Hugo Sterling*

Thomas E. Drake, II.
The Drake Law Firm
419 Second Avenue SW, Suite B
Cullman, AL 35055
(256) 739-9445 – T
(256) 734-7121 – F
tomdrake@bellsouth.net
*Attorney for Plaintiff Randall Lee Parris*

James W. Davis
Laura E. Howell
Office of the Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
(334) 242-7300 – T
(334) 353-8440 – F
jimdavis@ago.state.al.us
lhowell@ago.state.al.us
*Attorneys for Defendants the State of Alabama*

Hon. Martha Williams
Cullman County Courthouse
500 2nd Avenue SW
Cullman, AL 35055
*Intervenor Defendant*

Hon. Joan White
Cullman County Courthouse
500 2nd Avenue SW
Cullman, AL 35055
*Intervenor Defendant*

Hon. Amy Black
Cullman County Courthouse
500 2nd Avenue SW
Cullman, AL 35055
*Intervenor Defendant*

Lisa McSwain
Cullman County Courthouse
500 2nd Avenue SW
Cullman, AL 35055
*Intervenor Defendant*

Alabama Administrative Office of the Courts
300 Dexter Avenue
Montgomery, AL 36104
*Intervenor Defendant*

Randy Helms
300 Dexter Avenue
Montgomery, AL 36104
*Intervenor Defendant*

                                          **s/Jamie H. Kidd**
                                          OF COUNSEL