NOV 07 2008
ROBERT BATES
DISTRICT CLERK
CULLMAN COUNTY
DC-08-579

Dear Judge Nicholas,

My name is Kristi Lynn Burks. I was arrested on September 6, 2008 for unlawful manufacturing of a controlled substance along with 2 other people. I am currently being held at C.C.D.C. on a one million dollar bond. I have been incarcerated for 54 days.

I am writing to request that you review my case and consider lowering my bond to something more obtainable.

Your Honor, at the time of my arrest I had been clean and sober for over 3 years and repeatedly asked both the arresting officers and jailers to let me take a drug test but was not given the opportunity to do so.

I have 3 children, ages 13 yrs, 11 yrs & 8 yrs of age. All 3 are under treatment by a mental healthcare provider and are currently on medication for mental problems. I am simply asking that you consider lowering my bond so that I have a better chance of going home to see to my children's needs.

Thank you so much for your time and consideration.

Case# DC 2008-000579.00

Sincerely,
Kristi L Burks