# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RAY CHARLES SCHULTZ, et al,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**STATE OF ALABAMA, et al,** )<br>)<br>**Defendants.** ) | Civil Action No. 5:17-cv-270-MHH |
| **RANDALL PARRIS, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JUDGE MARTHA WILLIAMS,** )<br>**et al.,** )<br>)<br>**Defendants.** ) | |

### MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT (DOC. 61) BY DEFENDANTS WILLIAMS, WHITE, BLACK, MCSWAIN, HELMS, AND THE ADMINISTRATIVE OFFICE OF COURTS

Defendants Judge Martha Williams, Joan White, Amy Black, Lisa McSwain, and Randy Helms, all sued in their official capacities, along with Defendant Administrative Office of Courts, move to dismiss Plaintiffs' claims against them pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

In support of this motion, these Defendants adopt grounds 1, 2, and 5 in the motion to dismiss (Doc. 63) filed by Sheriff Matt Gentry (that the amendment is improper, and these Plaintiffs lack standing to raise these claims). These Defendants adopt the corresponding portions of Sheriff Gentry's brief in support of his motion (Doc. 64).

Further, these Defendants assert the defenses of sovereign immunity, qualified immunity, and judicial immunity.

Respectfully submitted,

STEVE MARSHALL,
  Attorney General

s/James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Laura E. Howell (ASB-0551-A41H)
  *Assistant Attorney General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: 334.242.7300
Facsimile: 334.353.8440
jimdavis@ago.state.al.us
lhowell@ago.state.al.us

*Counsel for Defendant State Officials and Administrative Office of the Courts*

2

## CERTIFICATE OF SERVICE

I certify that on July 14, 2017, I filed the foregoing document electronically via the Court's CM/ECF system, which will send a copy to all counsel of record.

s/Laura E. Howell
*Counsel for Defendant State Officials and Administrative Office of the Courts*
