FILED
2017 Jul-17  PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **RANDALL PARRIS, ON BEHALF OF HIMSELF AND A CLASS OF SIMILARLY SITUATED INDIVIDUALS,** )<br><br>)<br><br>)<br>**PLAINTIFFS,** )<br><br>)<br>**VS.** )<br><br>)<br>**JUDGE MARTHA WILLIAMS, IN HER OFFICIAL CAPACITY AS A CIRCUIT COURT JUDGE FOR THE 32ND JUDICIAL CIRCUIT STATE OF ALABAMA; (NON-MONETARY; DECLARATORY JUDGMENT ONLY), JOAN WHITE, IN HER OFFICIAL CAPACITY AS A MAGISTRATE; AMY BLACK, IN HER OFFICIAL CAPACITY AS A MAGISTRATE; AND LISA MCSWAIN, IN HER OFFICIAL CAPACITY AS THE CIRCUIT CLERK OF CULLMAN COUNTY, CULLMAN COUNTY COMMISSION, KENNETH WALKER, KERRY WATSON, AND GARRY MARCHMAN; CULLMAN COUNTY SHERIFF'S OFFICE; SHERIFF MATT GENTRY, ALABAMA ADMINISTRATIVE OFFICE OF THE COURT (A.O.C.), RANDY HELMS, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE ALABAMA ADMINISTRATIVE OFFICE OF THE COURT,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.:  5:17-cv-00270-MHH** |
| **DEFENDANTS.** ) | |

## MOTION TO DISMISS

COMES NOW the Plaintiffs, by and through undersigned counsel, and moves the Court, pursuant to Rule 41(A)(i), F. R. C. P. to dismiss from the Plaintiffs Complaint the following parties:

1. Plaintiffs: Shawn Smelser, Colin Scott, Christy Burks, and Nicholas Moody.

2. Defendants: Cullman County Commission, Kenneth Walker, Garry Marchman, and Kerry Watson.

*/s/ Thomas E. Drake, II*
Thomas E. Drake, II   DRA012
Attorney for Plaintiffs
419 2nd Ave SW Suite B
Cullman, Alabama 35055
256-739-9445

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Motion upon electronic filing on the CM/ECF filing system.

This the 17th day of July, 2017.

**/s/Thomas E. Drake, II**
Thomas E. Drake, II