FILED
2018 Mar-28 PM 08:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **BRADLEY HESTER, on behalf of Himself and those similarly situated,** ) ) ) | |
| **Plaintiff-Intervenor,** ) ) | |
| v. ) ) | **Civil Action No. 5:17-cv-270-MHH** |
| **MATT GENTRY, et al.,** ) ) | **Class Action** |
| **Defendants.** ) | |

### SHERIFF MATT GENTRY'S
### MOTION TO DISMISS

COMES NOW Sheriff Matt Gentry, in his official capacity as Sheriff of Cullman County, Alabama, and hereby respectfully files this Motion to Dismiss the Complaint in Intervention filed by Plaintiff Bradley Hester (Doc. 95) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as follows:

1. As this Court has recognized on several occasions, "[i]n Alabama, judicial officers have the exclusive authority to set bond." *Sexton v. Furr*, Civil Action No. 4:14-cv-02-02165-MHH, 2016 WL 761218 at *2 (N.D. Ala. Feb. 26, 2016) (dismissing Eighth Amendment excessive bail claim against employee of the Alabama Bureau of Investigation) (citing Ala. Code § 12-22-222(b); Ala. R. Crim. P. 72.); *see also Bey v. Adams*, Civil Action No. 7:14-cv-02205-RDP, 2015 WL 389908 at *11 (N.D. Ala. June 22, 2015) ("In Alabama, the exclusive authority to set bail is vested with judicial

officers."); *Ex parte State ex rel. Patterson*, 268 Ala. 524, 528, 108 So. 2d 448, 451 (1958) ( It is "clear that the power to decide whether a defendant is entitled to remain at large on bail is a judicial power.")

2. Because Sheriff Gentry does not have any authority over setting the terms and conditions of release for persons arrested, Plaintiffs cannot establish either causation or redressability, both of which are necessary for them to maintain standing in this action. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-62 (1992).

3. There is also not the requisite connection between the policies and practices used in setting bail in Cullman County and Sheriff Gentry as required by *Ex parte Young*, 209 U.S. 123 (1908) and its progeny.

4. In the alternative, Plaintiff cannot state a claim against Sheriff Gentry pursuant to 42 U.S.C. § 1983. *See*, *e.g.*, *ODonnell v. Harris County, Texas*, No. 17-20333, __F.3d__, 2018 WL 851776 at *4 (Feb. 14, 2018).

WHEREFORE, THESE PREMISES CONSIDERED, Matt Gentry, in his official capacity as Sheriff of Cullman County, Alabama, hereby respectfully requests that this Court dismiss all claims against him either pursuant to Rule 12(b)(1) or the Federal Rules of Civil Procedure or with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 28th day of March, 2018.

**s/Jamie H. Kidd**
JAMIE H. KIDD (ASB-7661-M76H)
J. RANDALL MCNEILL (ASB-4841-E29J)
Attorneys for Defendant Matt Gentry
WEBB & ELEY, P.C.
7475 Halcyon Pointe Dr. (36117)
P.O. Box 240909
Montgomery, AL 36124
(334) 262-1850 - T
(334) 262-1772 – F
jkidd@webbeley.com
rmcneill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of March, 2018, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following:

| | |
|---|---|
| Alec Karakatsanis | Samuel J. Brooke |
| Katherine Hubbard | Micah West |
| Civil Rights Corps | Southern Poverty Law Center |
| 910 17th Street NW | 400 Washington Avenue |
| Suite 500 | Montgomery, AL 36104 |
| Washington, DC 20006 | (334) 956-8200 – T |
| (202) 930-3835 – T | (334) 956-8481 – F |
| alec@civilrightscorps.org | samuel.brooke@splcenter.org |
| katherine@civilrightscorps.org | micah.west@splcenter.org |
| *Attorneys for Intervenor-Plaintiff Bradley Hester* | *Attorneys for Intervenor-Plaintiff Bradley Hester* |

| | |
|---|---|
| Randall C. Marshall<br>Brock Boone<br>ACLU of Alabama Foundation<br>P.O. Box 6179<br>Montgomery, AL 36106<br>(334) 420-1741 – T<br>(334) 269-5666 – F<br>rmarshall@aclualabama.org<br>bboone@aclualabama.org<br>*Attorneys for Intervenor-Plaintiff Bradley Hester* | Andrea Woods<br>Brandon Buskey<br>American Civil Liberties Union<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>(212) 549-2528 – T<br>awoods@aclu.org<br>bbuskey@aclu.org<br>*Attorneys for Intervenor-Plaintiff Bradley Hester* |
| Dorman Walker<br>John Wesley Naramore<br>Balch & Bingham LLP<br>P.O. Box 78<br>Montgomery, AL 36101<br>(334) 269-3138<br>dwalker@balch.com<br>jnaramore@balch.com<br>*Attorneys for the Intervenor Defendants Hon. Kim Chaney* | Steven Troy Marshall<br>James W. Davis<br>Laura E. Howell<br>Office of the Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130<br>(334) 242-7300 – T<br>(334) 353-8440 – F<br>smarshall@ago.state.al.us<br>jimdavis@ago.state.al.us<br>lhowell@ago.state.al.us<br>*Attorneys for Intervenor-Defendants Lisa McSwain, Joan White, Amy Black, and Wells R. "Rusty" Turner, III* |

**s/Jamie H. Kidd**
**OF COUNSEL**