FILED

2019 Jan-29  PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| LEE ANN MATANANE, | ) |
| Plaintiff, | ) |
| v. | ) 5:17-cv-00270-MHH |
| STATE OF ALABAMA, | ) |
| MARTHA WILLIAMS, | ) |
| MATT GENTRY, et al., | ) |
| Defendant, | ) |

## PETITION FOR DECLARATORY JUDGEMENT

COMES NOW your Petitioner, LEE ANN MATANANE, through undersigned Counsel, and pursuant to 28 U.S.C sections 2202-2202 alleges the following:

1.      That on September 13, 2008; the Court entered an Order which, in pertinent part, is as follows:

> "1. Subject to the exceptions identified below-and until Cullman County proposes alternative, constitutionally-sound procedures-following arrests, the Sheriff of Cullman County must release all bail-eligible defendants on unsecured appearance bonds using Cullman  County's current bail schedule.

2.      That your Petitioner was arrested and charged with the crimes of Attempted Murder and Assault in the Second Degree on March 3, 2018 and incarcerated in the Cullman County Jail.

3.      Respondents are the same as in the *SHULTZ* matter.

4.      On March 21, 2018; Petitioner filed an Affidavit of Substantial Hardship with the County District Court (Ex. A) asserting indigency.

5.      That on March 30, 2018; the Cullman District Court granted Petitioner's application for court appointed counsel. (Ex. B.)

6.      That petitioner's bail was set at $75,000.00 cash only. (Exhibit C)

7.      That on or about May 17, 2018:  Petitioner was indicted for the aforementioned crimes with bail being set by Circuit Judge Martha Williams at $70,000.00 cash. (Ex. D.).

8.      That the Petitioner has remained incarcerated since her arrest.

9.      That numerous motions to reduce the Petitioner's bail have been rejected.

10.     Petitioner alleges that cash-only bail (as pertains to an indigent) is not bail at all.

11.     That cash-only bail violates the Fifth Amendment Due Process Clause and the Equal Protection Clause of the Fourteenth;  United States Constitution of America (U.S.C.A.).

12.     Due to the inability of the Petitioner to obtain constitutionally permissible bail; she has filed a Petition for Writ of Habeas Corpus with the United States District Court in the case of *Lee Ann Matanane v. Sheriff Matt Gentry 5:19-CV-00051-KOB-TMP*

13.     In addition, Petitioner has filed a Motion to Transfer the Habeas case to this Honorable Court for disposition.  (Ex. E.). (Which was denied on 01-28-2019). (Attached)

*          *          *          *          *

## ISSUE

## IS YOUR PETITIONER, MATANANE, ENTITLED TO

## RETROACTIVE RELEASE?

14.  In the Court's September 13th Order. the Sheriff was not required to release arrestee's who failed to appear for court; were intoxicated; needed  medical attention or

on holds from other jurisdictions. (See provision 2. of the Court's Order Attached).
Matanane does not fall within any of these categories.

15.  Simply put, numerous arrestees who had been incarcerated for months prior to
this Court's Order were left behind. Meaning, the Sheriff and other Respondents have not
applied this Court's Preliminary Injunction Order to any indigent inmate who was
incarcerated prior to its entry.

16.  Nor has the Sheriff and his fellow Respondents implemented or applied the
procedural safeguards enunciated in this Court's September 13, 2018 Order to those who
were incarcerated prior to same.

17.  That your Petitioner suffers under the same unconstitutional bail practices and
measures as if no Order had been entered.

18.  As such,  Petitioner requests that this Honorable Court, pursuant to the
Declaratory Judgment Act, determine whether this Court's September 13, 2018 is to be
applied universally and retroactively to those persons, including your Petitioner, who
remain in jail under the prior regime.

Wherefore, Premises Considered; Petitioner requests that the Court declare the
relative rights and interests of the parties as pertains to the issue presented;  and, after
hearing, to declare that the Court's September 13th Order is to be applied retroactively to
your Petitioner; and.  for all other relief deemed mete and just in the Premises; and that
the Respondent pay all costs and attorney fees.

