THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RAY CHARLES SCHULTZ, *et al.*,<br>　　Plaintiffs,<br><br>v.<br><br>STATE OF ALABAMA, *et al.*,<br>　　Defendants.<br><br>BRADLEY HESTER,<br>　　Intervenor-Plaintiff,<br><br>v.<br><br>MATT GENTRY, *et al.*,<br>　　Intervenor-Defendants | Case No. 5:17-cv-00270-MHH<br><br>(Class Action) |

# STATUS REPORT

On September 30, 2022, this Court entered an order stating that it would set this matter for a telephone status conference after the Eleventh Circuit issued its mandate in this case [Doc. 258]. On December 19, 2022, after the Eleventh Circuit issued its mandate and in anticipation of the telephone status conference, counsel for the Parties met and conferred about how to proceed in this action following the Eleventh Circuit's decision in *Schultz v. Alabama*, 42 F. 4th 1298 (11th Cir. 2022). Following that meeting, the Parties submit the following Status Report:

　　**I.**　　**Participants**

On December 19, 2022, the Parties conferred regarding the impact *Schultz v. Alabama*, 42 F. 4th 1298 (11th Cir. 2022), has on this case. In attendance for the parties were:

<u>For Plaintiff Mr. Hester</u>: Micah West, Katherine Hubbard, Alec Karakatsanis, Latisha Gotell Faulks, Alison Mollman, and Brandon Buskey

<u>For Defendant Sheriff Gentry</u>: Jamie Kidd

<u>For Defendants Amy Black, Chad Floyd, Lisa McSwain, Rusty Turner, and Joan White (collectively "Judicial Defendants")</u>: Brad Chynoweth and Brenton Smith

## II.     Parties' Perspective on How to Proceed with the Case After *Schultz v. Alabama*

Counsel for Mr. Hester informed Defendants that he is considering filing a Petition for Writ of Certiorari ("Petition") in the United States Supreme Court. Mr. Hester has not made a final decision about whether to do so. The current deadline to file a Petition is February 16, 2023. Because a Supreme Court decision may impact the outcome of this case, Plaintiff proposes that the Court stay these proceedings until any Petition is resolved or he decides not to file one.

Counsel for Defendants do not oppose a stay until any Petition is resolved or Mr. Hester decides not to file a Petition.

Dated: January 6, 2023.            Respectfully submitted,

/s/ *Micah West*

Micah West
*On behalf of Attorneys for Plaintiff*

Micah West (ASB-1842-J82F)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL  36104
P:  (334) 956-8200
F:  (334) 956-8481
E: micah.west@splcenter.org

Alec Karakatsanis (DC Bar No. 999294)*
Katherine Hubbard (Cal. Bar No. 302729)*
CIVIL RIGHTS CORPS
910 17th Street NW, Suite 500
Washington, DC  20006
P: (202) 930-3835
E: alec@civilrightscorps.org
E: katherine@civilrightscorps.org

LaTisha Gotell Faulks (ASB-1279I63J)
Alison Mollman (ASB-8397-A33C)
ACLU FOUNDATION OF ALABAMA, INC.
P.O. Box 6179
Montgomery, AL  36106-0179
P: (334) 265-2754
E: tgfaulks@aclualabama.org
E: amollman@aclualabama.org

Brandon Buskey (ASB-2753-A50B)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
CRIMINAL LAW REFORM PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
P: (212) 549-2654
E: bbuskey@aclu.org

*admitted pro hac vice
**Attorneys for Plaintiff**

<u>Jamie Frawley (with permission)</u>
Jamie Helen Kidd Frawley (ASB-7661-M76H)
WEBB MCNEILL WALKER PC
P.O. Box 238
Montgomery, AL 36101
(334) 262-1850 - T
(334) 262-1772 - F
jfrawley@wmwfirm.com
**Attorney for Defendant Matt Gentry**

<u>Brad A. Chynoweth (with permission)</u>
Brad A. Chynoweth (ASB-0030-S63K)
  *Assistant Chief Deputy, Civil Division*
Brenton M. Smith (ASB-1656-X27Q)
  *Assistant Attorney General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: 334.242.7300
Facsimile: 334.353.8400
Brad.Chynoweth@AlabamaAG.gov
<u>Brenton.Smith@AlabamaAG.gov</u>

***Counsel for Defendants Black, White, McSwain, and Turner***

Dorman Walker (ASB-9154-R81J)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
Telephone: 334.269.3138
dwalker@balch.com

*Counsel for Defendants Black, White, McSwain, Turner, and Chaney*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date the foregoing was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record.


Dated: January 6, 2023.

                                                                                 Micah West