/s/ Thomas E. Drake, II
Thomas E. Drake, II
Attorney for Defendant
419 2nd Ave SW Suite B
Cullman, Alabama 35055

256-739-9445

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of January, 2019, a copy of the following was served on all counsel of record in this cause by one or more of the following in accordance with the Federal Rules of Civil Procedure.

*/s/ Thomas E. Drake, II*
Thomas E. Drake, II

DOCUMENT 3

Exhibit A

DC-18-279

| State of Alabama Unified Judicial System Form C-10 Page 1 of 2    Rev. 2/96 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number DC-18-298 |
|---|---|---|

IN THE ___District___ COURT OF ___Cullman___, ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: ___State of Alabama___ v. ___Lee Ann Matanane___
Plaintiff(s)                    Defendant(s)  Burglary 3ct

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): Attempt I Murder, Assa 42.1

☐ CIVIL CASE– I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE– (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☒ CRIMINAL CASE– I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION– I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

### SECTION I.

**1. IDENTIFICATION**

Full name ___Lee Matanane___  Date of birth ___6-27-63___

Spouse's full name (if married) ___Separated___

Complete home address ___8012 Co. Rd. 703 Cullman AL 35055___

Number of people living in household ___1___

Home telephone number ___256-347-2908___

Occupation/job ___Disability___  Length of employment ___75___

Driver's license number _____  *Social Security Number (last 4 numbers) _____

Employer ___N/A___  Employer's telephone number ___N/A___

Employer's address ___N/A___

**2. ASSISTANCE BENEFITS**

Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other ___Disable___

**3. INCOME/EXPENSE STATEMENT**

Monthly Gross Income:

| | |
|---|---|
| Monthly Salary/Wages | $ 0 |
| Spouse's Monthly Gross Income (unless a marital offense) | 0 |
| Other Earnings: Commissions, Bonuses, Interest Income, etc. | 0 |
| Contributions from Other People Living in Household | |
| Unemployment/Workmen's Compensation | |
| Social Security, Retirement, etc. | 0 |
| Other Income (be specific) | |
| **TOTAL MONTHLY GROSS INCOME** | **$ 0** |

**FILED IN OFFICE**

**MAR 13 2018**

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

Monthly Expenses:

A. Living Expenses

| | |
|---|---|
| Rent/Mortgage | $ 0 |
| Total Utilities: Gas, Electricity, Water, etc. | 0 |
| Food | 0 |
| Clothing | 0 |
| Health Care/Medical | 0 |
| Insurance | 0 |
| Car Payment(s)/Transportation Expenses | 0 |
| Loan Payment(s) | 0 |

*OPTIONAL

| Form C-10  Page 2 of 2    Rev. 2/96 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s)    0
    Educational/Employment Expenses    0
    Other Expenses (be specific) _____    0

    **Sub-Total**      A $ 0

B.   Child Support Payment(s)/Alimony    $ _____ 0

    **Sub-Total**      B $ 0

C.   Exceptional Expenses    $ 0

    **TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)**    $ 0

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**    $ 0

---

4.   **LIQUID ASSETS:**
    Cash on Hand/Bank (or otherwise available such as stocks,
    bonds, certificates of deposit)    $ 0
    Equity in Real Estate (value of property less what you owe)    0
    Equity in Personal Property, etc. (such as the value of
    motor vehicles, stereo, VCR, furnishing, jewelry, tools,    0
    guns, less what you owe)
    Other (be specific)
    Do you own anything else of value? ☐ Yes ☐ No    0
    (land, house, boat, TV, stereo, jewelry)
    If so, describe _____

    **TOTAL LIQUID ASSETS**    $ 0

---

5.   **Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

12ᵗʰ day of March 2018      _Lee A. Mi____ (signature)

D.p James Mackey      Lee A. Mi_____
Judge/Clerk/Notary      Print or Type Name

---

**ORDER OF COURT**

**SECTION II.**
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
    $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise
    ordered and disbursed as follows: _____
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

_____
Judge

DOCUMENT 9

Exhibit B



ELECTRONICALLY FILED
3/30/2018 9:12 AM
25-DC-2018-000279.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

**IN THE DISTRICT COURT OF CULLMAN COU**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:  DC-2018-000279.00 |
| | ) |
| MATANANE LEE ANN | ) |
| Defendant. | ) |

### ORDER

Upon proper filing of affidavit of hardship, the court finds the defendant partially indigent and able to contribute monetarily toward their defense. Based on the Defendant's charges the Court has determined that an attorney is due to be appointed to represent the Defendant.

Attorney Jason Knight is hereby appointed to represent the Defendant.

It is further Ordered and Adjudged that the court reserves the right and may order the defendant to reimburse the State of Alabama for all attorney fees, fines or any other costs as approved and ordered by the Court.

**DONE this 30th day of March, 2018.**

/s/ **WELLS R. TURNER III**
**DISTRICT JUDGE**

DOCUMENT 2

# EX. C

## THE DISTRICT COURT OF CULLMAN COUNTY

Agency # 180301240
CMS # 18-0323 01

WARRANT NO. _____

## COMPLAINT

Before me the undersigned Judge/Clerk/Magistrate of The District Court of Cullman County, Alabama, personally appeared ____COREY FREEMAN____ who being duly sworn deposes and says that he has probable cause for believing, and does believe that,

LEE ANN MATAMANE, whose name is otherwise unknown to the affiant, did on or about March 3, 2018, with the intent to commit the crime of Murder (Title 13A-6-2(a)(1) of the Code of Alabama) attempt to intentionally cause the death of another person, to-wit: BENITO MATAMANE, by SHOOTING HIM IN CHEST AREA, in violation of Title 13A-4-2 of the CODE OF ALABAMA,

LEE ANN MATAMANE, whose name is otherwise unknown to the affiant, did on or about March 3, 2018, knowingly and unlawfully enter or remain unlawfully in a dwelling of BENITO MATAMANE, with intent to commit a crime therein to-wit: ATTEMPT TO COMMIT MURDER, and while effecting entry or while in the dwelling or in immediate flight therefrom, said defendant, LEE ANN MATAMANE, or another participant, was armed with an explosive or deadly weapon, to-wit: A HIGH STANDARD SENTINEL .22 CALIBER REVOLVER, in violation of Title 13A-7-5(a)(1) of the CODE OF ALABAMA,

against the peace and dignity of the State of Alabama.

_____
Complainant's Signature

Sworn and Subscribed before me this the _16_ day of ____March____, 20_18_.

_____
Judge/Clerk/Magistrate of the Court

Charges:

1. ATTEMPT TO COMMIT MURDER
2. BURGLARY FIRST DEGREE

Witness for the State
COREY FREEMAN, CULLMAN CO SHERIFF'S OFFICE, CULLMAN, AL

## FILED IN OFFICE

MAR 16 2018

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

DC-18-279

## WARRANT OF ARREST
### CULLMAN COUNTY

**STATE OF ALABAMA**                                    **DISTRICT COURT**

Agency # 180301240                          **WARRANT No.** _____

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

You are hereby commanded to arrest _____ LEE ANN MATANANE _____ and
bring her before the DISTRICT COURT OF CULLMAN COUNTY, to answer to
the State of Alabama on a charge of:

     **1. ATTEMPT TO COMMIT MURDER**

     **2. BURGLARY FIRST DEGREE**

and you have then and there this writ with your return thereon.

You will receive unto your custody and detain her until the _____
day of _____, 20____.

Bond set at $_____

_____                    _____
Date                           Judge/Clerk/Magistrate of District Court

---

### DEFENDANT INFORMATION

**LEE ANN MATANANE**                    Race: **CAU** Sex: **F**
Aliases: *None Reported*
                                        Height: **5'03''**
8012 COUNTY ROAD 703, CULLMAN,          Weight: **125**  Eyes: **BLU**
AL 35055
                                        Hair: **BLN**

                                        D.O.B:**6/27/1963**

---

### EXECUTION

Executed the within warrant by arresting the defendant and
    ( X ) Placing defendant in the Cullman County Jail
    (   ) Releasing defendant on appearance bond

    _____ Sheriff

    By _____
                Deputy Sheriff

    Date: 3-10-18

DOCUMENT 2

| State of Alabama<br>Unified Judicial System<br><br>Form CR-6     Rev.3/96 | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations –<br>District Court or Municipal Court) | Warrant Number<br>DC-18-579<br>Case Number<br>180301240 |
|---|---|---|

IN THE _____ District _____ COURT OF _____ Cullman _____, ALABAMA
          (Circuit, District, or Municipal)                    (Name of Municipality or County)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF v. _____ Lee Ann Matanane _____
                                              Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that Lee Ann Matanane _____, defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about _____ 03-10-2018 _____ (date of occurrence) commit the offense of Attempted Murder _____ within the

☐ County of Cullman, Alabama _____
☐ City/Town of _____ or in the police jurisdiction thereof, in that he/she

did:   (State specific facts here. Continue on a separate sheet of paper if needed.) Break into her soon to be Ex-Husbands
       New Home that she has never lived in and shoot him in the upper left chest area. Lee Ann Then assaulted his new
       girlfriend with the pistol hitting her in the head numerous times busting her head open causing her to need medical
       treatment by Ambulance. There was surveliance video of Lee Ann Matanane Breaking into the home showing she
       has no key or any other means of entry other than force. _____

in violation of

☑ Section _____ 13A4-2 (a) _____, Ala. Code 1975.
☐ Municipal Ordinance Number _____, which embraces Section _____
   Ala. Code 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other _____

Sworn to and Subscribed before me this                      FaceTime @ 10:05 p.m.
_____ 11th _____ day of
_____ March, 2018 _____                                     Corey Freeman
                                                            Complaint
_____                                             1900 Beech Ave SE Cullman, AL 35055
Judge/Magistrate/Warrant Clerk                              Address
                                                            2565312700
                                                            Telephone Number

| Name | Address | Telephone Number |
|---|---|---|
| Corey Freeman | CCSO | |
| Ryan Hoagland | CCSO | |
| Dustin Bentley | CCSO | |
| Josh Wallace | CCSO | |

Additional Witnesses on Reverse Side.

**FILED IN OFFICE**

MAR 11 2018

LISA McGUIRE
CIRCUIT CLERK
CULLMAN COUNTY

| State of Alabama<br>Unified Judicial System<br>Form CR-6   Rev.8/98 | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations –<br>District Court or Municipal Court) | Warrant Number<br>DC-18-279<br>Case Number<br>180301240 |
|---|---|---|

IN THE _____ **District** _____ COURT OF _____ **Cullman** _____, **ALABAMA**
(Circuit, District, or Municipal)    (Name of Municipality or County)

☑ **STATE OF ALABAMA**

☐ **MUNICIPALITY OF** v. _____ **Lee Ann Matanane** _____
Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that **Lee Ann Matanane**
_____, defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about _____ **03-10-2018** _____ (date of occurrence) commit the offense of _____ **Burglary 1st Degree** _____ within the

☐ County of **Cullman, Alabama**
☐ City/Town of _____ or in the police jurisdiction thereof, in that he/she

did: (State specific facts here. Continue on a separate sheet of paper if needed.) Break into her soon to be Ex-Husbands New Home that she has never lived in and shoot him in the upper left chest area. Lee Ann Then assaulted his new girlfriend with the pistol hitting her in the head numerous times busting her head open causing her to need medical treatment by Ambulance. There was survelance video of Lee Ann Matanane Breaking into the home showing she has no key or any other means of entry other than force.

in violation of

☑ Section _____ **13A-7-5** _____, Ala. Code 1975.
☐ Municipal Ordinance Number _____, which embraces Section _____
Ala. Code 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other _____

Sworn to and Subscribed before me this
_____ **11th** _____ day of
**March, 2018**

_____ *Free Time @ 12:05 pm*

_____ **Corey Freeman**
Judge/Magistrate/Warrant Clerk    Complaint
**1909 Beech Ave St Cullman, AL 35055**
Address
**2565312700**
Telephone Number

| Name | Address | Telephone Number |
|---|---|---|
| Corey Freeman | CCSO | |
| Ryan Hoseland | CCSO | |
| Dustin Bentley | CCSO | |
| Josh Wallace | CCSO | |

Additional Witnesses on Reverse Side.

**FILED IN OFFICE**

**MAR 11 2018**

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

DOCUMENT 2

DC 18-278
DC-18-279

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE (Felony) | Case Number |
| --- | --- | --- |
| Form C-81          1/91 | | PC |

IN THE _____**DISTRICT**_____ COURT OF _____**CULLMAN**_____ _____**ALABAMA**
(Circuit, District or Municipal)          (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____   v.   **LEE ANN MATANANE**
                                                                    Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of ATTEMPTED MURDER
BURGLARY 1ST & ASSAULT 2ND _____ in this court in violation of
_____ CODES 13A-4-2 (a)( 13A-7-5 & 13A-6-2) _____. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination
made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge
or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will
determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been
already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal
recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible
person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions
concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time
and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you
qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for
the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided
order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or
magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses
with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is
demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence
has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will
then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to
establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge
you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate **FILED IN OFFICE**
at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.          **MAR 1 1 2018**
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.          **LISA INGRAM**
4) Promptly notify the court of any change of address or the phone number.          **CIRCUIT CLERK**
5) Other conditions: _____          **CULLMAN COUNTY**
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. This Release Order and
any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or
conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above
conditions, a warrant for your arrest will be issued.

**3/11/2018** _____          _____Lisa Andrew_____
Date                                                                    Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and
information given to me at the initial court appearance. I understand the conditions of any release and the penalties applicable
in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to
additional charges in the revocation of release.

**3/11/2018** _____          _____**SKYPE**_____
Date                                                                    Defendant

DOCUMENT 2

DC-18-278
DC-18-279

| State of Alabama<br>Unified Judicial System<br><br>Form C-88     Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number<br><br>PC |
|---|---|---|

IN THE _____**District**_____ COURT OF _____**Cullman**_____, ALABAMA
(Circuit, District or Municipal)                    (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____  v.   **LEE ANN MATANANE**

DOB 10-27-63

Defendant

The above-named defendant, charged with the criminal offense(s) of **ATTEMPTED MURDER/BURGLARY 1ST &** ASSAULT 2ND
was duly brought before the Court for initial appearance on _**03/11/2018**_ at **9:18** o'clock _p._ m., 7 Since
whereupon the Court did the following, as checked in the appropriate blocks: 1995
*(CHECK AS APPLICABLE)*

☑ 1. **Name** and address of defendant.          8012 Co Rd 703 →
   ☑ (a) Ascertained the true name and address of the defendant to be: Cullman, AL 35055
                                                                      disabled

   ☐ (b) Amended the formal charges to reflect defendant's true name.
   ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served ~~**FILED IN OFFICE**~~
   the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded MAR 2018
   opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
   obtain counsel, an attorney would be appointed by the Court to represent him/her.
   Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel, CIRCUIT CLERK
   defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order CULLMAN COUNTY
   indigency to be determined. By jail staff
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
   against him/her.
☑ 5. **Bail**
   ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable    Can not
      capital offense.                                                                                          make
   ☑ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to   bond
      the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
      conditions:
      ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $
      ☑ 2.) Execution of a secured appearance bond in the amount of $ __75,000 CASH__   Cond of
      ☐ 3.) Other conditions (specify) _____          Bond

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
   Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☑ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above   wants
   named defendant, set a preliminary hearing to be held in the District Court of _____              to talk
   on _____                    _(date)_ at _____   o'clock ____ m.                            to an
      ☐ (a) Notified the District Court that such demand was made.                                                    attorney
      ☑ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☑ 8. Other: _____

_3/11/2018_                              _Lisa Andrews_
Date                                     Judge/Magistrate

DOCUMENT 2

DC-18-278
DC-18-279

# BAIL REQUEST

TO: _Judge Turner_ JUDGE OF THE DISTRICT COURT, CULLMAN, COUNTY, ALABAMA

STATE OF ALABAMA VS. Lee Ann Matamane

CHARGE: Attempted Murder , Burglary 1st Assault 2nd TITLE: 13A-4-2 (a)    CODE OF ALABAMA

THE UNDERSIGNED OFFICER HEREBY REQUESTS THAT THE BOND/BAIL IN THIS CASE BE
SET ABOVE THE RECOMMENDED DISCRETIONARY BAIL SCHEDULE. THE REASONS ARE
SET FORTH AS FOLLOWS:

[✓] CIRCUMSTANCES OF THE DEFENDANTS AGE, BACKGROUND, AND/OR FAMILY:

Offender is 54 Yrs old going through a divorce and battles depression. She broke into her husbands new home and shot him

[ ] PRIOR CRIMINAL CONVICTIONS: _____

[✓] VIOLENCE WAS PRESENT IN THE ALLEGED COMMISSION OF THE OFFENSE:

Offender was armed with a hand gun and shot her soon to be Ex-Husband and assaulted his new girlfriend with the gun to the head

[✓] DEFENDANT WAS ARMED WITH A WEAPON IN COMMISSION OF THE OFFENSE:

Offender was in possession of a handgun and shot her husband and assaulted another female with it

[✓] DEFENDANT HAS THREATENED VICTIM/WITNESS INVOLVED IN THIS OFFENSE:

Offender threatened to kill both of the victims and then kill herself

[ ] PROPERTY VALUE DURING THE COMMISSION OF THE OFFENSE: _____

[✓] RESIDENCE OF THE DEFENDANT: 8012 CR 703 Cullman, AL 35055

[✓] OTHER REASONS WHICH ARE DESCRIBED AS FOLLOWS: It is believed that if offender is out on a

property bond she will attempt to harm the victims again or herself. Offenders daughter stated she will try to kill herself if released

[✓] ON THE _10th_ DAY OF _March_ _2018_ AT _6:20_ O'CLOCK _p_ M.
JUDGE _Turner_ OF CULLMAN COUNTY, ALABAMA, WAS
CONTACTED TELEPHONICALLY OR IN PERSON. THE ABOVE MENTIONED FACTS
WERE PRESENTED TO HIM.

**FILED IN OFFICE**

MAR 10 2018

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

Corey Freeman
**OFFICER**
Cullman County Sheriff's Office
**AGENCY**

* Confirmed w/ Deputy Sims*

STATE OF ALABAMA                    DISTRICT COURT

CULLMAN COUNTY          DEFENDANT: _Lee Ann Matansne_

                        CHARGE: _Attempted Murder; Burglary 1st_
                        _Assault 2nd_

## MAGISTRATE'S AUTHORITY

Authority for Magistrate to set bail in an amount in excess of the maximum amount posted in the bail schedule, Rule 2(b), Rules of Judicial Administration, as required by Rule 18(2)(b), Rules of Judicial Administration, given by Judge _Wells Turner II_ ( ✓ telephone ( ) in person at _6:20_ o'clock _p_ .m. this _10_ day of _March_ , _2018_ .

AMOUNT AUTHORIZED: _$ 75,000°° CASH_

_Sina McSwain_
MAGISTRATE, DISTRICT COURT

## ORDER SETTING BAIL

The facts and information in the foregoing request for bail to be set in an amount in excess of the maximum amount posted in the bail schedule, Rule 2(b), Rules of Judicial Administration, having been presented to the Court by Law Enforcement Officer(s)/District Attorney and the court having considered same:

IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED, AND DECREED THAT BAIL IN THIS CASE BE SET AT $_____.

**FILED IN OFFICE**

MAR 1 0 2018

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY
BAIL REQUEST PAGE 2

_____
JUDGE OF THE DISTRICT COURT
CULLMAN COUNTY, ALABAMA

* Confirmed w/ Deputy Sims*

EX. D

DOCUMENT 2

Agency No. 100381240       CMB No. 18-8323       DC No. 18-279       G.J. No. 1306-064

A TRUE BILL presented to the judge presiding in open Court by the Foreperson of this Grand Jury, in the presence of at least 11 other jurors, and filed in open court this _____ day of May 2018.

_____          _____          5/17/18
Grand Jury Foreperson          Clerk of the Circuit Court        Date
                               Of CULLMAN County
                               Thirty-Second Judicial Circuit

**FILED IN OFFICE**

# INDICTMENT
## THE STATE OF ALABAMA

vs.

**MAY 17 2018**

*LEE ANN MATANANE, F  CAU 6/27/1963*

LISA McWhirt
CIRCUIT CLERK
CULLMAN COUNTY

Hair: BLN Eyes: BLU Height: 5'03" Weight: 125 SID: AL0759302
Address: 9012 COUNTY ROAD 703 CULLMAN, AL 35055
Alias
None Reported

CHARGES:

1. ATTEMPT TO COMMIT MURDER          CLASS: A     TYPE: F
2. BURGLARY FIRST DEGREE             CLASS: A     TYPE: F

No Prosecutor.

Previous Bond $ 70,000 oo CASH     Bail fixed at $ 20,000 oo CASH    this 18th day of May 2018.

No contact with alleged victim

_____
Judge Presiding

_____

THE STATE OF ALABAMA                                     CIRCUIT COURT

Prosecutor:                                  C. WILSON BLAYLOCK
                                             DISTRICT ATTORNEY
                                             THIRTY-SECOND JUDICIAL

CC18-446

DOCUMENT 2

Agency No. 198302240          CMB No. 18-0323          BC No.                    G.J. No. 1885-854

## THE STATE OF ALABAMA, CULLMAN COUNTY
### Circuit Court – Thirty-Second Judicial Circuit

### COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, LEE ANN MATANANE, whose name is otherwise unknown to the Grand Jury, did on or about March 3, 2018, with the intent to commit the crime of Murder (Title 13A-6-2(a)(1) of the Code of Alabama) attempt to intentionally cause the death of another person, to-wit: BENITO MATANANE, by SHOOTING HIM, in violation of Title 13A-4-2 of the CODE OF ALABAMA,

### COUNT 2

The Grand Jury of said county further charge that, before the finding of this indictment, LEE ANN MATANANE, whose name is otherwise unknown to the Grand Jury, did on or about March 3, 2018, knowingly and unlawfully enter or remain unlawfully in a dwelling of BENITO MATANANE, with intent to commit a crime therein to-wit: ATTEMPT TO COMMIT MURDER, and while effecting entry or while in the dwelling or in immediate flight therefrom, said defendant, LEE ANN MATANANE, or another participant, was armed with an explosive or deadly weapon, to-wit: A PISTOL, in violation of Title 13A-7-5(a)(1) of the CODE OF ALABAMA,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.


C. WILSON BLAYLOCK
District Attorney
Thirty-Second Judicial Circuit

ACR37S

ALABAMA JUDICIAL DATA CENTER
GRAND JURY OF CULLMAN COUNTY
WARRANT OF ARREST

GJ 2018 050054.00
TERM #: 05142018

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF CULLMAN COUNTY

AGAINST    MATANANE LEE ANN
           8012 CO RD 703

           CULLMAN         AL 35055-0000

CHARGING THE OFFENSE OF:
     ATTEMPT - MURDER        13A-004-002        CNTS:    1
     BURGLARY 1ST DEGREE     13A-007-005        CNTS:    1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON.   IF A JUDGE OR MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.

 BOND SET AT:        $70,000.00        CASH

DATE ISSUED: 05/18/2018                             BY _____
                                    CLERK

     EXECUTED THIS _____ DAY OF _____, _____, BY
ARRESTING THE WITHIN NAMED DEFENDANT _____

                              LAW ENFORCEMENT OFFICER
                              BY: _____

  DEFENDANT'S FEATURES:
  HT: 5'03"  HAIR: BLN   DOB: 06/27/1963     No Contact with Victim
  WT: 125  SEX: F    EYE: BLU  RACE: W

  ADDTL COMMENTS:
    Agency 180301240
  _____
  _____

05/18/2018 ASW

DOCUMENT 2

ACR375

**ALABAMA JUDICIAL DATA CENTER**
**GRAND JURY OF CULLMAN COUNTY**
**WARRANT OF ARREST**

GJ 2018 050054.00
TERM #: 05142018

---

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF CULLMAN COUNTY

AGAINST   MATANANE LEE ANN
         8012 CO RD 703

        CULLMAN          AL 35055-0000

CHARGING THE OFFENSE OF:
    ATTEMPT - MURDER          13A-004-002          CNTS:   1
    BURGLARY 1ST DEGREE       13A-007-005          CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON.  IF A JUDGE OR MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.

  BOND SET AT:          $70,000.00          CASH

DATE ISSUED: 05/18/2018                        BY _____
                     CLERK

---

    EXECUTED THIS  22  DAY OF  M.,  , 2018 , BY

ARRESTING THE WITHIN NAMED DEFENDANT  Lee Ann Matanne .

              Dep Jones Meeks
          LAW ENFORCEMENT OFFICER
          BY:  Matt Coat.,

---

DEFENDANT'S FEATURES:

HT: 5'03"  HAIR: BLN   DOB: 06/27/1963          No Contact with Victim

WT: 125  SEX: F   EYE: BLU   RACE: W

ADDTL COMMENTS:
   Agency 180301240

---

05/18/2018 ASW

FILED IN OFFICE

MAY 23 2018

LISA McSWAIN
CIRCUIT CLERK
CULLMAN COUNTY

Ex. E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEIGH ANN MATANANE, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE NO.: |
| | ) | |
| SHERIFF MATT GENTRY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION TO TRANSFER PETITION

COMES NOW the Petitioner, by and through his attorney of record, Thomas E. Drake, II; and, moves the Court as follows:

1.  Movant requests that the above-entitled matter be transferred to Judge Madeline H. Haikala for those reasons which follow:

    A.  Judge Haikala recently superintended over the case of ***Schultz et al v. State of Alabama, 5:17-cv-00270-MHH)*** which resulted in an injunction against the Cullman County Sheriff and the judges in the 32nd Judicial Circuit of the State of Alabama (Cullman); and,

    B.  the aforementioned case involved the systematic, mass incarceration of indigent inmates in violation of amendment 8 (U.S.C.A) and the Equal Protection Clause of the fourteenth Amendment (U.S.C.A.);

    C.  *Judge Haikala may take judicial notice, to the exclusion of other judges in the Northern District, of the underlying facts of this case; and,*

    D.  the above-entitled cause may violate the intent and meaning set forth in Judge Haikala's previous Order.

RESPECTFULLY SUBMITTED,

**/s/Thomas E. Drake, II**
Thomas E. Drake II DRA 012
Attorney for Defendant
419 Second Avenue SW, Suite B
Cullman, AL 35056-0457
(256) 739-9445

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of January, 2019, a copy of the foregoing was served on all counsel of record in this cause by one or more of the following in accordance with the Federal Rules of Civil Procedure:

District of Attorney
C. Wilson Blaylock                                        /s/Thomas E. Drake,
Cullman County Courthouse                         Thomas E. Drake, II
500 2nd Avenue SW
Cullman, AL 35055